UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
  I  Certify that the foregoing is a true copy of the original on file in this court and cause.
ROBERT N. TRGOVICH, CLERK
By: s/JDarrah
Date: October 1, 2018

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: BIOMET M2A MAGNUM HIP IMPLANT**
**PRODUCTS LIABILITY LITIGATION**                               MDL No. 2391

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Northern District of Indiana.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Northern District of Indiana with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 19, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: BIOMET M2A MAGNUM HIP IMPLANT  
PRODUCTS LIABILITY LITIGATION                                MDL No. 2391

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| INN | 3 | 13−00130 | FLM | 2 | 13−00082 | Laspina v. Biomet, Inc. et al |
| INN | 3 | 14−00275 | FLM | 3 | 13−01575 | Price et al v. Biomet Inc et al |
| INN | 3 | 14−00649 | FLS | 0 | 14−60596 | Tysenn et al v. Biomet Inc et al |
| INN | 3 | 14−01506 | FLS | 0 | 14−60852 | Ryan et al v. Biomet Inc. et al |
| INN | 3 | 12−00745 | MD | 1 | 12−01436 | McCoy et al v. Biomet Orthopedics LLC et al |
| INN | 3 | 13−00381 | MOE | 4 | 13−00657 | Bartis v. Biomet Inc et al |
| INN | 3 | 13−00731 | MOE | 4 | 13−00800 | Bayes et al v. Biomet Inc et al |
| INN | 3 | 14−01556 | MOE | 4 | 14−00751 | Overall et al v. Biomet Orthopedics LLC |
| ~~INN~~ | ~~3~~ | ~~12−00614~~ | ~~NJ~~ | ~~2~~ | ~~12−03136~~ | ~~Chadwick v. Biomet Orthopedics Inc et al~~ Opposed 9/18/18 |
| ~~INN~~ | ~~3~~ | ~~13−00256~~ | ~~NYS~~ | ~~1~~ | ~~13−01532~~ | ~~Carter v. Biomet Inc et al~~  Opposed 9/18/18 |
| INN | 3 | 14−00468 | NYW | 1 | 14−00121 | Collins v. Biomet Orthopedics, LLC et al |
| INN | 3 | 13−00142 | OHS | 1 | 13−00045 | Meyer et al v. Biomet, Inc. et al |
| INN | 3 | 13−00200 | OHS | 1 | 13−00051 | Schebor et al. v. Biomet, Inc. et al |
| INN | 3 | 14−01464 | OHS | 1 | 14−00284 | Lawson et al v. Biomet Orthopedics LLC et al |
| INN | 3 | 13−00126 | SC | 3 | 13−00356 | Goodwin v. Biomet Inc et al |
| INN | 3 | 14−00062 | TXE | 4 | 13−00741 | Babbitt v. Biomet Inc et al |
| ~~INN~~ | ~~3~~ | ~~14−00612~~ | ~~TXS~~ | ~~4~~ | ~~14−00232~~ | ~~Richards v. Biomet Orthopedics LLC et al~~ Opposed 9/18/18 |
| INN | 3 | 13−00202 | TXW | 1 | 13−00173 | Mulva v. Biomet Inc et al |