UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY BAYES and PHILIP BAYES, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>BIOMET, INC., et al., )<br>)<br>Defendant(s). ) | Case No. 4:13-cv-00800-SRC |

**Order**

In its Order dated June 15, 2020, this Court advised the parties that "the Court prefers briefs that concisely identify and address the issues essential to the disposition of the motions." Doc. 104.  With this admonition, the Court "reluctantly" granted the parties' multiple requests to exceed the applicable page limits but "strongly encourage[d] counsel to identify and address the motion-dispositive issues within far few pages."  *Id.*

It does not appear that the parties paid that encouragement much heed.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall have leave to file a brief in opposition to Defendants' motion for summary judgment [124] of up to forty pages.  The Court does require any brief that exceeds the 15-page limit set forth in the Local Rules to include both a table of contents and a table of authorities.

**IT IS FURTHER ORDERED** that all other briefs on pending motions must comply with the page limits set forth in this Court's Local Rules.  No extensions of time will be granted for response or reply briefs for these pending motions.

So Ordered this 19th day of June, 2020.

_____
**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**