# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARY BAYES<br>And<br>PHILLIP BAYES<br><br>             Plaintiffs,<br>v.<br>BIOMET, INC., BIOMET ORTHOPEDICS, LLC, BIOMET U.S. RECONSTRUCTION, LLC, BIOMET MANUFACTURING, LLC f/k/a BIOMET MANUFACTURING CORP.,<br><br>             Defendants. | Case No.:  4:13-cv-00800-SRC |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A BRIEF SUR-REPLY TO DEFENDANTS'MOTION TO DISQUALIFY BACHUS & SCHANKER

Plaintiffs are loath to request leave of Court to file a brief Sur-Reply on the disqualification issue, but they feel compelled to do so given the misleading and irrelevant issues raised by Biomet in its Reply.  The proposed Sur-reply is less than three pages, pithy, and attached at Exhibit 1 to this Motion.

Plaintiffs therefore request that the Court grant this request and let the proposed Sur-reply at Exhibit 1 be filed into the record.

Respectfully Submitted,

GRAY, RITTER & GRAHAM, P.C.

By: **/s/Maurice B. Graham**
Maurice B. Graham        #3257
Attorneys for Plaintiffs' Counsel
Bachus & Schanker LLC
701 Market Street, Suite 800
St. Louis, MO  63101-1826
(314) 241-5620; fax: (314) 241-4140
mgraham@grgpc.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 7, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

                                                              **/s/Maurice B. Graham**