# EXHIBIT H

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION


MARY BAYES AND PHILIP        )
BAYES,                       )
                             )
          PLAINTIFFS,         )
                             )
          vs.                )    Case No. 4:13-CV-00800-RWS
                             )
                             )
BIOMET, INC., BIOMET         )
ORTHOPEDICS, LLC, BIOMET     )
U.S. RECONSTRUCTION, LLC,    )
BIOMET MANUFACTURING, LLC    )
F/K/A BIOMET MANUFACTURING   )
CORP.,                       )
                             )
          DEFENDANTS.         )




          VIDEOTAPED DEPOSITION OF DR. DANIEL MARTIN
              TAKEN ON BEHALF OF THE DEFENDANTS
                       JULY 31, 2019



          Angela M. Taylor, RPR, IL-CSR, MO-CCR
                    CSR No. 084.004538
                       CCR No. 1067
```

```
 1      Q    Right.  Can you describe the role of
 2 advertisements from medical device manufacturers in
 3 your clinical decisions?
 4           MS. SULKIN:  Objection.  Foundation.
 5      A    The role of advertisements.  I don't know.
 6 I -- I -- I don't really look at them that often, but
 7 they do make you aware of different products that may
 8 be offered by the different companies.
 9      Q    (By Ms. Koltookian) Okay.  So is it accurate
10 to say that you sometimes get advertisements from
11 medical device companies, correct?
12      A    Yes.
13      Q    But they don't really -- they don't have a
14 large influence on whether you select that device for
15 a particular patient?
16      A    I would say probably not.  I mean, they make
17 you aware of something that might be different than --
18 than you've seen before, but that in and of themselves
19 they don't change your method of practice, I would
20 say.
21      Q    And how do sales representatives from
22 medical device companies influence your practice if at
23 all?
24      A    They -- they ensure that the correct
25 implants are available and all of the correct
```