# EXHIBIT O

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| *In re*: BIOMET M2A MAGNUM | ) | |
| HIP IMPLANT PRODUCTS LIABILITY | ) | CAUSE NO.   3:12-md-2391 |
| LITIGATION | ) | |
| (MDL 2391) | ) | |
| | ) | |

*This Document Relates to:  All Cases*

---

# GENERIC EXPERT REPORT OF
# FRANCIS H. GANNON, M.D.

---

Dated:  February 23, 2017

# GENERIC EXPERT REPORT OF FRANCIS H. GANNON, M.D.

1.  **Statement of opinions to be rendered**:

The principal opinions I have reached based upon the work referenced herein can be summarized as follows:

a.  Wear debris from metal on metal hip implants is released into the tissue environment of the synovial tissue and surrounding capsule.  This wear debris is ingested by macrophages recruited to the local environment.  The metal wear debris ingestion leads to localized cellular death and significant scarring.  This necrosis is directly associated with the metal laden macrophages and not the lymphocytes or blood vessels noted in other areas of the tissue. These morphologic and physiologic changes frequently lead to clinical symptoms or findings necessitating joint replacement, often with concurrent and additional pain and suffering.

b.  It is generally understood in the orthopedic community, and it is also my opinion, that patients with metal on metal hip implants are at a significantly increased risk of developing an adverse soft tissue response in peri-prosthetic tissue, than are patients who have either a ceramic on polyethylene or metal on polyethylene hip implant.  This response often results in pain in the peri-prostheic tissue, tissue necrosis, chronic inflammation, audible or sensory mechanical issues, fracture, dislocation, increased clinical visits and revision surgery.  Patients also sometimes develop fluid masses in these damaged tissues that can often be seen at the time of surgery and can frequently be seen on radiologic or magnetic resonance imaging exams.  In addition, patients who have metal on metal hip implants are at an increased risk of developing infections late in their course and those infections are different from those occurring around the time of surgery. These clinical manifestations can be better understood in light of the morphologic features noted in tissue sections.

c.  The complications now frequently seen in patients with metal on metal implants, which are described in my report, were recognized as potential risks in the late 1990s, well before Biomet's metal on metal hip implants became available to surgeons and patients in the United States.  There were significant scientific questions about the data available at that time suggesting that the clinical sequelae described in my report might arise, which they did.  The potential risks acknowledged before Biomet introduced its metal on metal hip implants included cellular cytoxicity and activation of the immune system both directly and indirectly, both of which contribute to the clinical symptoms and biological processes described in my report.

d.  The opinions discussed herein are expressed in terms of reasonable medical probability, and are based on my education, training, and clinical experience.  I have also considered the materials in the list attached as Exhibit A to this report in formulating my opinions.

2.   **Technical discussion**:

**Synovial Tissue**

Normal synovial tissue lines the joint spaces of synovial joints and synthesizes hyaluronic acid and various proteins contained in synovial fluid.  Synovial membranes are lined by synoviocytes, cuboidal connective cells that are arranged from one to four cell layers thick. They are undergirded by small vessels to aid in quick exchange of blood and synovial fluid. A thin layer of adipose tissue forms the base of the overall tissue.

**Necrosis**

Necrosis is the result of denaturation of intracellular proteins and enzymatic digestion of lethally injured cells.  There are four main categories of necrosis but for the purposes of this report the discussion will center around coagulative necrosis, which is a form of necrosis where the architecture of dead tissue is preserved and the outlines of the cells can still be observed but without nuclei or cellular organelles.  As necrotic cells rupture they spew their contents into the extracellular environment resulting in an amorphous pattern of debris, and often pressurized zones of fluid-like matter.

**Inflammation**

Inflammation is generally described as recruitment of white cells to a site of injury. Inflammation is classified as acute and chronic, with acute inflammation generally consisting of neutrophils and occasionally eosinophils and basophils (needed for the secretion of vasoactive amines).  Chronic inflammation consists of the mononuclear white blood cells, including lymphocytes, plasma cells, and monocytes.  Chronic inflammation can be a transformation of acute inflammation, reaction to viruses or reaction to persistent insults, such as wear debris. However, the cross-over between the innate and adaptive immune system is a web, rather than a linear progression, and neutrophils and other cells may also be seen in the affected areas.

**Macrophages**

Macrophages are a type of white blood cell involved in inflammatory conditions and have complicated functions and responses in disease states.  One of the primary functions of macrophages is to phagocytize foreign material.  In the case of metal wear debris, the macrophage cells are unable to digest the debris and are further damaged by the debris, which can lead to the secretion of chemokines, necrotic cell death, or both.  Macrophages are involved in the local tissue reaction, and also participating in signaling and recruiting other inflammatory cells to the local environment.

Additionally, macrophages form a large part of the innate immune system in protecting against infections.  The macrophages not only engulf or phagocytise the offending agents but they serve as powerful mediators of both the complement associated destruction and in the

recruitment of neutrophils and other white blood cells as a first line of defense against pathogens.

Given the amount of macrophages present with engulfed metal-on-metal debris, there may be a significant reduction of macrophages available for the innate immune system in these locations leading to increased chances for infection.  With the apoptosis and necrotic pathways of cellular destruction being present in these affected areas there may also be significant interference in the cytokine and chemokine profiles necessary for normal immune defenses.

Additionally, the necrosis that is associated with these metal-laden macrophages may serve as an anoxic or hypoxic environment suitable for the growth of pathogens.

**Hypersensitivity reactions**

Hypersensitivity reactions refer to a class of reactions to an antigen to which an individual has previously been sensitized.  An antigen is a substance that when introduced into the body stimulates the production of an antibody.  Antigens typically include bacteria, foreign cells, venoms, foods, viruses and parasites.  Occasionally, repeated exposure to these substances can trigger a pathologic response and these responses are described as hypersensitivity, implying an excessive response to an antigen.

These reactions can be varied and have been generally classified into four categories: 1) Immediate (Type I) hypersensitivity, 2) Antibody-mediated (Type II) hypersensitivity, 3) Immune complex-mediated (Type III) hypersensitivity, and 4) Cell-mediated (Type IV) hypersensitivity.

Immediate (Type I) hypersensitivity is a rapid immunologic reaction that usually occurs within minutes of exposure to the offending agent.  In these situations, the antigen is complexed with an antibody and then bound to mast cells resulting in the release of vasodilatory mediators and pro-inflammatory cytokines.  The clinical changes become evident within 5-30 minutes.

Antibody (Type II) hypersensitivity results from the binding of antibodies to normal or altered cell surface antigens.  The antigenic stimuli may be intrinsic to the cell or take the form of exogenous antigen that is adsorbed onto the cell surface.  This results in the destruction of the cell by the immune system by the formation of membrane attack complexes.

Immune complex-mediated (Type III) hypersensitivity causes the tissue damage at the site of deposition by eliciting an inflammatory response that attacks the tissue involved.  In this type of reaction, the protein that is introduced triggers an immune response with the production of the protein.  The antigen-antibody complexes are then deposited in various tissues.  Once deposition has occurred, then an acute inflammatory stage is enacted that usually occurs before the beginning of the second week after protein injection.  Destruction of the local tissue then ensues.

3

T cell-mediated (Type IV) hypersensitivity is initiated by antigen-activated T lymphocytes and were originally characterized as delayed-type hypersensitivity reactions to exogenously administered antigens.  These activated T-cells engender a cell mediated toxicity with associated apoptosis.  The apoptotic cell death is mediated directly from the adjacent T lymphocytes and does not normally result in large areas of cell death.  The response in patients with metal-on-metal hip implants is thought to be mediated by haptens engendering a cell mediated response.  A hapten, in this case, is a metal-protein complex that is immunogenic with resultant damage in association with the cytotoxic effects of the metal wear debris present in the peri-prosthetic tissues and elsewhere.

In the disease listed above, as well as conditions such as latex allergies and the like, the pathology shows T cells admixed with acute inflammation.  The cell mediated death in cases of Type IV hypersensitivity is largely apoptotic in nature rather than large areas of necrotic cell death.  Additionally, the perivascular lymphocytes noted in these patients are usually located separate from the macrophages and the necrosis, in most cases.  The large areas of necrosis are related to the metal-laden macrophages and this is consistent with the toxic nature of cobalt and chromium.  The process in patients with exposure to metal debris is distinct and different than processes observed in patients with hypersensitivity.

The pathology in these patients differs from that seen in T cell mediated (Type IV) hypersensitivity, although these commonly noted morphologic features could be thought of as a response similar to a Type IV hypersensitivity.

**Qualifications:**

A current copy of my curriculum vitae is attached to this report as Exhibit B.

I graduated from LaSalle University in Philadelphia, Pennsylvania in 1986 with a degree in biology.  I then attended medical school at Jefferson Medical College in Philadelphia, graduating in 1991.  I completed a residency in Pathology and Laboratory Medicine at Thomas Jefferson University Hospital in Philadelphia in 1994.  I am Board Certified in Anatomic Pathology from the American Board of Pathology.

I spent 8 years at the Armed Forces Institute of Pathology where I was part of the Orthopedic Pathology branch.  For two years, I served as Chairman of that branch.

I am currently a Professor of Pathology and Orthopedic Surgery at Baylor College of Medicine in Houston, Texas.  I am the Residency and Fellowship Program Director for the Department of Pathology at Baylor College of Medicine.  I am a staff pathologist in the Departments of Pathology at Texas Children's Hospital, Ben Taub General Hospital, and Debakey VA Medical Center, all in Houston.  I also serve as a Veterans Affairs National Bone Pathology Consultant.

At Baylor College of Medicine, I serve as Chair of the O'Neal/Spiut Award Committee, and as a member of the Institutional Review Committee.  I also serve on the Baylor College of

4

Medicine Curriculum Committee as chair.  In addition, I serve as a member of the Biorepository Steering Committee of the College of American Pathologists.

I serve as a reviewer for the following journals: *Clinical Orthopedics and Related Research*, *Head and Neck Pathology*, *Skeletal Radiology*, and *Ear, Nose and Throat Journal*.

I am a member of the International Academy of Pathologists, the International Skeletal Society (where I serve on the Executive Committee), the Texas Society of Pathologists, the Houston Society of Pathologists, and the International Fibrodysplasia Ossificans Progressiva Association.

As a practicing pathologist with a specialty in Orthopedic Pathology, I have examined several hundred joint replacement pathology specimens including for frozen section interpretation.  In addition, in my 20+ years of practice I have examined thousands of surgical pathology and autopsy pathology specimens.  Each of these has informed my ability to interpret various forms of necrosis, tumors, inflammatory conditions and many other conditions.  This experience is transferrable to all pathology specimens and allows me the expertise to interpret all forms of gross pathologies, no matter the organ being viewed.

**3.   Previous testimony:**

Within the last 4 years, I have either been deposed or testified in the following matters:

*Kauthen v. DePuy,* Fifteenth Judicial Circuit, West Palm Beach Florida, CASE NO. 50-11-CA-004158; July 19, 2013

*Herlihy-Paoli v. DePuy,* MDL 2244; Case No. 12-cv-4975; March 31, 2014

*Lay v. DePuy,* MDL 2244; Case No. 11-cv-3590; March 31, 2014

*Reese v. Sateri,* Baltimore, Maryland County Case No. 06-C-12-062717

*Hodges v. DePuy,* MDL 2244; Case No. 12-cv-2695; July 9, 2014

*Rowe v. DePuy,* MDL 2244; Case No. 12-cv-4354; July 9, 2014

**4.   Compensation:**

My billing rate is $500 per hour.

I reserve the right to supplement this report if further data, documents, or information becomes available, or to correct this report if errors are discovered.  I may use visual aids or demonstrative exhibits, such as diagrams, images, slides or charts that help illustrate or explain my opinions.

Dated:  February 23, 2017

Francis H Gannon, M.D.

Attachments:

Exhibit A:  List of materials considered

Exhibit B:  Curriculum vitae

# EXHIBIT A
# MATERIALS CONSIDERED

Exhibit A

**L**iterature:

Abdullah, K.A. *Stress and Stability Analysis of the Neck-stem Interface of the Modular  Hip Prosthesis*. Queen's University, Canada. (1998).

AllHajjar, M., et al. "Effect of femoral head size on the wear of metal on metal bearings in total hip replacements under adverse edgeIloading conditions." *J. Biomed. Mater.Res. Part B: Appl. Biomat.* 101.2 (2013): 213-222.

Ameer, M., et al. "Electrochemical behaviour of recasting Ni–Cr and Co–Cr non-precious dental alloys." *Corros. Sci.* 46.11 (2004): 2825-2836.

Amstutz, H., et al. "Metal on metal total hip replacement workshop consensus  document." *Clin. Orthop. Rel. Res.* 329 (1996): S297-S303.

Angelini, E., and Zucchi, F. "In vitro corrosion of some Co-Cr and Ni-Cr alloys used for removable partial dentures: influence of heat treatments." *J. Mat. Sci.: Materials in  Medicine* 2.1 (1991): 27-35.

Arakawa, H., al. "A comparative study of calf thymus DNA binding to Cr (III) and Cr(VI) ions: evidence for the guanine N-7-chromium-phosphate chelate formation." *J. Biol.  Chem.* 275.14 (2000): 10150-10153

"Arcam EBM system ASTM F75 CoCr alloy", Arcam AB, Mölndal, Sweden.  Retrieved from http://www.arcam.com/wp-content/uploads/Arcam-ASTM-F75-Cobalt-Chrome.pdf.

Aroukatos, P., et al. "Immunologic adverse reaction associated with low-carbide metal-  on-metal bearings in total hip arthroplasty." *Clin. Orthop. Rel. Res.* 468.8 (2010): 2135-  2142.

ASTM Standard F2068, 2009, "Standard Specification for Femoral Prostheses—Metallic Implants", ASTM International, West Conshohocken, PA, 2009, DOI: 10.1520/F2068- 09, www.astm.org.

ASTM Standard F2091, 2012, "Standard Specification for Acetabular Prostheses", ASTM International, West Conshohocken, PA, 2012, DOI: 10.1520/F2091-01R11, www.astm.org.

ASTM Standard F2580, 2013, "Standard Practice for Evaluation of Modular Connection of Proximally Fixed Femoral Hip Prosthesis", ASTM International, West Conshohocken,  PA, 2012, DOI: 10.1520/F2580-13, www.astm.org.

ASTM Standard F75, 2012, "Standard Specification for Cobalt-28 Chromium-6 Molybdenum Alloy Castings and Casting Alloy for Surgical Implants", ASTM  International, West Conshohocken, PA, 2012, DOI: 10.1520/F0075-12, www.astm.org.

Exhibit A

ASTM Standard F732, 2011, "Standard Test Method for Wear Testing of Polymeric Materials Used in Total Joint Prostheses", ASTM International, West Conshohocken, PA, 2011, DOI: 10.1520/F0732-00R11, www.astm.org.

ASTM Standard G204, 2010, "Standard Test Method for Damage to Contacting Soli Surfaces under Fretting Conditions", ASTM International, West Conshohocken, PA, 2010, DOI: 10.1520/ G0204–10, www.astm.org.

Athanasou, N., et al. "Diagnosis of infection by frozen section during revision arthroplasty." *J. Bone Joint Surg.* 77 (1995): 28-33.

Athanasou, N., et al. "Immunohistology of rheumatoid nodules and rheumatoid synovium." *Ann. Rheum. Dis.* 47 (1988): 398-403.

Athanasou, N. and Quinn J. "Immunocytochemical analysis of human synovial lining cells: Phenotypic relation to other marrow derived cells." *Ann. Rheum. Dis.* 50 (1991): 311-315.

Athanasou, N. et al. "Resorption of bone by inflammatory cells derived from the joint capsule of hip arthroplasties." *J. Bone Joint Surg.* 74.1 (1992): 57-62.

Athanasou, N. "Synovial macrophages." *Ann. Rheum. Dis.* 54 (1995): 392-394.

Atkins, B., et al. "Prospective evaluation of criteria for microbiological diagnosis of prosthetic-joint infection at arthroplasty." *J. of Clin. Microbiol.* 36.10 (1998): 2932-2939.

Atrey, A., et al. "601 metal-on-metal total hip replacements with 36 mm heads a minimum 5 year follow up: Levels of ARMD remain low despite a comprehensive screening program." *J. Orthopaedics* 14 (2017) 108-114.

Ayoub, B., et al. "Incidence of Adverse Reactions to Metal Debris From 28-mm Metal-on-Metal Total Hip Arthroplasties With Minimum 10 Years of Follow-Up: Clinical, Laboratory, and Ultrasound Assessment of 44 Cases." *J. Arthroplasty* (2016) 1-5.

Balagna, C., et al. "Characterization of Co–Cr–Mo alloys after a thermal treatment for high wear resistance." *Mat. Sci. Eng. C* 32.7 (2012): 1868-1877.

Barbour, P., et al. "A hip joint simulator study using simplified loading and motion cycles generating physiological wear paths and rates." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 213.6 (1999): 455-467.

Barrack, R. and Schmalzried, T. "Impingement and Rim Wear Associated with Early Osteolysis After a Total Hip Replacement A Case Report." *J. Bone Joint Surg.,* 84.7 (2002): 1218-1220.

Barril, S., et al. "Influence of fretting regimes on the tribocorrosion behaviour of Ti6Al4V in 0.9 wt. % sodium chloride solution." *Wear* 256.9 (2004): 963-972.

Exhibit A

Bartolozzi, A. and Black, J. "Chromium concentrations in serum, blood clot and urine from patients following total hip arthroplasty." *Biomaterials* 6.1 (1985): 2-8.

Beaulé, P., et al. "Jumbo femoral head for the treatment of recurrent dislocation following total hip replacement." *J. Bone Joint Surg.,* 84.2 (2002): 256-263.

Beaver, W. and Fehring, T. "Abductor dysfunction and related sciatic nerve palsy, a new complication of metal-on-metal arthroplasty." *J. Arthroplasty* 27.7 (2012): 1414-e13.

Behl, B., et al. "Biological effects of cobalt-chromium nanoparticles and ions on dural fibroblasts and dural epithelial cells." *Biomaterials* (2013).

Bergmann, G., et al. "Multichannel strain gauge telemetry for orthopaedic implants." *J. Biomech.* 21.2 (1988): 169-176.

Bergmann, G., et al. "Hip joint loading during walking and running, measured in two patients." *J. Biomech.* 26.8 (1993): 969-990.

Bergmann, G., et al. "Evaluation of ischial weight-bearing orthoses, based on *in-vivo* hip joint force measurements." *Clin. Biomech.* 9.4 (1994): 225-234.

Bergmann, G., et al. "Is staircase walking a risk for the fixation of hip implants?" *J. Biomech.* 28.5 (1995): 535-553.

Bergmann, G., et al. "Influence of shoes and heel strike on the loading of the hip joint." *J. Biomech.* 28.7 (1995): 817-827.

Bergmann, G., et al. "Hip joint forces during load carrying." *Clin. Orthop. Rel. Res.* 335 (1997): 190-201.

Bergmann, G., et al. "Averaging of Strongly Varying Signals-Mittelung stark variierender Signale." *Biomed. Tech./Biomed. Eng.* 46.6 (2001): 168-171.

Bergmann, G., et al. "Frictional heating of total hip implants, Part 1: measurements in patients." *J. Biomech.* 34.4 (2001): 421-428.

Bergmann, G., et al. "Frictional heating of total hip implants. Part 2: finite element study." *J. Biomech.* 34.4 (2001): 429-435.

Bergmann, G., et al. "Hip contact forces and gait patterns from routine activities." *J. Biomech.* 34.7 (2001): 859-871 DEPUY039379108-DEPUY039379120.

Bergmann, G., et al. "Hip joint contact forces during stumbling." *Langenbeck's Archives of Surgery* 389.1 (2004): 53-59.

Bergmann, G., et al. "Design and calibration of load sensing orthopaedic implants." *J. Biomech. Eng.* 130.2 (2008): 021009.

Bergmann, G., et al. "Realistic loads for testing hip implants." *Biomed. Mat. Eng.* 20.2 (2010): 65-75.

Billi, F. and Campbell, P. "Nanotoxicology of metal wear particles in total joint arthroplasty: a review of current concepts." *J. Appl. Biomater. Biomech.* 8.1 (2010): 1.

Bills, P., et al. "Volumetric wear assessment of retrieved metal-on-metal hip prostheses and the impact of measurement uncertainty." *Wear* 274 (2012): 212-219.

Black, J. "Metal on Metal Bearings: A Practical Alternative to Metal on Polyethylene Joints?" *Clin. Orthop. Rel. Res.* 329S (1996): S244-S255.

Bloomfield, V. "DNA condensation by multivalent cations." *Biopolymers* 44.3 (1997): 269-282.

Bobyn, J. "Fixation and bearing surfaces for the next millennium." *Orthopedics* 22.9 (1999): 810.

Bobyn, J. "Polyethylene wear debris." *Can. J. Surg.* 34.6 (1991): 530-531.

Bobyn, J., et al. "Histologic analysis of a retrieved microporous-coated femoral prosthesis: a seven-year case report." *Clin. Orthop. Rel. Res.* 224 (1987): 303.

Bobyn, J., et al. "The effect of stem stiffness on femoral bone resorption after canine porous-coated total hip arthroplasty." *Clin. Orthop. Rel. Res.* 261 (1990): 196-213.

Bobyn, J., et al. "The optimum pore size for the fixation of porous-surfaced metal implants by the ingrowth of bone." *Clin. Orthop. Rel. Res.* 150 (1980): 263-270.

Böhler, M., et al. "Adverse tissue reactions to wear particles from Co-alloy articulations, increased by alumina-blasting particle contamination from cementless Ti-based total hip implants: A report of seven revisions with early failure." *J. Bone Joint Surg., British Volume* 84.1 (2002): 128-136.

Bolton, J., and Hu, X. "In vitro corrosion testing of PVD coatings applied to a surgical grade Co–Cr–Mo alloy." *J. Mat. Sci.: Mater. Med.* 13.6 (2002): 567-574.

Bontà, I., et al. "Involvement of inflammatory mediators in macrophage antitumor activity." *J. Leukoc. Biol.* 54.6 (1993): 613-626.

Bowsher, J., et al. "Metal-on-metal hip simulator study of increased wear particle surface area due to 'severe' patient activity." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 220.2 (2006): 279-287.

Bozic, K., et al. "The epidemiology of bearing surface usage in total hip arthroplasty in the United States." *J. Bone Joint Surg.,* 91.7 (2009): 1614-1620.

Exhibit A

Brandt, J-M., et al. "Delamination wear on two retrieved polyethylene inserts after gamma sterilization in nitrogen." *The Knee* 18.2 (2011): 125-129.

Brockett, C., et al. "Friction of total hip replacements with different bearings and loading conditions." *J. Biomed. Mater. Res. Part B: Appl. Biomat.* 81.2 (2007): 508-515.

Brockett, C., et al. "The influence of clearance on friction, lubrication and squeaking in large diameter metal-on-metal hip replacements." *J. Mater. Sci.: Mater. Med.* 19.4  (2008): 1575-1579.

Brockett, C., et al. "Wear of ceramicⅠonⅠcarbon fiberⅠreinforced polyⅠether ether ketone hip replacements." *J. Biomed. Mater. Res. Part B: Appl. Biomat.* 100.6 (2012): 1459-1465.

Brown, C., et al. "Biological effects of clinically relevant wear particles from metal-on-metal hip prostheses." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 220.2 (2006): 355- 369.

Browne, J., et al. "Failed metal-on-metal hip arthroplasties: a spectrum of clinical presentations and operative findings." *Clin. Orthop. Rel. Res.* 468.9 (2010): 2313-2320.

Brown, C., et al. "Biological effects of clinically relevant wear particles from metal-on-metal hip prostheses." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 220.2 (2006): 355- 369.

Brunner, T., et al. "In vitro cytotoxicity of oxide nanoparticles: comparison to asbestos, silica, and the effect of particle solubility." *Environ. Sci. Technol.* 40.14 (2006): 4374- 4381.

Bundy, K., et al. "Stress-enhanced ion release—the effect of static loading." *Biomaterials* 12.7 (1991): 627-639.

Burkandt, A., et al. "Proliferation of the synovial lining cell layer in suggested metal hypersensitivity." *In Vivo* 25.4 (2011): 679-686.

Büscher, R., et al. "Subsurface microstructure of metalⅠonⅠmetal hip joints and its relationship to wear particle generation." *J. Biomed. Mater. Res. Part B: Appl. Biomat.* 72.1 (2005): 206-214.

Cadosch, D., et al. "Metal is not inert: role of metal ions released by biocorrosion in aseptic loosening—current concepts." *J. Biomed. Mater. Res. Part A* 91.4 (2009): 1252- 1262.

Campbell, J. and Estey M. "Metal release from hip prostheses: cobalt and chromium toxicity and the role of the clinical laboratory." *Clin. Chem. Lab. Med.* 51(1):213-220 Sept, 2012

Campbell, P., et al. "Autopsy analysis thirty years after metal-on-metal total hip  replacement: A case report." *J. Bone Joint Surg., Case Connector* 85.11 (2003): 2218- 2222.

Carmignato, S., and Savio, E. "Traceable volume measurements using coordinate  measuring systems." *CIRP Ann-Manuf. Techn.* 60.1 (2011): 519-522.

Carmignato, S., et al. "Uncertainty evaluation of volumetric wear assessment from  coordinate measurements of ceramic hip joint prostheses." *Wear* 270.9 (2011): 584-590.

Casabán J., et al. "Influence of microstructure of HC CoCrMo biomedical alloys on the corrosion and wear behaviour in simulated body fluids." *Tribol. Int.*  44.3 (2011): 318- 329.

Case, C., et al. "Widespread dissemination of metal debris from implants." *J. Bone Joint Surg., British Volume* 76.5 (1994): 701-712.

Catelas, I., et al. "Wear particles from metal-on-metal total hip replacements: effects of implant design and implantation time." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 220.2 (2006): 195-208.

Catelas, I. and Jacobs, J. "Biologic activity of wear particles." *Instructional Course  Lectures* 59 (2010): 3.

Catelas, I. and Wimmer, M. "New insights into wear and biological effects of metal-on- metal bearings." *J. Bone Joint Surg., American Volume* 93 Supplement 2 (2011): 76-83.

Catelas, I., et al. "Effects of digestion protocols on the isolation and characterization of  metal–metal wear particles. I. Analysis of particle size and shape." *J. Biomed. Mater.  Res.*55.3 (2001): 320-329.

Catelas, I., et al. "Effects of digestion protocols on the isolation and characterization of  metal–metal wear particles. II. Analysis of ion release and particle composition." *J.  Biomed. Mater. Res.*55.3 (2001): 330-337.

Catelas, I., et al. "Flow cytometric analysis of macrophage response to ceramic and polyethylene particles: effects of size, concentration, and composition." *J. Biomed. Mater. Res.*41.4 (1998): 600-607.

Catelas, I., et al. "Induction of macrophage apoptosis by ceramic and polyethylene  particles in vitro." *Biomaterials* 20.7 (1999): 625-630.

Catelas, I., et al. "Semi-quantitative analysis of cytokines in MM THR tissues and their relationship to metal particles." *Biomaterials* 24.26 (2003): 4785-4797.

Catelas, I., et al. "Size, shape, and composition of wear particles from metal–metal hip simulator testing: effects of alloy and number of loading cycles." *J. Biomed. Mater. Res.Part A* 67.1 (2003): 312-327.

Catelas, I., et al. "Polyethylene and metal wear particles: characteristics and biological effects." *Semin. Immunopathol.* Vol. 33. No. 3. Springer-Verlag, 2011.

Exhibit A

Caudillo, M., et al. "On carbide dissolution in an asIcast ASTM FI75 alloy." *J. Biomed. Mater. Res.*59.2 (2002): 378-385.

Exhibit A

Chan, F.  "Wear and lubrication of metal-on-metal hip implants." *Clin. Orthop. Rel. Res.* 369 (1999): 10-24.

Chang, C., et al. "Transfer of metallic debris from the metal surface of an acetabular cup to artificial femoral heads by scraping: Comparison between alumina and cobalt–chrome heads." *J. Biomed. Mater. Res.Part B: Appl. Biomat.* 85.1 (2008): 204-209.

Chang, J., et al. "Bone Resorption by Cells Isolated from Rheumatoid Synovium." *Ann. Rheum. Dis.* 51 (1992): 1223-1229.

Charnley, J., "The long-term results of low-friction arthroplasty of the hip performed as a primary intervention." *J. Bone Joint Surg., British Volume* 54.1 (1972): 61-76.

Charosky, C., et al. "Total Hip Replacement Failures: A Histological Evaluation." *J. Bone Joint Surg., American Volume* 55.1 (1973): 49-58.

Chen, X., et al. "Inflammatory response to orthopedic biomaterials after total hip replacement." *J. Orthop. Sci.* (2012) 17:407–412.

Chen, Z., et al. "Metal-on-metal hip resurfacings—a radiological perspective." *Eur. Radiol.* 21.3 (2011): 485-491.

Cheng, D., et al. "Corrosion properties of nanocrystalline Co–Cr coatings." *Ann. Biomed. Eng.* 29.9 (2001): 803-809.

Chiang, T., et al. "Spherical Squeeze-Film Hybrid Bearing With Small Steady-State Radial Displacement." *J. Lubr. Technol.* 89 (1967): 254.

Chiba, A., et al. "Pin-on-disk wear behavior in a like-on-like configuration in a biological environment of high carbon cast and low carbon forged Co–29Cr–6Mo alloys." *Acta Mater.* 55.4 (2007): 1309-1318.

Codaro, E., et al. "Corrosion behavior of a cobalt-chromium-molybdenum alloy." *Russ. J. Electrochem+* 36.10 (2000): 1117-1121.

Cohen, D. "How safe are metal-on-metal hip implants?" *Br. Med. J.* 344 (2012).

Cooke, M., et al. "Use of stereolithography to manufacture critical-sized 3D biodegradable scaffolds for bone ingrowth." *J. Biomed. Mater. Res. Part B: Appl. Biomater.* 64.2 (2003): 65-69.

Cooper, J., et al. "Macroscopic and microscopic wear mechanisms in ultra-high molecular weight polyethylene." *Wear* 162 (1993): 378-384.

Cousen, P. and Gawkrodger, J. "Metal allergy and second-generation metal-on-metal arthroplasties." *Contact Derm.* 66.2 (2012): 55-62.

Exhibit A

Crawford, R. and Athanasou, N. "Beta 2-microglobulin amyloid deposition in hip revision arthroplasty tissues." *Histopathology*. 33.5 (1998): 479-484.

Crawford, R., et al. "Deposition of calcium pyrophosphate in tissue after revision arthroplasty of the hip." *J. Bone Joint Surg.* 81.3 (1999): 552-554.

Crawford, R., et al. "Expansion of an osteoarthritic cyst associated with wear debris: A case report." *J. Bone Joint Surg.* 80.6 (1998): 990-993.

D'Antonio, J., et al. "Controversies regarding bearing surfaces in total hip replacement." *J. Bone Joint Surg.* 91 Supplement 5 (2009): 5-9.

Daley, B., et al. "Wear debris from hip or knee replacements causes chromosomal damage in human cells in tissue culture." *J Bone Joint Surg., British Volume* 86.4 (2004): 598-606.

Daou, S., et al. "The potential role of cobalt ions released from metal prosthesis on the inhibition of Hv1 proton channels and the decrease in Staphyloccocus epidermidis killing by human neutrophils." *Biomaterials* 32.7 (2011): 1769-1777.

Dapunt, U., et al. "On the inflammatory response in metal-on-metal implants." *J. Transl. Med.* 12.74 (2014): 1-9.

Dayan, A. and Paine, A. "Mechanisms of chromium toxicity, carcinogenicity and allergenicity: review of the literature from 1985 to 2000." *Hum. Exp. Toxicol.* 20.9 (2001): 439-451.

Dearnley, P. "A review of metallic, ceramic and surface-treated metals used for bearing surfaces in human joint replacements." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 213.2 (1999): 107-135.

De Haan, R., et al. "Revision of metal-on-metal resurfacing arthroplasty of the hip: The influence of malpositioning of the components." *J Bone Joint Surg., British Volume* 90.9 (2008): 1158-1163.

De Smet, K., et al. "Revisions of metal-on-metal hip resurfacing: lessons learned and improved outcome." *Orthop. Clin. North Am.* 42.2 (2011): 259-269.

Devine, T. and Wulff, J., "The Comparative Crevice Corrosion Resistance of CoICr Base Surgical Implant Alloys." *J. Electrochem. Soc.* 123.10 (1976): 1433-1437.

Dhert, W. and Bauer, T. "Perivascular and diffuse lymphocytic inflammation are not specific for failed metal-on-metal hip implants." *Clin. Orthop. Rel. Res.* 469.4 (2011): 1127-1133.

Doerner, M., et al. "The 2012 John Charnley Award: Clinical multicenter studies of the wear performance of highly crosslinked remelted polyethylene in THA." *Clin. Orthop. Rel. Res.* 471.2 (2013): 393-402.

Doherty, A., et al. "Increased chromosome translocations and aneuploidy in peripheral blood lymphocytes of patients having revision arthroplasty of the hip." *J. Bone Joint Surg., British Volume* 83.7 (2001): 1075-1081.

Donaldson, J., et al. "The relationship between the presence of metallosis and massive infection in metal-on-metal hip replacements." *Hip Int.* 20.2 (2010) 242-7.

Doorn, P., et al. "Metal wear particle characterization from metal on metal total hip replacements: transmission electron microscopy study of periprosthetic tissues and isolated particles." *J. Biomed. Mater. Res.* 42.1 (1998): 103-111.

Doorn, P., et al. "Tissue reaction to metal on metal total hip prostheses." *Clin. Orthop. Rel. Res.* 329 (1996): S187-S205.

Dorr, L., et al. "Histologic, biochemical, and ion analysis of tissue and fluids retrieved during total hip arthroplasty." *Clin. Orthop. Rel. Res.* 261 (1990): 82-95.

Dowson, D., et al. "Engineering undergraduate courses-an international experience." *Innovat. Teach. Eng.* (1991): 41.

Dowson, D., et al. "An evaluation of the penetration of ceramic femoral heads into polyethylene acetabular cups." *Wear* 162 (1993): 880-889.

Dowson, D. "A comparative study of the performance of metallic and ceramic femoral head components in total replacement hip joints." *Wear* 190.2 (1995): 171-183.

Dowson, D., et al. "Direct experimental evidence of lubrication in a metal-on-metal total hip replacement tested in a joint simulator." *Proc. Inst. Mech. Eng., Part C: J. Mech. Eng. Sci.* 214.1 (2000): 75-86.

Dowson, D. "New joints for the Millennium: wear control in total replacement hip joints." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 215.4 (2001): 335-358.

Dowson, D. "The relationship between steady-state wear rate and theoretical film thickness in metal-on-metal total replacement hip joints." *Tribology S.* 41. (2003): 273- 280.

Dowson, D., et al. "A hip joint simulator study of the performance of metal-on-metal joints: Part I: The role of materials." *J. Arthroplasty* 19.8 (2004): 118-123.

Dowson, D., et al. "A hip joint simulator study of the performance of metal-on-metal joints: Part II: Design." *J. Arthroplasty* 19.8 (2004): 124-130.

Dowson, D. "Tribological principles in metal-on-metal hip joint design." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 220.2 (2006): 161-171.

Duncan, L., et al. "Effects of thermal treatments on protein adsorption of Co–Cr–Mo ASTM-F75 alloys." *J. Mater. Sci.: Mater. Med.* 22.6 (2011): 1455-1464.

Ebramzadeh, E., et al. "Failure modes of 433 metal-on-metal hip implants: how, why, and wear." *Orthop. Clin. North Am.* 42.2 (2011): 241-250.

Elfick, A., et al. "Variation in the wear rate during the life of a total hip arthroplasty." *J. Arthroplasty* 15.7 (2000): 901-908.

Engh Jr., C., et al. "Metal-on-metal hip arthroplasty: does early clinical outcome justify the chance of an adverse local tissue reaction?" *Clin. Orthop. Rel. Res.* 468.2 (2010): 406-412.

Elves, M., et al. "Incidence of metal sensitivity in patients with total joint replacements." *Br. Med. J.* 4.5993 (1975): 376.

Evans, E., et al. "Metal sensitivity as a cause of bone necrosis and loosening of the prosthesis in total joint replacement." *J. Bone Joint Surg., British Volume* 56.4 (1974): 626-642.

Fabi, D., et al. "Metal-on-Metal Total Hip Arthroplasty: Causes of High Incidence of Early Failure." *Orthopedics* 35.7 (2012) e1009-1016.

Fabi, D., et al. "Unilateral vs bilateral total knee arthroplasty: Risk factors increasing morbidity." *J. Arthroplasty* 26.5 (2011): 668-673.

Fang, C., et al. "The imaging spectrum of peri-articular inflammatory masses following metal-on-metal hip resurfacing." *Skeletal Radiol.* 37 (2008): 715-722.

Fary, C., et al. "Diagnosing and investigating adverse reactions in metal on metal hip implants." *Br. Med. J.* 343 (2011).

"FDA Executive Summary for DePuy Orthopedics CoMplete™ Acetabular Hip System." *FDA Orthopaedic and Rehabilitation Devices Advisory Panel*, Aug 18, 2009.

"FDA Executive Summary Memorandum: Metal-on-Metal Hip Implant Systems." *FDA Orthopaedic and Rehabilitation Devices Advisory Panel, Gaithersburg MD* (2012).

FDA K003523 "Depuy Pinnacle Metal-on-Metal Acetabular Cup Liners" Folder, *Food and Drug Administration* (2011). FOI:10008002. Retrieved from: http://www.fda.gov/downloads/AboutFDA/CentersOffices/CDRH/CDRHFOIAElectroni cReadingRoom/UCM249901.pdf.

Flanagan, S., et al. "In vitro friction and lubrication of large bearing hip prostheses." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 224.7 (2010): 853-864.

Firkins, P., et al. "A novel low wearing differential hardness, ceramic-on-metal hip joint prosthesis." *J. Biomech.* 34.10 (2001): 1291-1298.

Firkins, P., et al. "Quantitative analysis of wear and wear debris from metal-on-metal hip prostheses tested in a physiological hip joint simulator." *Bio-Med. Mater. Eng.* 11.2 (2001): 143-157.

Fleury, C., et al. "Effect of cobalt and chromium ions on human MG-63 osteoblasts in vitro: morphology, cytotoxicity, and oxidative stress." *Biomaterials* 27.18 (2006): 3351- 3360.

Fisher, J., et al. "The effect of sliding velocity on the friction and wear of UHMWPE for use in total artificial joints." *Wear* 175.1 (1994): 219-225.

Fisher, J. "A stratified approach to pre-clinical tribological evaluation of joint replacements representing a wider range of clinical conditions advancing beyond the current standard." *Faraday Discuss.* 156 (2012): 59-68.

Gad, S. "Acute and chronic systemic chromium toxicity." *Sci. Total Environ.* 86.1 (1989): 149-157.

Galanis, N. and Manolakos, D. "Design of a Hip Joint Simulator According to the ISO 14242." *Proceedings of the World Congress on Eng.* Vol. 3 (2011).

Galvin, A., et al. "Comparison of wear of ultra-high molecular weight polyethylene acetabular cups against alumina ceramic and chromium nitride coated femoral heads." *Wear* 259.7 (2005): 972-976.

Galbraith, J., et al. "Infection or metal hypersensitivity? The diagnostic challenge of failure in metal-on-metal bearings." *Acta Orthop. Belg.* 77.2 (2011): 145-151.

Garrett, R., et al. "Effects of cobalt-chrome alloy wear particles on the morphology, viability and phagocytic activity of murine macrophages in vitro." *Aust. J. Exp. Biol. Med. Sci.* 61.3 (1983): 355-369.

Gavini, D., et al. "Metal-on-Metal Total Hips: A Retrospective Look at Nearly 3,000 Adverse Event Reports Food and Drug Administration": (FDA/CDRH/OSB), (FDA/CDRH/ODE), Silver Spring, MD, 20993, USA

Germain, M., et al. "Comparison of the cytotoxicity of clinically relevant cobalt– chromium and alumina ceramic wear particles in vitro." *Biomaterials* 24.3 (2003): 469- 479.

Giacchi, J., et al. "Microstructural characterization of as-cast biocompatible Co–Cr–Mo alloys." *Mater. Charact.* 62.1 (2011): 53-61.

Giacchi, J., et al. "Microstructural evolution during solution treatment of Co–Cr–Mo–C biocompatible alloys." *Mater. Charact.* 68 (2012): 49-57.

Gilbert, J., et al. "Scanning electrochemical microscopy of metallic biomaterials: Reaction rate and ion release imaging modes." *J. Biomed. Mater. Res.* 27.11 (1993): 1357-1366.

Gilbert, J., et al. "Fretting crevice corrosion of stainless steel stem–CoCr femoral head connections: comparisons of materials, initial moisture, and offset length." *J. Biomed. Mater. Res.Part B: Appl. Biomater.* 88.1 (2009): 162-173.

Gill, I., et al. "Corrosion at the neck-stem junction as a cause of metal ion release and pseudotumour formation." *J. Bone Joint Surg., British Volume* 94.7 (2012): 895-900.

Gill, H., et al. "Molecular and immune toxicity of CoCr nanoparticles in MoM hip arthroplasty." *Trends Mol. Med.* 18.3 (2012): 145-155.

Glahn, F., et al. "Cadmium, cobalt and lead cause stress response, cell cycle deregulation and increased steroid as well as xenobiotic metabolism in primary normal human bronchial epithelial cells which is coordinated by at least nine transcription factors." *Arch. Toxicol.* 82.8 (2008): 513-524.

Glyn-Jones, S., et al. "Risk factors for inflammatory pseudotumour formation following hip resurfacing." *J. Bone Joint Surg., British Volume* 91.12 (2009): 1566-1574.

Goldberg, J. and Gilbert, J. "Electrochemical response of CoCrMo to high-speed fracture of its metal oxide using an electrochemical scratch test method." *J. Biomed. Mater. Res.* 37.3 (1997): 421-431.

Goldberg, J. and Gilbert, J. "In vitro corrosion testing of modular hip tapers." *J. Biomed. Mater. Res. Part B: Appl. Biomater.* 64.2 (2003): 78-93.

Goldsmith, A. and Dowson D. "Development of a ten-station, multi-axis hip joint simulator." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 213.4 (1999): 311-316.

Goldsmith, A., et al. "A comparative joint simulator study of the wear of metal-on-metal and alternative material combinations in hip replacements." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 214.1 (2000): 39-47.

Goode, A., et al. "Chemical speciation of nanoparticles surrounding metal-on-metal hips." *Chem. Commun.* 48.67 (2012): 8335-8337.

Graichen, F., et al. "Hip endoprosthesis for in vivo measurement of joint force and temperature." *J. Biomech.* 32.10 (1999): 1113-1117.

Grammatopoulus G., et al. "The correlation of wear with histological features after failed hip resurfacing arthroplasty." *J. Bone and Joint Surg. Am.* 95.12 (2013):1-10.

Green, B., et al. "Neuropsychiatric symptoms following metal-on-metal implant failure with cobalt and chromium toxicity." *BMC Psychiatry* (2017) 17:33.

Green, T., et al. "Effect of size and dose on bone resorption activity of macrophages by in vitro clinically relevant ultra-high molecular weight polyethylene particles." *J. Biomed. Mater. Res.*53.5 (2000): 490-497.

Exhibit A

Haddad, F., et al. "Metal-on-metal bearings: The evidence so far." *J. Bone Joint Surg., British Volume* 93.5 (2011): 572-579.

Hailer, N., et al. "Elevation of circulating HLA DR+ CD8+ T-cells and correlation with chromium and cobalt concentrations 6 years after metal-on-metal hip arthroplasty: A randomized trial." *Acta Orthop.* 82.1 (2011): 6-12.

Hallab, N. and Jacobs, J. "Biologic effects of implant debris." *B. NYU Hosp. Joint Dis.*67.2 (2009): 182

Hallab, N., et al. "Differential lymphocyte reactivity to serum-derived metal–protein complexes produced from cobalt-based and titanium-based implant alloy degradation." *J. Biomed. Mater. Res.*56.3 (2001): 427-436.

Hallab, N., et al. "In vitro reactivity to implant metals demonstrates a personIdependent association with both TIcell and BIcell activation." *J. Biomed. Mater. Res. Part A* 92.2 (2010): 667-682.

Hallab, N. et al. "Lymphocyte responses in patients with total hip arthroplasty." *J. Orthop. Res.* 23.2 (2005): 384-391.

Hallab, N., et al. "Orthopaedic implant related metal toxicity in terms of human lymphocyte reactivity to metal-protein complexes produced from cobalt-base and titanium-base implant alloy degradation." *Mol. Cell Bichem.* 222.1 (2001): 127-136.

Hallab, N., et al. "Quantifying subtle but persistent peri-spine inflammation in vivo to submicron cobalt–chromium alloy particles." *Eur. Spine J.* 21.12 (2012): 2649-2658.

Hallab, N., et al. "Th1 type lymphocyte reactivity to metals in patients with total hip arthroplasty." *J. Orthop. Surg. Res.* 3.1 (2008): 6.

Hanawa, T. "Metal ion release from metal implants." *Mater. Sci. Eng.* 24.6 (2004): 745- 752.

Hansen, D. "Metal corrosion in the human body: the ultimate bio-corrosion scenario." *Elec. Soc. Interface* 17.2 (2008): 31.

Harris, W. "The problem is osteolysis." *Clin. Orthop. Rel. Res.* 311 (1995): 46-53.

Harris, W. "Conquest of a worldwide human disease: Particle-induced periprosthetic osteolysis." *Clin. Orthop. Rel. Res.* 429 (2004): 39-42.

Harvie, P., et al. "The treatment of femoral neuropathy due to pseudotumour caused by metal-on-metal resurfacing arthroplasty." *Hip Int.* 18.4 (2007): 313-320.

Hart, A., et al. "Lessons learnt from metal-on-metal hip arthroplasties will lead to safer innovation for all medical devices." *Hip Int.* 2015 (published online ahead of print July 13, 2015 at DOI: 10.5301/hipint.5000275).

Exhibit A

Hauptfleisch, J., et al. "A MRI classification of periprosthetic soft tissue masses (pseudotumours) associated with metal-on-metal resurfacing hip arthroplasty." *Skeletal Radiol.* 41.2 (2012): 149-155.

Hayashi, Y., et al. "Corrosion of Co-Ni and Co-Cr sputtered films in high humidity atmospheres." *Appl. Surf. Sci.* 33 (1988): 1001-1008.

He, D., et al. "RETRACTED: Fretting and galvanic corrosion behaviors and mechanisms of Co–Cr–Mo and Ti–6Al–4V alloys." *Wear* 249.10 (2001): 883-891.

He, D., et al. "RETRACTED: Mechanisms responsible for synergy between fretting and corrosion for three biomaterials in saline solution." *Wear* 250.1 (2001): 180-187.

He, G., et al. "Diffusion bonding of Ti–2.5 Al–2.5 Mo–2.5 Zr and Co–Cr–Mo alloys." *J. Alloy Compd.* 509.27 (2011): 7324-7329.

Heath, J., et al. "Carcinogenic properties of wear particles from prostheses made in cobalt-chromium alloy." *The Lancet* 297.7699 (1971): 564-566.

Heisel, C., et al. "Bearing surface options for total hip replacement in young patients." *J. Bone Joint Surg.,* 85.7 (2003): 1366-1379.

Heller, M., et al. "Musculoskeletal loading conditions at the hip during walking and stair climbing." *J. Biomech.* 34.7 (2001): 883-893.

Hiromoto, S., et al. "Microstructure and corrosion behaviour in biological environments of the new forged low-Ni Co–Cr–Mo alloys." *Biomaterials* 26.24 (2005): 4912-4923.

Hodgson, A., et al. "An analysis of the in vivo deterioration of Co-Cr-Mo implants through wear and corrosion." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 221.3 (2007): 291-303.

Hofheinz, E. "Metal-Metal Articulation: Maloney v. Schmalzreid". *Orthopedics This Week* (2013). Retrieved from http://ryortho.com/2013/02/metal-metal-articulation-maloney-v-schmalzreid/.

Horie, M., et al. "Chromium (III) oxide nanoparticles induced remarkable oxidative stress and apoptosis on culture cells." *Environ. Toxicol.* 28.2 (2013): 61-75.

Hosman, A., et al. "Metal-on-metal bearings in total hip arthroplasties: Influence of cobalt and chromium ions on bacterial growth and biofilm formation." *J. Biomed. Mater. Res. Part A* 88.3 (2009): 711-716.

Hryniewicz, T., et al. "Co–Cr alloy corrosion behaviour after electropolishing and "magnetoelectropolishing" treatments." *Mater. Lett.* 62.17 (2008): 3073-3076.

Hsu, R., et al. "Electrochemical corrosion studies on Co–Cr–Mo implant alloy in biological solutions." *Mater. Chem. Phys.* 93.2 (2005): 531-538.

Exhibit A

Huk, O., et al. "Induction of apoptosis and necrosis by metal ions *in vitro*." *J. Arthroplasty* 19.8 (2004): 84-87.

IARC Working Group on the Evaluation of Carcinogenic Risks to Humans. *IARC Monographs on the evaluation of carcinogenic risks to humans*. Vol. 74: Surgical Implants and Other Foreign Bodies. World Health Organization, 1999.

Ichinose, S., et al. "The study of metal ion release and cytotoxicity in Co–Cr–Mo and Ti– Al–V alloy in total knee prosthesis–scanning electron microscopic observation." *J. Mater. Sci.: Mater. Med.* 14.1 (2003): 79-86.

Inacio, M., et al. "Sex and risk of hip implant failure: assessing total hip arthroplasty outcomes in the United States." *JAMA Internal Medicine* 173.6 (2013): 435-41.

Ingham, E., et al. "Production of TNF-$\alpha$ and bone resorbing activity by macrophages in response to different types of bone cement particles." *Biomaterials* 21.10 (2000): 1005-1013.

Ingham, E. and Fisher, J. "Biological reactions to wear debris in total joint replacement." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 214.1 (2000): 21-37.

Ingham, E. and Fisher, J. "The role of macrophages in osteolysis of total joint replacement." *Biomaterials* 26.11 (2005): 1271-1286.

Ingram, J., et al. "The influence of molecular weight, crosslinking and counterface roughness on TNF-alpha production by macrophages in response to ultra-high molecular weight polyethylene particles." *Biomaterials* 25.17 (2004): 3511-3522.

Isaac, G., et al. "A tribological study of retrieved hip prostheses." *Clin. Orthop. Rel. Res.* 276 (1992): 115-125.

Isaac, G., et al. "Factors affecting wear in large diameter metal-on-metal bearing surfaces." *J. Bone Joint Surg., British Volume* 88.SUPP III (2006): 416-416 DEPUY000681489.

Isaac, G., et al. "Metal-on-metal bearings surfaces: materials, manufacture, design, optimization, and alternatives." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 220.2 (2006): 119-133.

Isaac, G., et al. "Factors Affecting Variability in Whole Blood Metal Ion Levels after Surface Replacement of the Hip." *Orthop. Res. Soc., Las Vegas* 2260 (2009).

Isaac, G., et al. "Ceramic-on-metal bearings in total hip replacement whole blood metal ion levels and analysis of retrieved components." *J. Bone Joint Surg., British Volume* 91.9 (2009): 1134-1141.

International Standard 14971, "Medical devices — Application of risk management to medical devices". *Int. Org. Stand.*, Geneva, Switzerland, 2007, ISO 14971:2007(E).

Iwamoto, T., et al. "Pseudotumor from a metal-on-metal hip." *J. Rheum.* 38.10 (2011): 2265-2265.

Jacobs, J., et al. "The effect of porous coating processing on the corrosion behavior of cast Co–Cr–Mo surgical implant alloys." *J. Orthop. Res.* 8.6 (1990): 874-882.

Jacobs, J. and Craig, T. *Alternative bearing surfaces in total joint replacement*. Vol. 1346. ASTM International, 1998.

Jin, Z. et al. "Analysis of fluid film lubrication in artificial hip joint replacements with surfaces of high elastic modulus." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 211.3 (1997): 247-256.

Judd, K. and Noiseux, N. "Concomitant infection and local metal reaction in patients undergoing revision of metal on metal total hip arthroplasty." *Iowa Orthop. J.* 31 (2011): 59.

Kikuchi, M., et al. "Removal of Radioactive Cobalt Ion in High Temperature Water using Titanium Oxide." *Nucl. Eng. Des.* 53(1979): 387-392.

Kocijan, A., et al. "Electrochemical study of Co-based alloys in simulated physiological solution." *J. Appl. Electrochem.* 34.5 (2004): 517-524.

Kocijan, A., et al. "Cobalt-based alloys for orthopaedic applications studied by electrochemical and XPS analysis." *J. Mater. Sci.: Mater. Med.* 15.6 (2004): 643-650.

Koegel, A. and Black, J. "Release of corrosion products by FI75 cobalt base alloy in the rat. I: Acute serum elevations." *J. Biomed. Mater. Res.*18.5 (1984): 513-522.

Koerten, H., et al. "Observations at the articular surface of hip prostheses: an analytical electron microscopy study on wear and corrosion." *J. Biomed. Mater. Res.*54.4 (2001): 591-596.

Korovessis, P., et al. "Metallosis after contemporary metal-on-metal total hip arthroplasty: Five to nine-year follow-up." *J. Bone Joint Surg., American Volume* 88.6 (2006): 1183-1191.

Krasicka-Cydzik, E. et al. "Corrosion testing of sintered samples made of the Co-Cr-Mo alloy for surgical applications." *J. Mater. Sci.: Mater. Med.* 16.3 (2005): 197-202.

Kubo K., et al. Damage of the bearing surface in retrieved metal-on-metal THA: Report of 29 failure cases. *ORS Annual Meeting* Poster 1212 (2011): Anaheim, California.

Kuhn, A. "Corrosion of Co-Cr alloys in aqueous environments." *Biomaterials* 2.2 (1981): 68-77.

Kumagai, K., et al. "Effect of dissolved oxygen content on pin-on-disc wear behavior of biomedical Co-Cr-Mo alloys in a like-on-like configuration in distilled water." *Mater. Trans.* 48.6 (2007): 1511-1516.

Exhibit A

Kurosu, S., et al. "Grain refinement of biomedical Co–27Cr–5Mo–0.16 N alloy by  reverse transformation." *Mater. Lett.* 64.1 (2010): 49-52.

Kurtz, S., et al. "Advances in the processing, sterilization, and crosslinking of ultra-high molecular weight polyethylene for total joint arthroplasty." *Biomaterials* 20.18 (1999):  1659-1688.

Kwon, Y., et al. "Analysis of wear of retrieved metal-on-metal hip resurfacing implants revised due to pseudotumours." *J. Bone Joint Surg., British Volume* 92.3 (2010): 356- 361.

Kwon, Y., et al. "Asymptomatic pseudotumors after metal-on-metal resurfacing  arthroplasty." *J. Arthroplasty* 26.4 (2011): 511-518.

Langkamer, V., et al. "Systemic distribution of wear debris after hip replacement. A  cause for concern?" *J. Bone Joint Surg., British Volume* 74.6 (1992): 831-839.

Langkamer, V., et al. "Tumors around implants." *J. Arthroplasty* 12.7 (1997): 812-818.

Laitinen, M. et al., "High blood metal ion levels in 19 of 22 patients with metal-on-metal hinge knee replacements." *Acta Orthop.* 88 (2017).

Langton, D., et al. "Early failure of metal-on-metal bearings in hip resurfacing and large-diameter total hip replacement: A consequence of excess wear." *J. Bone Joint Surg.,  British Volume* 92.1 (2010): 38-46.

Langton, D., et al. "Taper junction failure in large-diameter metal-on-metal bearings." *Bone Joint Res.* 1.4 (2012): 56-63.

Lashgari, H., et al. "Microstructural evolution during isothermal aging and strain-induced transformation followed by isothermal aging in Co-Cr-Mo-C alloy: A comparative  study." *Mater. Sci. Eng.: A* 527.16 (2010): 4082-4091.

Lavigne, M., et al. "Residual groin pain at a minimum of two years after metal-on-metal  THA with a twenty-eight-millimeter femoral head, THA with a large-diameter femoral  head, and hip resurfacing." *J. Bone Joint Surg., American Volume* 93 Supplement 2 (2011): 93-98.

Lee, B., et al. "Fractures in tensile deformation of biomedical Co–Cr–Mo–N alloys." *Mater. Lett.* 65.5 (2011): 843-846.

Leslie, I., et al. "Effect of bearing size on the longIterm wear, wear debris, and ion levels of large diameter metalIonImetal hip replacements—An in vitro study." *J. Biomed. Mater. Res. Part B: Appl. Biomat.* 87.1 (2008): 163-172.

Leslie, I., et al. "Surface engineering: A low wearing solution for metalIonImetal hip surface replacements." *J. Biomed. Mater. Res. Part B: Appl. Biomat.* 90.2 (2009): 558- 565.

Exhibit A

Leslie, I., et al. "High Cup Angle and Microseparation Increase the Wear of Hip Surface Replacements." *Clin. Orthop. Rel. Res.* 467 (2009): 2259-2265.

Leslie, I., et al. "Wear of surface-engineered metal-on-metal bearings for hip prostheses under adverse conditions with the head loading on the rim of the cup." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 227.4 (2013): 345-349.

Lewinski, N., et al. "Cytotoxicity of nanoparticles." *Small* 4.1 (2008): 26-49.

Li, Y., et al. "Surface-enhanced Raman spectroelectrochemical studies of corrosion films  on implant Co–Cr–Mo alloy in biosimulating solutions." *J. Raman Spectrosc.* 30.2 (1999): 97-103.

Li, Y., et al. "Influence of carbon and nitrogen addition on microstructure and hot deformation behavior of biomedical Co–Cr–Mo alloy." *Mater. Chem. Phys.* 135.2 (2012): 849-854.

Liao, Y., et al. "Effects of Clearance, Head Size and Start-Stop Protocol on Wear of Metal-on-Metal Hip Joint Bearings in a Physiological Anatomical Hip Joint Simulator."  *Orthop. Res. Soc., San Francisco* 1454 (2004) DEPUY001895186.

Liao, Y., et al. "Graphitic tribological layers in metal-on-metal hip replacements." *Science* 334.6063 (2011): 1687-1690.

Liao, Y., et al. "New insights into hard phases of CoCrMo metal-on-metal hip replacements." *J. Mechan. Behav. Biomed.* 12 (2012): 39-49.

Lin, H. and Bumgardner, J. "Changes in the surface oxide composition of Co–Cr–Mo  implant alloy by macrophage cells and their released reactive chemical species." *Biomaterials* 25.7 (2004): 1233-1238.

Lin, H. Bumgardner, J. "In vitro biocorrosion of Co-Cr-Mo implant alloy by macrophage cells." *J. Orthop. Res.* 22.6 (2004): 1231-1236.

Liow, M. et al. "Metal-on-metal total hip arthroplasty:  risk factors for pseudotumors and clinical systematic evaluation." *Int'l. Orthop.* (2016).

Liu, Y., et al. "Incorporation of growth factors into medical devices via biomimetic  coatings." *Philos. T. R. Soc. A: Math., Phys. and Eng. Sci.* 364.1838 (2006): 233-248.

Liu, F., et al. "Development of computational wear simulation of metal-on-metal hip resurfacing replacements." *J. Biomech.* 41.3 (2008): 686-694.

Liu, R., et al. "Investigation of solidification behavior and associate microstructures of  Co–Cr–W and Co–Cr–Mo alloy systems using DSC technique." *J. Mater. Sci.* 45.22 (2010): 6225-6234.

Exhibit A

Lombardi Jr., A., et al. "Adverse Reactions to Metal on Metal Are Not Exclusive to Large Heads in Total Hip Arthroplasty." *Clin. Orthop. Relat. Res.* (2016) 474:432-440.

Lombardi Jr, A., et al. "An *in vivo* determination of total hip arthroplasty pistoning during activity." *J. Arthroplasty* 15.6 (2000): 702-709.

Lord, J., et al. "Volumetric wear assessment of failed metal-on-metal hip resurfacing prostheses." *Wear* 272.1 (2011): 79-87.

Long, W. "The clinical performance of metal-on-metal as an articulation surface in total hip replacement." *Iowa Orthop. J.* 25 (2005): 10.

Long, W., et al. "An American experience with metal-on-metal total hip arthroplasties: a 7-year follow-up study." *J. Arthroplasty* 19.8 (2004): 29-34.

Lucas, L., et al. "Susceptibility of surgical cobaltIbase alloy to pitting corrosion." *J. Biomed. Mater. Res.*16.6 (1982): 799-810.

Mabilleau, G., et al. "Metal-on-metal hip resurfacing arthroplasty: a review of periprosthetic biological reactions." *Acta Orthop.* 79.6 (2008): 734-747.

Macpherson, G. and Breusch, S. "Metal-on-metal hip resurfacing: a critical review." *Arch. Orthop. Trauma Surg.* 131.1 (2011): 101-110.

Mahendra, G., et al. "Necrotic and inflammatory changes in metal-on-metal resurfacing hip arthroplasties: relation to implant failure and pseudotumor formation." *Acta Orthop.* 80.6 (2009): 653-659.

Mai, M., et al. "The contribution of frictional torque to loosening at the cement-bone interface in Tharies hip replacements." *J. Bone Joint Surg.* 78.4 (1996): 505-11.

Maloney, W., et al. "Isolation and characterization of wear particles generated in patients who have had failure of a hip arthroplasty without cement." *J. Bone Joint Surg., American Volume* 77.9 (1995): 1301-1310.

Malviya, A. and Holland, J. "Pseudotumours associated with metal-on-metal hip resurfacing: 10-year Newcastle experience." *Acta Orthop. Belg.* 75.4 (2009): 477.

Mani, A. and Lopez, H. "Deformation induced FCC to HCP transformation in a Co– 27Cr– 5Mo–0.05 C alloy." *Mater. Sci. Eng.: A* 528.7 (2011): 3037-3043.

Mann, R. "Comment on: Hip contact forces and gait patterns from routine activities." *J. Biomech.* 35.5 (2002): 719-720.

Manning, D., et al. "In vivo comparative wear study of traditional and highly cross-linked polyethylene in total hip arthroplasty." *J. Arthroplasty* 20.7 (2005): 880-886.

Exhibit A

Mareci, D., et al. "Comparative corrosion study of Ag-Pd and Co-Cr alloys used in dental applications." *B. Mater. Sci.* 33.4 (2010): 491-500.

Marlowe, D. et al., eds. *Modularity of orthopedic implants.* Vol 1301, ASTM International, West Conshohocken, PA (1997).

Mathiesen, E., et al. "Corrosion of modular hip prostheses." *J. Bone Joint Surg., British Volume* 73.4 (1991): 569-575.

Mattei, L., et al. "Lubrication and wear modelling of artificial hip joints: A review." *Tribol. Int.* 44.5 (2011): 532-549.

Matthies, A., et al. "A retrieval analysis of explanted Durom metal-on-metal hip arthroplasties." *Hip Int.* 21.6 (2011): 724-731.

Matthews, J., et al. "Comparison of the response of primary human peripheral blood mononuclear phagocytes from different donors to challenge with model polyethylene particles of known size and dose." *Biomaterials* 21.20 (2000): 2033-2044.

McBryde, C., et al. "The influence of head size and sex on the outcome of Birmingham hip resurfacing." *J. Bone Joint Surg., American Volume* 92.1 (2010): 105-112.

McCarroll, N., et al. "An evaluation of the mode of action framework for mutagenic carcinogens case study II: chromium (VI)." *Environ. Mol. Mutagen.* 51.2 (2010): 89-111.

McKellop, H., et al. "In vivo wear of 3 types of metal on metal hip prostheses during 2 decades of use." *Clin. Orthop. Rel. Res.* 329 (1996): S128-S140.

McNie, C. and Dowson, D. "The effect of radial clearance on lubrication in a metal on metal joint tested in a hip joint simulator." *Tribol. S.* 38 (2000): p. 341-345.

Medley, J., et al. "Surface geometry of the human ankle joint." *Eng. Med.* 12.1 (1983): 35-41.

Medley, J. and Dowson, D. "Lubrication of elastic-isoviscous line contacts subject to cyclic time-varying loads and entrainment velocities." *ASLE Trans.* 27.3 (1984): 243- 251.

Medley, J., et al. "Transient elastohydrodynamic lubrication models for the human ankle joint." *Eng. Med.* 13.3 (1984): 137-151.

Melican, M., et al. "ThreeIdimensional printing and porous metallic surfaces: A new orthopedic application." *J. Biomed. Mater. Res.* 55.2 (2001): 194-202.

Mellon, S., et al. "Individual motion patterns during gait and sit-to-stand contribute to edge-loading risk in metal-on-metal hip resurfacing." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 227.7 (2013): 799-810.

Exhibit A

Merrill, E., et al. "Radiation and melt treated ultra-high molecular weight polyethylene prosthetic devices." U.S. Patent Application Pub. No. US 2004/0132856. 8 Jul. 2004.

Merritt, K., et al. "Cell association of fretting corrosion products generated in a cell culture." *J. Orthop. Res.* 9.2 (1991): 289-296.

Michel, R., et al. "Trace element burdening of human tissues due to the corrosion of hip- joint prostheses made of cobalt-chromium alloys." *Arch. Orthop. Traum. Surg.* 103.2 (1984): 85-95.

Mischler, S. and Muñoz, A. "Wear of CoCrMo alloys used in metal-on-metal hip joints: A tribocorrosion appraisal." *Wear* (2012).

Mori, M., et al. "Evolution of cold-rolled microstructures of biomedical Co-Cr-Mo alloys with and without N doping." *Mater. Sci. Eng.: A* 528.2 (2010): 614-621.

Morlock, M., et al. "Corrosion of the Head-Stem Taper Junction – Are We on the Verge of an Epidemic?" *HSSJ* (2017) 13:42-49.

Morlock, M., et al. "Duration and frequency of everyday activities in total hip patients." *J. Biomech.* 34.7 (2001): 873-881.

Morlock, M., et al. "Biomechanics of Hip Arthroplasty." *Tribol. Total Hip Arthroplasty.* Springer Berlin Heidelberg, 2011. 11-24.

Muratoglu, O., et al. "A novel method of cross-linking ultra-high-molecular-weight polyethylene to improve wear, reduce oxidation, and retain mechanical properties: Recipient of the 1999 HAP Paul Award." *J. Arthroplasty* 16.2 (2001): 149-160.

Murray, D., et al. "Hip resurfacing and pseudotumour." *Hip Int.* 21.3 (2011): 279-283.

Natu, S., et al. "Adverse reactions to metal debris: histopathological features of periprosthetic soft tissue reactions seen in association with failed metal on metal hip arthroplasties." *J. Clin. Path.* 65.5 (2012): 409-418.

Neale, S., et al. "Human osteoblastic cells support osteoclast formation from arthroplasty-derived macrophages." 45th Annual Meeting, Orthop. Res. Soc., 1999, Anaheim, California.

Neale, S., et al. "The effect of particle phagocytosis and metallic wear particles on osteoclast formation and bone resorption *in vitro*." *J. Arthroplasty* 15.5 (2000): 654-662

Nel, A., et al. "Nanomaterial toxicity testing in the 21st century: use of a predictive toxicological approach and high-throughput screening." *Accounts Chem. Res.* 46.3 (2012): 607-621.

Nelson, S., et al. "Histological features of pseudotumor-like tissues from metal-on-metal hips." *Clin. Orthop. Rel. Res.* 468.9 (2010): 2321-2327.

Nevelos, J., et al. "Microseparation of the centers of alumina-alumina artificial hip joints during simulator testing produces clinically relevant wear rates and patterns." *J. Arthroplasty* 15.6 (2000): 793-795.

Nganbe, M., et al. "Retrieval analysis and in vitro assessment of strength, durability, and distraction of a modular total hip replacement." *J. Biomed. Mater. Res. Part A* 95.3 (2010): 819-827.

Nodzo, S., et al. "MRI, Retrieval Analysis, and Histologic Evaluation of Adverse Local Tissue Reaction in Metal-on-Polyethylene Total Hip Arthroplasty." *J. Arthroplasty* (2016) 1-7.

Nyga, A., et al. "A new mechanism for Metal-on-Metal hip failure: cobalt nanoparticles and ions cause hypoxia-driven inflammation." *ORS 2013 Annual Meeting* Paper No: 0208.

Okazaki, Y. "Effect of friction on anodic polarization properties of metallic biomaterials." *Biomaterials* 23.9 (2002): 2071-2077.

Okazaki, Y. and Gotoh, E. "Corrosion fatigue properties of metallic biomaterials in Eagle's medium." *Mater. Trans.* 43.12 (2002): 2949-2955.

Okazaki, Y., et al. "Comparison of metal concentrations in rat tibia tissues with various metallic implants." *Biomaterials* 25.28 (2004): 5913-5920.

Okazaki, Y., et al. "Osteocompatibility of stainless steel, Co-Cr-Mo, Ti-6Al-4V and Ti-15Zr-4Nb-4Ta alloy implants in rat bone tissue." *Mater. Trans.* 46.7 (2005): 1610.

Okazaki, Y. and Gotoh, E. "Metal release from stainless steel, Co–Cr–Mo–Ni–Fe and Ni–Ti alloys in vascular implants." *Corros. Sci.* 50.12 (2008): 3429-3438.

Ong, K., et al. "Have contemporary hip resurfacing designs reached maturity? A review." *J. Bone Joint Surg., American Volume* 90 Supplement 3 (2008): 81-88.

Öztürk, O., et al. "Metal ion release from nitrogen ion implanted CoCrMo orthopedic implant material." *Surf. Coat. Tech.* 200.20 (2006): 5687-5697.

Pandey, R., et al. "An assessment of the histological criteria used to diagnose infection in hip revision arthroplasty tissues." *J. Clin. Pathol.* 52 (1999): 118-123.

Pandey, R., et al. "Arthroplasty Implant Biomaterial Particle Associated Macrophages Differentiate into Lacunar Bone Resorbing Cells." *Ann. Rheum. Dis.* 55 (1996): 388-395.

Pandey, R., et al. "Bisphosphonate Inhibition of Bone Resorption Induced by Particulate Biomaterial-Associated Macrophages." *Acta Orthop. Scand.* 67.3 (1996): 221-228.

Pandey, R., et al. "Particles of biomaterials recruit macrophages which can differentiate into bone resorbing cells." *NATO Adv. Sci. Inst. SE* 294 (1995): 13-24.

Pandit, H., et al. "Necrotic granulomatous pseudotumours in bilateral resurfacing resurfacing hip arthroplasties: Evidence for type IV immune response." *Virchows Arch*. 453 (2008): 529-534.

Pandit, H., et al. "Pseudotumours associated with metal-on-metal hip resurfacings." *J. Bone Joint Surg.,* 90.7 (2008): 847-851.

Panigrahi, P. "Corrosion Behavior of Solution-Annealed CoCrMo Medical Implant Alloys." Thesis. Department of Materials Science and Engineering. The McCormick School of Engineering and Applied Sciences. Northwestern University (2011).

Park, J. and Lakes, R. "Metallic implant materials." *Biomaterials* (2007): 99-137.

Patel, B., et al. "Cobalt-based orthopaedic alloys: Relationship between forming route, microstructure and tribological performance." *Mater. Sci. Eng.: C* 32.5 (2012): 1222- 1229.

Paul, J. "Force actions transmitted by joints in the human body." *P. R. Soc. London. Series B. Biol. Sci.* 192.1107 (1976): 163-172.

Perry, J., et al. "Assessment of the corrosion rates and mechanisms of a WC–Co–Cr HVOF coating in static and liquid–solid impingement saline environments." *Surf. Coat. Tech.* 137.1 (2001): 43-51.

Petit, A., et al. "Differential apoptotic response of J774 macrophages to alumina and ultraDhighDmolecularDweight polyethylene particles." *J. Orthop. Res.* 20.1 (2002): 9-15.

Plummer, D. et al. "Aseptic Lymphocytic-Dominated Vasculitis-Associated Lesions Scores Do Not Correlate With Metal Ion Levels or Unreadable Synovial White Blood Cell Counts." *J. Arthroplasty* (2016) 1-4.

Porter, N., et al. "Long-term radiographic assessment of cemented polyethylene acetabular cups." *Clin. Orthop. Rel. Res.* 466.2 (2008): 366-372.

Pourzal, R., et al. "Characterization of wear particles generated from CoCrMo alloy under sliding wear conditions." *Wear* 271.9 (2011): 1658-1666.

Prieto, H., et al. "Acute Delayed Infection: Increased Risk in Failed Metal on Metal Total Hip Arthroplasty." *J. Arthroplasty* 29 (2014) 1808-1812.

Que, L. and Topoleski, L. "Surface roughness quantification of CoCrMo implant alloys." *J. Biomed. Mater. Res.*48.5 (1999): 705-711.

Reclaru, L., et al. "Corrosion behaviour of cobalt–chromium dental alloys doped with precious metals." *Biomaterials* 26.21 (2005): 4358-4365.

Reclaru, L., et al. "Electrochemical corrosion and metal ion release from Co-Cr-Mo prosthesis with titanium plasma spray coating." *Biomaterials* 26.23 (2005): 4747-4756.

Rose, S., et al. "The effect of diffusion hardened oxidized zirconium wear debris on cell viability and inflammation-An in vitro study." *J. Biomed. Mater. Res. Part B: Appl. Biomater.* 100.5 (2012): 1359-1368.

Rosenthal, R., et al. "Phase characterization in as-cast F-75 Co–Cr–Mo–C alloy." *J. Mater. Sci.* 45.15 (2010): 4021-4028.

Roy, M., et al. "Diamond-like carbon coatings enhance scratch resistance of bearing surfaces for use in joint arthroplasty: Hard substrates outperform soft." *J. Biomed. Mater. Res. Part B: Appl. Biomater.* 89.2 (2009): 527-535.

Rubio, J., et al. "Determination of metallic traces in kidneys, livers, lungs and spleens of rats with metallic implants after a long implantation time." *J. Mater. Sci: Materials in Medicine* 19.1 (2008): 369-375.

Sabokbar, A., et al. "Arthroplasty membrane-derived fibroblasts contribute directly to osteolysis in aseptic loosening." *48th Annual Meeting of the Orthop. Res. Soc.* Paper No: 0224.

Sabokbar, A., et al. "Bisphosphonates in bone cement inhibit PMMA particle induced bone resorption." *Ann. Rheum. Dis.* 57 (1998):614-618.

Sabokbar, A., et al. "Human arthroplasty derived macrophages differentiate into osteoclastic bone resorbing cells." *Ann. Rheum. Dis.* 56 (1997): 414-420.

Saji, V. and Choe, H. "Electrochemical behavior of Co-Cr and Ni-Cr dental cast alloys." *T. Nonferr. Metal. Soc. of China* 19.4 (2009): 785-790.

Samelko, et al. "Cobalt-Alloy Implant Debris Induce HIF-1a Hypoxia Associated Responses: A Mechanism for Metal-Specific Orthopedic Implant Failure." *PLOS One* Vol. 8, Issue 6, June 2013.

Santavirta, S., et al. "Alternative materials to improve total hip replacement tribology." *Acta Orthop. Scand.* 74.4 (2003): 380-388.

Saravanan, G. and Mohan, S. "Structure, composition and corrosion resistance studies of Co–Cr alloy electrodeposited from deep eutectic solvent (DES)." *J. Alloy. Compd.* 522 (2012): 162-166.

Schmalzried, T., et al. "Factors correlating with long term survival of McKee-Farrar total hip prostheses." *Clin. Orthop. Rel. Res.* 329 (1996): S48-S59

Schmalzried, T., et al. "Metal on metal surface replacement of the hip: technique, fixation, and early results." *Clin. Orthop. Rel. Res.* 329 (1996): S106-S114.

Schmalzried, T. "The importance of proper acetabular component positioning and the challenges to achieving it." *Oper. Techn. Orthop.* 19.3 (2009): 132-136

Schmitz, T., et al. "The difficulty of measuring low friction: uncertainty analysis for friction coefficient measurements." *T ASME-F-J. Tribol.* 127.3 (2005): 673-678.

Scholes, S., et al. "The wear of metal-on-metal total hip prostheses measured in a hip simulator." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 215.6 (2001): 523-530.

Sedrakyan, A., et al. "Comparative assessment of implantable hip devices with different bearing surfaces: systematic appraisal of evidence." *Br. Med. J.* 343 (2011).

Silva, R., et al. "Electrochemical studies of laser-treated Co-Cr-Mo alloy in a simulated physiological solution." *J. Mater. Sci.: Mater. Med.* 5.6-7 (1994): 353-356.

Silva, M., et al. "Average patient walking activity approaches 2 million cycles per year." *J. Arthroplasty* 17.6 (2002): 693-697.

Silva, M., et al. "The biomechanical results of total hip resurfacing arthroplasty." *J. Bone Joint Surg.* 86.1 (2004): 40-46.

Simpson, J. and Villar, R. "Resurfacing registers concern." *J. Bone Joint Surg., British Volume* 92.11 (2010): 1493-1497.

Skinner, J., et al. "Pseudotumors are common in well-positioned low-wearing metal-on-metal hips." *Clin. Orthop. Rel. Res.* 470.7 (2012): 1895-1906.

Singh, G., et al. "Particle characterisation and cytokine expression in failed small-diameter metal-on-metal total hip arthoplasties. *J. Bone Joint Surg.* 97.7 (2015): 917-923.

Singh, R. and Dahotre, N. "Corrosion degradation and prevention by surface modification of biometallic materials." *J. Mater. Sci.: Mater. Med.* 18.5 (2007): 725-751.

Sinnett-Jones, P., et al. "Micro-abrasion–corrosion of a CoCrMo alloy in simulated artificial hip joint environments." *Wear* 259.7 (2005): 898-909.

Smethurst, E. and Waterhouse, R. "A physical examination of orthopaedic implants and adjacent tissue." *Acta Orthop.* 49.1 (1978): 8-18.

Smith, S., et al. "Evaluation of a hip joint simulator." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 213.6 (1999): 469-473.

Smith, S. and Unsworth, A. "Simplified motion and loading compared to physiological motion and loading in a hip joint simulator." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 214.3 (2000): 233-238.

Smith, S., et al. "The effect of femoral head diameter upon lubrication and wear of metal-on-metal total hip replacements." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 215.2 (2001): 161-170

Exhibit A

Smith, S., et al. "The lubrication of metal-on-metal total hip joints: a slide down the  Stribeck curve." *Proc. Inst. Mech. Eng., Part J: J. Eng. Tribol.* 215.5 (2001): 483-493.

Stack, M. and Abd El Badia, T. "On the construction of erosion–corrosion maps for WC/Co–Cr-based coatings in aqueous conditions." *Wear* 261.11 (2006): 1181-1190.

Stack, M., et al. "Micro-abrasion–corrosion of a Co–Cr/UHMWPE couple in Ringer's solution: An approach to construction of mechanism and synergism maps for application  to bio-implants." *Wear* 269.5 (2010): 376-382.

Stansfield, B. et al. "Direct comparison of calculated hip joint contact forces with those measured using instrumented implants. An evaluation of a three-dimensional  mathematical model of the lower limb." *J. Biomech.* 36.7 (2003): 929-936.

Steinemann, S. "Corrosion of surgical implants-in vivo and in vitro tests." *Eval.  Biomater.* (1980).

Stewart, T., et al. "LongIterm wear of ceramic matrix composite materials for hip  prostheses under severe swing phase microseparation." *J. Biomed. Mater. Res. Part B:  Appl. Biomater.* 66.2 (2003): 567-573.

Streicher, R., et al. "Metal-on-metal articulation for artificial hip joints: laboratory study  and clinical results." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 210.3 (1996): 223-232.

Szuszczewicz, E., et al. "Progressive bilateral pelvic osteolysis in a patient with  McKee—Farrar metal—metal total hip prostheses." *J. Arthroplasty* 12.7 (1997): 819-824 DEPUY045472439-DEPUY045472444.

Teo, W., et al. "Metal Hypersensitivity Reactions to Orthopedic Implants." *Dermatol. Ther*. (19 Dec. 2016).

Theruvil, B., et al. "Dislocation of large diameter metal-on-metal bearings: An indicator  of metal reaction?" *J. Arthroplasty* 26.6 (2011): 832-837.

Timmerman, I. and Amstutz, H. "Metal-on-metal articulation and wear: Frequently asked questions." *Wright Medical Technology, Inc*., Arlington, TN (2005).  Retrieved from www.surfacehippy.info/metalonmetalfaq.pdf.

Tipper, J., et al. "The science of metal-on-metal articulation." *Current Orthopaedics* 19.4 (2005): 280-287.

Tipper, J.,  et al. "Isolation and characterization of UHMWPE wear particles down to ten nanometers in size from in vitro hip and knee joint simulators." *J. Biomed. Mater. Res. Part A* 78.3 (2006): 473-480.

Tomás, H., et al. "Effects of Co− Cr corrosion products and corresponding separate metal  ions on human osteoblast-like cell cultures." *J. Mater. Sci.: Mater. Med.* 7.5 (1996): 291-  296.

Tomás, H., et al. "The use of rat, rabbit or human bone marrow derived cells for cytocompatibility evaluation of metallic elements." *J. Mater. Sci.: Mater. Med.* 8.4  (1997): 233-238.

Underwood, R., et al. "Edge loading in metal-on-metal hips: low clearance is a new risk factor." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 226.3 (2012): 217-226.

Urban, R., et al. "Characterization of solid products of corrosion generated by modular-  head femoral stems of different designs and materials." *STP* 1301 (1997): 33-44.

Varano, R., et al. "The effect of microstructure on the wear of cobalt-based alloys used in metal-on-metal hip implants." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 220.2 (2006):  145-159.

Vasylyev, M., et al. "Electron energy loss spectroscopy study of the near surface region  of the ternary Co–Cr–Mo alloy." *Appl. Surf. Sci.* 254.15 (2008): 4671-4680.

Vehof, J., et al. "Bone formation in transforming growth factor βI1Icoated porous poly (propylene fumarate) scaffolds." *J. Biomed. Mater. Res.* 60.2 (2002): 241-251.

Venugopalan, R., et al. "Galvanic corrosion in modular THRs: correlating in-vitro test results to observations from retrieval analyses." *Proc. of the IEEE Sixteenth Southern Biomed. Eng. Conf.* (1997) 481-484.

Vidal, C., et al. "Effect of thermal treatment and applied potential on the electrochemical behaviour of CoCrMo biomedical alloy." *Electrochim. Acta* 54.6 (2009): 1798-1809.

Wagner, M. and Wagner, H. "Preliminary results of uncemented metal on metal stemmed  and resurfacing hip replacement arthroplasty." *Clin. Orthop. Rel. Res.* 329 (1996): S78- S88.

Walker, P. and Gold, B. "The tribology (friction, lubrication and wear) of all-metal  artificial hip joints." *Wear* 17.4 (1971): 285-299.

Wang, S., et al. "Determination of the fatigue fracture planes of Co–Cr–Mo biomedical  alloys using electron backscatter diffraction." *J. Microsc.* 217.2 (2005): 118-121.

Wang, F., et al. "Lubrication and friction prediction in metal-on-metal hip implants." *Phys. Med. Biol.* 53.5 (2008): 1277.

Wang, W., et al. "Biomaterial particle phagocytosis by bone-resorbing osteoclasts." *J.  Bone Joint Surg.* 79 (1997): 849-856.

Wang, Y., et al. "Release of metal ions from nano CoCrMo wear debris generated from tribo-corrosion processes in artificial hip implants." *J. Mech. Beh. Biomed. Mat.* 68 (2017) 124-133.

Ward, M., et al. "Accurate analysis of particle morphology in wear debris generated by metal on metal hip replacements." 15th European Microscopy Congress, Manchester U.K. 1098 (2012).

Ward, M., et al. "Microscopical analysis of synovial fluid wear debris from failing CoCr hip prostheses." *J. Phys.: Conf. S.* Vol. 241. No. 1. IOP Publishing, 2010.

Weber, B. "Experience with the Metasul total hip bearing system." *Clin. Orthop. Rel. Res.* 329 (1996): S69-S77.

West, C. and Fryman, J. "Cadaveric measurement of impact force on total hip arthroplasty surgical instrumentation." *2008 Am. Soc. Biomech. Conf. Abst.* 2008.

Willert, H., et al. "Metal-on-metal bearings and hypersensitivity in patients with artificial hip joints: A clinical and histomorphological study." *J. Bone Joint Surg., American Volume* 87.1 (2005): 28-36.

Williams, D., et al. "Prevalence of pseudotumor in asymptomatic patients after metal-on-metal hip arthroplasty." *J. Bone Joint Surg., American Volume* 93.23 (2011): 2164-2171.

Williams, S., et al. "In vitro analysis of the wear, wear debris and biological activity of surface-engineered coatings for use in metal-on-metal total hip replacements." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 217.3 (2003): 155-163.

Williams, S., et al. "Comparative wear under different conditions of surface-engineered metal-on-metal bearings for total hip arthroplasty." *J. Arthroplasty* 19.8 (2004): 112-117.

Williams, S., et al. "Metal-on-metal bearing wear with different swing phase loads." *J. Biomed. Mater. Res. Part B: Applied Biomaterials* 70.2 (2004): 233-239.

Williams, S., et al. "Effect of swing phase load on metal-on-metal hip lubrication, friction and wear." *J. Biomech.* 39.12 (2006): 2274-2281.

Williams, S., et al. "The 2007 Otto Aufranc Award: Ceramic-on-metal hip arthroplasties: A comparative in vitro and in vivo study." *Clin. Orthop. Rel. Res.* 465 (2007): 23-32.

Williams, S., et al. "Tribology and wear of metal-on-metal hip prostheses: influence of cup angle and head position." *J. Bone Joint Surg.* 90 Supplement 3 (2008): 111-117.

Williams, S., et al. "Ceramic-on-Metal hip replacements: a novel bearing combination." *J. Biomech. Oral and Poster Pres.* 43S1 (2010): S59.

Williams, S., et al. "Comparison of ceramicIonImetal and metalIonImetal hip prostheses under adverse conditions." *J. Biomed. Mater. Res. Part B: Appl. Biomater.* (2013).

Exhibit A

Wolfe, M., et al. "In vitro degradation and fracture toughness of multilayered porous poly (propylene fumarate)/βItricalcium phosphate scaffolds." *J. Biomed. Mater. Res.*61.1 (2002): 159-164.

Wroblewski, B., et al. "Prospective clinical and joint simulator studies of a new total hip arthroplasty using alumina ceramic heads and cross-linked polyethylene cups." *J. Bone  Joint Surg., British Volume* 78.2 (1996): 280-285.

Wroblewski, B., et al. "Low-friction arthroplasty of the hip using alumina ceramic and cross-linked polyethylene." *J. Bone Joint Surg., British Volume* 81 (1999): 54-55.

Wroblewski, B., et al. "Low-friction arthroplasty of the hip using alumina ceramic and cross-linked polyethylene: a 17-year follow up report." *J. Bone Joint Surg., British  Volume* 87.9 (2005): 1220-1221.

Wyles, C., et al. "High Rate of Infection After Aseptic Revision of Failed Metal-on-Metal Total Hip Arthroplasty." *Clin. Orthop. Rel. Res.* (2014) 472:509-516.

Wynn-Jones, H., et al. "Silent soft tissue pathology is common with a modern metal-on- metal hip arthroplasty: Early detection with routine metal artifact-reduction MRI  scanning." *Acta Orthop.* 82.3 (2011): 301-307.

Xia, Z., et al. "Characterization of metal-wear nanoparticles in pseudotumor following metal-on-metal hip resurfacing." *Nanomedicine* 7.6 (2011): 674-681.

Xia, Z., et al. "Nano-analyses of wear particles from metal-on-metal and non-metal-on-metal dual modular neck hip arthroplasty." *Nanomedicine* (2016), http://dx.doi.org/10.1016/j.nano.2016.11.003.

Yamanaka, K., et al. "Nitrogen-induced dynamic strain aging in a biomedical-grade Co–  Cr– Mo alloy." *Mater. Sci. Eng.: A* 552 (2012): 69-75.

Yan, Y., et al. "Understanding the role of corrosion in the degradation of metal-on-metal implants." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 220.2 (2006): 173-180.

Yan, Y., et al. "Tribocorrosion in implants—assessing high carbon and low carbon Co– Cr– Mo alloys by in situ electrochemical measurements." *Tribol. Int.* 39.12 (2006): 1509-  1517.

Yan, Y., et al. "Tribo-corrosion analysis of wear and metal ion release interactions from metal-on-metal and ceramic-on-metal contacts for the application in artificial hip prostheses." *Proc. Inst. Mech. Eng., Part J: J. Eng. Tribol.* 222.3 (2008): 483-492.

Yan, Y., et al. "Electrochemical instrumentation of a hip simulator: a new tool for  assessing the role of corrosion in metal-on-metal hip joints." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 224.11 (2010): 1267-1273.

Exhibit A

Yang, J. and Merritt, K. "Detection of antibodies against corrosion products in patients after Co-Cr total joint replacements." *J. Biomed. Mater. Res.*28.11 (1994): 1249-1258.

Yang, J. and Black, J. "Competitive binding of chromium, cobalt and nickel to serum proteins." *Biomaterials* 15.4 (1994): 262-268.

Yang, J. and Merritt, K. "Production of monoclonal antibodies to study corrosion products of CoICr biomaterials." *J. Biomed. Mater. Res.*31.1 (1996): 71-80.

Yew, A., et al. "Analysis of contact mechanics in McKee-Farrar metal-on-metal hip implants." *Proc. Inst. Mech. Eng., Part H: J. Eng. Med.* 217.5 (2003): 333-340.

Young, R., ed. *Orthopedics This Week* Vol. 9, Issue 2.  Jan 15, 2013. Ry Publications LLC, Wayne, PA.

Zahiri, C., et al. "Lessons learned from loosening of the McKee-Farrar metal-on-metal  total hip replacement." *J. Arthroplasty* 14.3 (1999): 326-332

Zangeneh, S., et al. "Effect of isothermal aging on the microstructural evolution of Co– Cr– Mo–C alloy." *Mater. Sci. Eng.: A* 527.24 (2010): 6494-6500.

Zimmermann, J. and Ciacchi, L. "Origin of the selective Cr oxidation in CoCr alloy surfaces." *J. Phys. Chem. Lett.*  1.15 (2010): 2343-2348.

**Other materials:**

Videotaped Deposition of James Lancaster in MDL 2391 (September 8, 2016) and exhibits thereto.

Videotaped Deposition of David Schroeder in MDL 2391 (September 21, 2016) and exhibits thereto.

# EXHIBIT B
# CURRICULUM VITAE

# CURRICULUM VITAE
# FRANCIS H. GANNON

(281) 386-6909 -- cell

Texas Medical License: #M3554                                    (713) 798-4340 -- work
Pennsylvania License: #MD-051870-L
District of Columbia License: MD30965             fgannon@bcm.tmc.edu-- E-mail
Birthday:  November 20, 1963

---

## EDUCATION

- Jefferson Medical College                        1986-1991, School of Medicine
  Philadelphia, PA                                 M.D. Degree

- LaSalle University                               1982-1986, Biology
  Phila., PA 19242                                 B.S. Degree

## GRADUATE HOSPITAL CLINICAL EXPERIENCE

- Thomas Jefferson University Hospital             1991-1994, Residency
  Phila., PA 19107                                 Pathology and Laboratory Medicine

  - Thomas Jefferson University Hospital           1988-1989, Post-Sophomore
    Fellowship
    Phila., PA 19107                               Pathology

## BOARD CERTIFICATION

- American Board of Pathology
  Anatomic Pathology                               June, 1995

## WORK EXPERIENCE

2015-present     Staff pathologist, Baylor St Luke's Hospital

2014-present     Vice-chair, Curriculum Committee, Baylor College of Medicine

2011-present     Professor of Pathology and Orthopedic Surgery Baylor College of Medicine Houston Tx

2009-present     Block director, First Year Medical Student Pathology Course, Baylor College of Medicine

2007-Present     Veterans Affair National Bone Pathology Consultant

2007-2013        Module director, Hard and Soft tissue module, Second Year Medical Student Fall Course, Baylor College of Medicine

2007-2014        Residency and Fellowship Program Director, Department of Pathology, Baylor College of Medicine, Houston Tx

2006-present     Staff pathologist, Department of Pathology, Texas Children's Hospital, Houston, Tx

2006-present     Staff pathologist, Department of Pathology, Ben Taub General Hospital, Houston Tx

| | |
|---|---|
| 2006-present | Staff pathologist, Department of Pathology, Debakey VA Medical Center, Houston Tx |
| 2006-2010 | Associate Professor of Pathology and Orthopedic Surgery Baylor College of Medicine Houston Tx |
| 2004-2006 | Chairman, Department of Orthopedic Pathology, AFIP |
| 2001-2006 | Chairman, Armed Forces Institute of Pathology, Department of Repository and Research Services |
| 1998-2006 | Armed Forces Institute of Pathology, Staff Pathologist, Department of Orthopedic Pathology, Washington D.C. |
| 1999-2005 | Assistant Professor of Pathology, Uniformed Services University of the Health Sciences, Edward Hebert School of Medicine, Bethesda Maryland |
| 1994-1998 | University of Pennsylvania School of Medicine, Assistant Professor of Orthopedic Surgery, Department of Orthopedic Surgery. |
| 1994-1998 | University of  Pennsylvania School of Medicine, Assistant Professor of Pathology, Department of Pathology |
| 1993-1994 | Jefferson Medical College, Instructor in Pathology, Department of Pathology |

## COMMITTEES

| | |
|---|---|
| 2014-2016 | Vice-chair, Curriculum Committee, Baylor College of Medicine |
| 2013-Present | Promotions committee, Department of Pathology&Immunology, Baylor College of Medicine |
| 2013-2104 | Executive Committee member, International Skeletal Society |
| 2010-2011 | Chair, Pathology course steering committee, International Skeletal Society |
| 2010-Present | Member, Medical Student Promotions Committee, Baylor College of Medicine |
| 2010-Present Medicine | Chair, O'Neal/Spjut Award committee, Dept. of Pathology&Immunology, Baylor College of |
| 2009-2010 | Member, Pathology course steering committee, International Skeletal Society |
| 2009-2103 | Dean's Resource and Manpower Allocation committee, Baylor College of Medicine |
| 2009-Present | Fall 1 Pathology Director, Baylor College of Medicine |
| 2009-2012 | Institutional Review Committee, Baylor College of Medicine |
| 2009-2013 | Finance Sub-committee, Graduate Medical Education Committee, Baylor College of Medicine |
| 2008-2014 Texas | Graduate Medical Education Committee, Harris County's Medical Examiner's Office, Houston, |
| 2008-Present | Baylor College of Medicine Curriculum Committee |
| 2007-2014 | Biorepository steering committee, College of American Pathologists |

| 2007-2014 | Graduate Medical Education Committee, Baylor College of Medicine |
| 2007 | Chair, Anatomy Task Force, Baylor College of Medicine |
| 2007-2014 | Chair, Residency Committee, Department of Pathology, Baylor College of Medicine |

## SOCIETY MEMBERSHIPS AND EDITORIAL REVIEW POSITIONS

| 2009-present | Reviewer, Head and Neck Pathology |
| 2009-present | Reviewer, Ear, Nose and Throat Journal |
| 2006-present | Texas Society of Pathologists |
| 2006-present | Houston Society of Pathologists |
| 2006-present | Reviewer, Skeletal Radiology |
| 2005-present | International Skeletal Society |
| 1995-Present | Reviewer, *Clinical Orthopedics and Related Research* |
| 1994-2013 | American Society for Bone and Mineral Research |
| 1994-Present | International Fibrodysplasia Ossificans Progressiva Association |
| 1991-Present | Member, International Academy of Pathologists |

## LECTURES:

| Aug 1994 | "Fibrodysplasia Ossificans Progressiva," Merck, Sharpe and Dohme, City, PA. |
| Sept 1994 | "Giant cell tumor in the spine," Orthopedic, Radiology, and Pathology Society, Philadelphia, PA |
| Jan 1995 | "Chondrosarcoma of the humerus," Orthopedic, Radiology, and Pathology Society, Philadelphia, PA |
| Aug 1995 | "Ossifying lipoma in the femur," Orthopedic, Radiology, and Pathology Society, Philadelphia, PA |
| Oct 1995 | "The histopathology of Fibrodysplasia Ossificans Progressiva," The Second International Symposium on Fibrodysplasia Ossificans Progressiva, Philadelphia, PA |
| April 1996 | "Bone Pathology," Department of Pathology, Thomas Jefferson University Hospital, Philadelphia, PA |
| May 1996 | "Hot topics in Bone Pathology: a bone pathologists perspective," University of Pennsylvania, Philadelphia, PA |
| Nov 1996 | "Bone Pathology," Department of Pathology, Thomas Jefferson University Hospital, Philadelphia, PA |
| Oct 1999 | "Fibrodysplasia Ossificans Progressiva:  Why do some people have two skeletons?" Johns Hopkins University Hospital, Baltimore, MD |

Francis H. Gannon                                    3

| Jan 2000 | "Fibrodysplasia Ossificans Progressiva:  Why do some people have two skeletons?" USUHS Medical School, Washington DC |
|---|---|
| Nov 2000 | "The histopathology of FOP" The Third International FOP Symposium, Philadelphia, PA. |
| Aug 2001 | "The histopathology of FOP" Baylor College of Medicine, Houston, Texas |
| Nov 2003: | "Fibrodysplasia Ossificans Progressiva:  Why do some people have two skeletons?" The 12th Annual Koppisch Lecture, San Juan Puerto Rico |
| Feb 2005: | "Cartilage lesions" University of San Carlos in Guatemala |
| Oct 2005 | Bone Tumors, Washington Orthopedic Review, Washington DC—18 lectures |
| Sept 2006: | Fibrous lesions of bone, International Skeletal Society, Vancouver, Canada |
| Oct 2006 | Washington Orthopedic Review, Washington DC—18 lectures |
| Oct 2006 | Bone and Soft tissue Pathology, Baylor College of Medicine, School of Medicine—3 lectures |
| Aug 2007 | Bone and Cartilage Regeneration, Orthopedic Surgery Dept., Baylor College of Medicine |
| Sept 2007: | Fibrous lesions of bone, International Skeletal Society, Budapest, Hungary |
| Sept 2007 | Bone Pathology,  Department of Pathology, Baylor College of Medicine—3 lectures |
| Oct 2007 | Washington Orthopedic Review, Washington DC—18 lectures |
| Oct 2007 | Bone and Soft tissue Pathology, Baylor College of Medicine, School of Medicine—3 lectures |
| July 2008 | Pathology, College of Allied Health, Baylor College of Medicine—3 lectures |
| Aug 2008 | Bone and Cartilage Regeneration, Orthopedic Surgery Dept., Baylor College of Medicine |
| Sept 2008 | Washington Orthopedic Review, Washington DC—18 lectures |
| Oct 2008: | Fibrous lesions of bone, International Skeletal Society, Dehli, India |
| Oct 2008 | Bone and Soft tissue Pathology, Baylor College of Medicine, School of Medicine—3 lectures |
| Jan 2009 | Molecular biology of Heterotopic ossification, Orthopedic Surgery Grand Rounds, Walter Reed Army Medical Center, Washington DC |
| July 2009 | Bone Pathology, Department of Pathology, Baylor College of Medicine—4 lectures |
| Sept 2009 | Histopathology of stress reactions in Bone, International Skeletal Society, Washington DC |
| Sept 2009 | Bone Pathology, Department of Orthopedic Surgery, Baylor College of Medicine—8 lectures |
| Oct 2009 | Washington Orthopedic Review, Washington DC—18 lectures |
| Oct 2009 | Histology Laboratory, School of Medicine, Baylor College of Medicine—9 lectures |
| Dec 2009 | Bone Pathology Introduction, Hospital of the University of Pennsylvania, Dept of Pathology |

| | |
|---|---|
| Dec 2009 | Bone pathology unknown sessions I and II, Hospital of the University of Pennsylvania, Dept of Pathology |
| Jan 2010 | Introduction to Pathology, School of Medicine, Baylor College of Medicine—30 lecture hours |
| August 2010 | Future directions for residency training, Pathology&Immunology Grand Rounds, Baylor College of Medicine |
| September 2010 | Chondroblastic Osteosarcoma in the sacrum, International Skeletal Society, Athens, Greece |
| September 2010 | Moderator, Sarcomas , International Skeletal Society, Athens, Greece |
| September 2010 | Pathology muscle injury: Mimickers and Myositis Ossificans, International Skeletal Society, Athens, Greece |
| September 2010 | Moderator, Molecular genetics and imaging of musculoskeletal disease: End or dawn of a new era, International Skeletal Society, Athens, Greece |
| Oct 2010 | Washington Orthopedic Review, Washington DC—18 lectures |
| Jan 2010 | Introduction to Pathology, School of Medicine, Baylor College of Medicine—30 lecture hours |
| Sept 2011 | Moderator, Cartilaginous lesions, San Diego, CA, International Skeletal Society. |
| Oct 2011 | Washington Orthopedic Review, Washington DC—18 lectures |
| Jan 2012 | Jan 2010Introduction to Pathology, School of Medicine, Baylor College of Medicine—30 lecture hours |
| Oct 2012 | Washington Orthopedic Review, Washington DC—18 lectures |
| Jan 2013 | Jan 2010Introduction to Pathology, School of Medicine, Baylor College of Medicine—30 lecture hours |
| Oct 2013 | Washington Orthopedic Review, Washington DC—18 lectures |
| Jan 2014 | Jan 2010Introduction to Pathology, School of Medicine, Baylor College of Medicine—30 lecture hours |
| Oct 2014 | Washington Orthopedic Review, Washington DC—18 lectures |

## Original Papers:

1. Miettinen M, Gannon FH, Lackman R. Chordomalike soft tissue sarcoma in the leg: A light and electron microscopic and immunohistochemical study. Ultrastruct Pathol 1992;16:577-586.

2. Kuo JS, Fallon MF, Gannon FH, Goldman D, Schumacher HR, Haddad JG, Kaplan FS. The articular manifestations of Paget's disease of bone. Clin Ortho Rel Res 1992;285:250-54.

3. Kaplan FS, Tabas JA, Gannon FH, Finkel GC, Zasloff M. The histopathology of Fibrodysplasia Ossificans Progressiva: An endochondral process. J Bone Joint Surg 1993;75A(2):220-30.

4. Marion M, Gannon FH, Fallon MD, Mennuti MT, Lodato RF, Kaplan FS. Skeletal dysplasia in perinatal lethal osteogenesis imperfecta. Clin Orth Rel Res 1993;293:327-37.

5.   Kaplan FS, August CS, Fallon MD, Gannon FH, Haddad JG. Osteopetrorickets: The paradox of plenty. Clin Orth Rel Res 1993;294:64-78.

6.   Tabas JA, Zasloff M, Fallon MD, Gannon FH, Cohen RB, Kaplan FS. Enchondroma in a patient with fibrodysplasia ossificans progressiva. Clin Orth Rel Res 1993;294:277-80.

7.   Kaplan FS, Craver R, MacEwen D, Gannon FH, Finkel GC, Hahn G, Tabas JA, Zasloff M. Progressive osseous heteroplasia: A disorder of mesenchymal differentiation. J Bone Joint Surg 1994; 76A(3):425-36.

8.   Schweitzer ME, Levine C, Mitchell DG, Gannon FH, Gomella LG. Bull's-eyes and halos: Useful MR discriminators of osseous metastases. Radiology 1993;188:249-52.

9.   Junge RE, Mehren KG, Meehan TP, Crawshaw GJ, Duncan MC, Gilula L, Gannon FH, Finkel GC, Whyte MP. Familial periarticular hyperostosis and renal disease in black lemurs (eulemur macaco macaco). J Am Vet Med Assoc 1994;205:1024-9.

10.  Kelepouris N, Harper KD, Attie MF, Fallon MD, Gannon FH, Kaplan FS, Haddad JG. Idiopathic, severe osteoporosis in men. Ann Intern Med 1995;123:452-60.

11.  Yu JC, Bartlett SP, Goldberg DS, Gannon FH, Hunter JH, Habecker P, Whitaker LA. An experimental study of craniofacial growth on the long-term positional stability of microfixation. J Craniofacial Surg 1996;7:64-8.

12.  Schweitzer MS, Gannon FH, Deely D, O'Hara BJ. Percutaneous skeletal aspiration and core biopsy: complementary techniques. Am J Roentgen 1996;166(2):4415-8.

13.  Horowitz SM, Rubin DA, Dalinka MK, Gannon FH. Knee pain in a 28-year-old man. Clin Orth Rel Res 1994;309:274-8.

14.  Horowitz SM, Rubin DA, Dalinka MK, Gannon FH. Hip pain in a 24-year-old woman. Clin Orth Rel Res 1995;312:

15.  Van Leersum M, Schweitzer ME, Gannon FH, Finkel GC, Mitchell DG. Thickness of articular cartilage by MRI: accuracy, sequence comparison, reproducibility, and inter-observer variation. Skel Rad 1995;24(6):431-5.

16.  Schweitzer ME, Beavis K, Deely DM, Gannon FH. Does the use of lidocaine affect the culture of percutaneous bone biopsy specimens obtained to diagnose osteomyelitis? An in vitro and in vivo study. Am J Rad 1995;164:1201-3.

17.  Schwartz GF, Carter DL, Conant EF, Gannon FH, Finkel GC, Feig SA. Mammographically detected breast cancer: Nonpalpable is not a synonym for inconsequential. Cancer 1994;73:1660-5.

18.  White LM, Schweitzer ME, Deely DM, Gannon FH. The utility of combined histologic and microbiologic evaluation of percutaneous biopsy samples in the investigation of osteomyelitis. Radiology 1995;197(3):840-2.

19.  Shafritz A, Janoff H, Gannon FH, Shore E, Sutton L, Connor JM, Zasloff M, Kaplan FS. Craniopharyngioma in a child with fibrodysplasia ossificans progressiva. J Bone Min Res 1995;9:429

20.  Horowitz SM, Uri SD, Dalinka MK, Gannon FH. Knee pain in a 34-year-old woman. Clin Orth Rel Res 1995;316:284-8.

21. Horowitz SM, Dalinka MK, Gannon FH. Knee pain in a 30-year-old male. Clin Orth Rel Res 1996;322:293-6.

22. Yu J, McClintock JS, Gannon FH, Gao XX, Mobasser JP, Sharawy M. Regional differences of neonatal dura induced bone formation: Squamous dura induces osteogenesis whereas sutural dura induces chondrogenesis and osteogenesis. Plast Reconstr Surg 1997;100:23-31.

23. Shafritz AB, Shore EM, Gannon FH, Zasloff MA, Taub R, Muenke M, Kaplan FS. Over-expression of an osteogenic morphogen in Fibrodysplasia Ossificans Progressiva. New Eng J Med 1996;335:555-61.

24. Gannon FH, Kaplan FS, Olmsted E, Finkel GC, Zasloff M, Shore E. Differential immunostaining with Bone Morphogenetic Protein (BMP) 2/4 in early fibromatous lesions of Fibrodysplasia Ossificans Progressiva and Aggressive Juvenile Fibromatosis. Hum Pathol 1997;238-245

25. Morrison WB, Schweitzer ME, Wapner KL, Hecht PJ, Gannon FH, Behm WR. Osteomyelitis on feet of diabetics: Clinical accuracy surgical utility and cost-effectiveness of MRI imaging. Radiology 1995; 196(2):557-64.

26. Horowitz SM, Uri DS, Dalinka MK, Gannon FH. Hip pain in a 45-year-old woman. Clin Orth Rel Res 1995;319:327-29 and 331-2.

27. Wallace K, Haddad JG, Gannon FH, Esterhai J, Kaplan FS. Skeletal response to immobilization in Paget's disease of bone. Clin Orth Rel Res 1996;328:236-40.

28. Wu H, Tino G, Gannon FH, Kaiser L, Pietra GG. Lepidic intrapulmonary growth of malignant mesothelioma presenting as recurrent hydropneumothorax. Hum Pathol 1996;27:989-92.

29. van Leersum M, Schweitzer ME, Gannon F, Finkel G, Vinitski S, Mitchell DG. Chondromalacia patellae: an in vitro study. Comparison of MR criteria with histologic and macroscopic findings. Skel Rad 1996;25(8):727-32.

30. Shore EM, Gannon FH, Kaplan FS.Fibrodysplasia ossificans progressiva: why do some people have two skeletons? Revue Du Rhumatisme English Edition. 1997;64(6 Suppl):92S-97S.

31. Moriatis JM, Gannon FH, Shore EM, Bilker W, Zasloff MA, Kaplan FS. Limb swelling in patients who have fibrodysplasia ossificans progressiva. Clin Ortho Rel Res 1997;336:247-53.

32. Shore EM, Gannon FH, Kaplan FS. Fibrodysplasia Ossificans Progressiva: why do some people have two skeletons? Rev Rheum Engl Ed (France) 1997;64(Suppl 6):92S-97S.

33. Kennedy DW, Senior BA, Gannon FH, Montone KT, Hwang P, Lanza DC. Histology and histomorphometry of ethmoid bone in chronic rhinosinusitis. Laryngoscope 1998;108:502-7.

34. Kaplan FS, Gannon FH, Hahn GV, Wollner N, Prauner R. Pseudomalignant heterotopic ossification. Clin Ortho Rel Res 1998;346:134-40.

35. Gannon FH, Valentine BA, Shore EM, Zasloff MA, Kaplan FS. Acute lymphocytic infiltration in an extremely early lesion of fibrodysplasia ossificans progressiva. Clin Ortho Rel Res 1998;346:19-25.

36. Moe SM, Kraus MA, Gassensmith CM, Fineberg NS, Gannon FH, Peacock M. Safety and efficacy of pulse and daily calcitriol in patients on CAPD: a randomized trial. Nephrol Dial Transplant 1998;13:1234-41.

37. Sills AK, Jr, Williams JI, Tyler BM, Epstein DS, Sipos EP, Davis JD, McLane MP, Pitchford S, Cheshire K, Gannon FH, Kinney WA, Chao TL, Donowitz M, Laterra J, Zasloff M, Brem H. Squalamine inhibits angiogenesis and solid tumor growth in vivo and perturbs embryonic vasculature. Can Res 1998;58:2784-92.

Francis H. Gannon 7

38. Olmsted EA, Gannon FH, Wang ZQ, Grigoriadis AE, Wagner EF, Zasloff MA, Shore EM, Kaplan FS. Embryonic overexpression of the c-Fos protooncogene. A murine stem cell chimera applicable to the study of fibrodysplasia ossificans progressiva in humans. Clin Orth Rel Res 1998;346:81-94.

39. Kaplan F, Sawyer J, Connors S, Keough K, Shore E, Gannon F, Glaser D, Rocke D, Zasloff M,  Folkman J. Urinary basic fibroblast growth factor. A biochemical marker for preosseous fibroproliferative lesions in patients with fibrodysplasia ossificans progressiva. Clin Orth Rel Res 1998;346:59-65.

40. Lanchoney TF, Olmsted EA, Shore EM, Gannon FH, Rosen V, Kaplan FS. Characterization of bone morphogenetic protein-4 receptors in Fibrodysplasia Ossificans Progressiva. Clin Orth Rel Res 1998;346:26-37.

41. Hunt JL, Gannon FH, Rosato EF, Siegelman ES, Tomasziewski JE, LiVolsi VA.  A non-epithelial pseudosarcomatous mural nodule in a mucinous cystic neoplasm of the pancreas: Immunohistochemical electron microscopy and imaging studies. Int J Surg Path

42. Gannon FH, Kaplan FS, Shore EM, Zasloff M, Epstein F. Recombinant human bone morphogenetic protein-2 (BMP-2) stimulates a dermal osteogenic wound response in the skate but not in the shark: An early vertebrate clue to the formation of a dermal exoskeleton in children with Progressive Osseous Heteroplasia. Bull Mount Desert Island Biol Lab 1997;36:14-16.

43. Gannon FH, Sokoloff L. Histomorphometry of the aging human patella: histologic criteria and controls. Osteoarth Cart 1999;7:173-81.

44. Chan PS, Kneeland JB, Gannon FH, Luchetti WT, Herzog RJ. Identification of the vascular and avascular zones of the human meniscus using magnetic resonance imaging: correlation with histology. Arthroscopy 1998;14:820-3.

45. Reedy BK, Pan F, Kim WS, Gannon FH, Krasinskas A, Bartlett SP. Properties of coralline hydroxyapatite and expanded polytetrafluorethylene membrane in the immature craniofacial skeleton.. Plast Reconstr Surg 1999;103:20-6.

46. Mohler ER, Chawla MK, Chang AW, Vyavaher N, Levy RJ, Graham L, Gannon FH. Identification and characterization of calcifying valve cells from human and canine aortic valves. J Heart Valve Dis 1999;8:254-60.

47. Glaser D, Gannon F, Kaplan F, McLane M, Boyle K, Zasloff M, Shore E.  Characterization of the earliest stages of post-natal endochondral ossification.  J. Bone Mineral Res. 12 (supplement 1): F296, August 1997.

48. Hwang PH, Montone KT, Gannon FH, Senior BA, Lanza DC, Kennedy DW.  Applications of in situ hybridization techniques in the diagnosis of chronic sinusitis.  Am J Rhinology 1999:13(5):335-8

49. Gadwal SR, Fanburg-Smith JC, Gannon FH, Thompson LDR.  Primary chondrosarcoma of the head and neck in pediatric patients: A clinicopathologic study of 14 cases with a review of the literature.  Cancer 88(9):2181-2188, May 1, 2000

50. Murphey MD, Choi JJ, Kransdorf MJ, Flemming DJ, Gannon FH.  Imaging of Osteochondroma: Variants and complications with Radiologic-Pathologic correlation.  Radiographics 20:1407-1434, Sept-Oct 2000

51. Silber JS, Whitfield SB, Anbari K, Vergillio J, Gannon F, Fitzgerald RH.  Insidious destruction of the hip by Mycobacterium tuberculosis and why early diagnosis is critical.  J Arthroplasty 2000 Apr; 15(3):392-7

52. Whyte MP, Mills BG, Reinus WR, Posgornik MN, Roodman GD, Gannon FH, Eddy MC, McAlister WH. Expansile skeletal hyperphosphatasia: a new familial metabolic bone disease. J Bone Miner Res. 2000 Dec;15(12):2330-44

53. Perloff JR, Gannon FH, Bolger WE, Montone KT, Orlandi R, Kennedy DW.  Bone involvement in sinusitis: an apparent pathway for the spread of the disease.  Laryngoscope 2000 Dec;110(12):2095-9

54. Yeh G, Mahtur S, Wivel A, Li M, Olmsted EA, Gannon FH, Ulied A, Audi L, Kaplan FS, Shore Eileen.  GNAS1 mutation and Cbfa1 misexpression in a child with severe congenital plate-like osteoma cutis: A variant of Progressive Osseous Heteroplasia. J Bone Min Res 2000 Nov;15(11):2063-73

55. Shore EM, Glaser DL, Gannon FH.  Osteogenic induction in hereditary disorders of heterotopic ossification.  Clin Orthop Rel Res Clin Orthop. 2000 May; (374):303-16

56. Junge RE, Gannon FH, Porton I, McAlister WH, Whyte MP.  Management and prevention of vitamin D deficiency rickets in captive-born chimpanzees (Pan troglodytes).  J Zoo Wildl Med. 2000 Sep;31(3):361-9

57. Mohler ER, Gannon FH, Reynolds C, Zimmerman R, Keane MG, Kaplan FS.  Bone formation and inflammation in cardiac valves.  Circulation.  2001 Mar 20;103(11):1522-8

58. Gadwal SR, Gannon FH, Fanburg-Smith JC, Becoskie EM, Thompson LD. Primary osteosarcoma of the head and neck in pediatric patients: a clinicopathologic study of 22 cases with a review of the literature. Cancer. 2001 Feb 1;91(3):598-605

59. Kaplan FS, Glaser DL, Shore EM, Emerson S, Mitchell D, Gannon FH.  Medical Management of Fibrodysplasia Ossificans Progressiva: Current Treatment Considerations.  Clin Proc Third Intl Symp FOP 1(1):1-52, July 2001

60. Gannon FH, Glaser D, Caron R, Thompson LD, Shore EM, Kaplan FS.  Mast cell involvement in fibrodysplasia ossificans progressiva.  Hum Pathol. 2001 Aug;32(8):842-8.

61. Murphey MD, Nomikos GC, Flemming DJ, Gannon FH, Temple HT, Kransdorf MJ. From the archives of AFIP. Imaging of giant cell tumor and giant cell reparative granuloma of bone: radiologic- pathologic correlation. Radiographics. 2001 Sep-Oct;21(5):1283-309.

62. Wieneke JA, Gannon FH, Heffner DK, Thompson LD.  Giant cell tumor of the larynx: a clinicopathologic series of eight cases and a review of the literature.  Mod Pathol. 2001 Dec;14(12):1209-15.

63. Roberto E. Garcia, MD; Francis H. Gannon, MD; Lester D. R. Thompson, MD  Dedifferentiated chondrosarcomas of the larynx:  A report of two cases and review of the literature. The Laryngoscope 2002;112:1015-1018

64. Smith SE, Murphey  MD, Motamedi  K, Mulligan ME, Resnik CS, Gannon FH. From the archives of the AFIP. Radiologic spectrum of Paget disease of bone and its complications with pathologic correlation. Radiographics. 2002 Sep-Oct;22(5):1191-216.

65. Olmsted-Davis EA, Gugala Z, Gannon FH, Yotnda P, McAlhany RE, Lindsey RW, Davis AR.  Use of a chimeric adenovirus vector enhances BMP2 production and bone formation.  Hum Gene Ther. 2002 Jul 20;13(11):1337-47.

66. Garcia RE, Gannon FH, Thompson LD. Dedifferentiated chondrosarcomas of the larynx: a report of two cases and review of the literature.  Laryngoscope. 2002 Jun;112(6):1015-8.

67. Kirschner RE, Karmacharya J, Ong G, Gordon AD, Hunenko O, Losee JE, Gannon FH, Bartlett SP.  Repair

of the immature craniofacial skeleton with a calcium phosphate cement: quantitative assessment of craniofacial growth.  Ann Plast Surg. 2002 Jul;49(1):33-8;

68.
Thompson LD, Gannon FH.  Chondrosarcoma of the larynx: a clinicopathologic study of 111 cases with a review of the literature.  Am J Surg Pathol. 2002 Jul;26(7):836-51.

69.
Kirschner RE, Gannon FH, Xu J, Wang J, Karmacharya J, Bartlett SP, Whitaker LA.  Craniosynostosis and altered patterns of fetal TGF-beta expression induced by intrauterine constraint.  Plast Reconstr Surg. 2002 Jun;109(7):2338-46;

70. Losee JE, Karmacharya JK, Gannon FH, Slemp AE, Ong G, Hunenko O, Gorden AD, Bartlett SP, Kirschner RE.  Reconstruction of the immature craniofacial skeleton with a carbonated calcium phosphate bone cement:  Interaction with bioresorbable mesh.  J Craniofacial Surg, 14 (1):117-24 Jan 2003

71.
Chan J, Gannon FH, Thompson LD.  Malignant giant cell tumor of the sphenoid.
Ann Diagn Pathol. 2003 Apr;7(2):100-5.

72. Knott PD, Gannon FH, Thompson LD.  Mesenchymal chondrosarcoma of the sinonasal tract: a clinicopathological study of 13 cases with a review of the literature. Laryngoscope. 2003 May;113(5):783-90. Review.

73. Gugala Z, Olmsted-Davis EA, Gannon FH, Lindsey RW, Davis AR. Osteoinduction by ex vivo adenovirus-mediated BMP2 delivery is independent of cell type.  Gene Ther. 2003 Aug;10(16):1289-96.

74. Hegyi L, Gannon FH, Glaser DL, Shore EM, Kaplan FS, Shanahan CM.  Stromal cells of fibrodysplasia ossificans progressiva lesions express smooth muscle lineage markers and the osteogenic transcription factor Runx2/Cbfa-1: clues to a vascular origin of heterotopic ossification? J Pathol. 2003 Sep;201(1):141-8.

75. Murphey MD, Walker EA, Wilson AJ, Kransdorf MJ, Temple HT, Gannon FH.  From the archives of the AFIP: imaging of primary chondrosarcoma: radiologic-pathologic correlation. Radiographics. 2003 Sep-Oct;23(5):1245-78.

76. Murphey MD, wan Jaovisidha S, Temple HT, Gannon FH, Jelinek JS, Malawer MM.  Telangiectatic osteosarcoma: radiologic-pathologic comparison.  Radiology. 2003 Nov;229(2):545-53.

77. Olmsted-Davis EA, Gugala Z, Camargo F, Gannon FH, Jackson K, Kienstra KA, Shine HD, Lindsey RW, Hirschi KK, Goodell MA, Brenner MK, Davis AR. Primitive adult hematopoietic stem cells can function as osteoblast precursors. Proc Natl Acad Sci U S A. 2003 Dec 23;100(26):15877-82.

78. Murphey, MD, Walker, EA, Wilson, AJ, Kransdorf MJ, Temple, HT, Gannon, FH.  Imaging of Primary Chrondrosarcoma: Radiologic-pathologic correlation. Radiographics 2003: 23:1245-1278

79. Gannon, F, Thompson, L.  "Ossifying fibroma of the jaw" Ear Nose Throat J. 2004 83(7):458

80. Murphey MD, Carroll JF, Flemming DJ, Pope TL, Gannon FH, Kransdorf MJ.  From the archives of the AFIP: benign musculoskeletal lipomatous lesions.  Radiographics 2004 24(5):1433-66

81. Murphey MD, Jelinek JS, Temple HT, Flemming DJ, Gannon FH.  "Imaging of periosteal osteosarcoma: radiologic-pathologic correlation." Radiology.  2004 233(1):129-38

82. Wyckoff MH, El-Turk C, Laptook A, Timmons C, Gannon FH, Zhang X, Mumm S, Whyte MP.  Neonatal lethal osteochondrodysplasia with low serum level of alakaline phosphatase and osteocalcin.  J Clin Endocrinolo Metab. 2004 Nov 23

83. Whyte MP, Essmyer K, Gannon FH, Reinus WR. "Skeletal fluorosis and instant tea" Am J Med. 2005 118(1):78-82

84. Smartt, JM, Jr. Karmacharya J, Gannon FH, Ong G, Jackson O, Bartlett SP, Poser RD, Kirschner RE. Repair of the immature and mature craniofacial skeleton with a carbonated calcium phosphate cement: assessment of biocompatibility, osteoconductivity, and remodeling capacity. Plast Reconstr Surg 2005 May; 115(6): 1642-50

85. Smartt JM, Jr. Karmacharya J, Gannon FH, Teixeira C, Mansfield K, Hunenko O, Shapiro IM, Kirschner RE. Intrauterine fetal constraint induces chondrocyte apoptosis and premature ossification of the cranial base. Plast Reconstr Surg. 2005 Oct; 116(5):1363-9

86. Heike CL, Cunningham ML, Steiner RD, Wenkert D, Hornung RL, Gruss JS, Gannon FH, McAlister WH, Mumm S, Whyte MP. Skeletal changes in epidermal nevus syndrome: Does focal bone disease harbor clues concerning pathogenesis? Am J Med Genet A. 2005 Dec 1:139(2):67-77

87. Fouletier-Dilling CM, Bosch P, Davis AR, Shafer JA, Stice SL, Gugala Z, Gannon FH, Olmsted-Davis EA. Novel compound enables high-level adenovirus transduction in the absence of an adenovirus-specific receptor. Hum Gene Ther. 2005 Nov; 16(11):1287-97

88. Gannon FH, Thompson LD. Osteomyelitis. Ear Nose Throat J. 2005 Nov;84(11):694

89. Lindsey RW, Gugala Z, Milne E, Sun M, Gannon FH, Latta LL. The efficacy of cylindrical titanium mesh cage for the reconstruction of a critical-size canine segmental femoral diaphyseal defect. J Orthop Res. 2006 Jul;24(7):1438-53

90. Olmsted-Davis E, Gannon FH, Ozen M, Ittmann MM, Gugala Z, Hipp JA, Moran KM, Fouletier-Dilling CM, Schumara-Martin S, Lindsey RW, Heggeness MH, Brenner MK, Davis AR. Hypoxic adipocytes pattern early heterotopic bone formation. Am J Pathol. 2007 Feb;170(2):620-32.

91. Bikram M, Fouletier-Dilling C, Hipp JA, Gannon F, Davis AR, Olmsted-Davis EA, West JL. Endochondral bone formation from hydrogel carriers loaded with BMP2-transduced cells. Ann Biomed Eng. 2007 May;35(5):796-807. Epub 2007 Mar 6.

92. Shafer J, Davis AR, Gannon FH, Fouletier-Dilling CM, Lazard Z, Moran K, Gugala Z, Ozen M, Ittmann M, Heggeness MH, Olmsted-Davis E. Oxygen Tension Directs Chondrogenic Differentiation of Myelo-Monocytic Progenitors During Endochondral Bone Formation. Tissue Eng. 2007 May 9

93. Gannon FH, Thompson L. Traumatic fracture callus. Ear Nose Throat J. 2007 Apr;86(4):200.

94. Fouletier-Dilling CM, Gannon FH, Olmsted-Davis EA, Lazard Z, Heggeness MH, Shafer JA, Hipp JA, Davis AR.Efficient and rapid osteoinduction in an immune-competent host. Hum Gene Ther. 2007 Aug;18(8):733-45.

95. Gugala Z, Davis AR, Fouletier-Dilling CM, Gannon FH, Lindsey RW, Olmsted-Davis EA. Adenovirus BMP2-induced osteogenesis in combination with collagen carriers. Biomaterials. 2007 Oct;28(30):4469-79. Epub 2007 Jul 23.

96. Dilling CF, Wada A, Lazard Z, Salisbury E, Gannon F, Vadakkan T, Gao L, Hirschi K, Dickinson M, Davis AR, Omsted-Davis E. Vessel Formation is Induced Prior to the Appearance of Cartilage in BMP2-mediated Heterotopic Ossification. J Bone Mineral Res. 2009 Oct 19

Francis H. Gannon                                                                          11

97. Protocol for the examination of specimens from patients with tumors of soft tissue. Rubin BP, Cooper K, Fletcher CD, Folpe AL, Gannon FH, Hunt JL, Lazar AJ, Montag AG, Peabody TD, Pollock RE, Reith JD, Qualman SJ, Rosenberg AE, Weiss SW, Krausz T; Members of the Cancer Committee, College of American Pathologists.Arch Pathol Lab Med. 2010 Apr;134(4):e31-9.

98. Protocol for the examination of specimens from patients with tumors of bone. Rubin BP, Antonescu CR, Gannon FH, Hunt JL, Inwards CY, Klein MJ, Kneisl JS, Montag AG, Peabody TD, Reith JD, Rosenberg AE, Krausz T; Members of the Cancer Committee, College of American Pathologists. Arch Pathol Lab Med. 2010 Apr;134(4):e1-7.

99. Sensory nerve induced inflammation contributes to heterotopic ossification.Salisbury E, Rodenberg E, Sonnet C, Hipp J, Gannon FH, Vadakkan TJ, Dickinson ME, Olmsted-Davis EA, Davis AR. J Cell Biochem. 2011 Oct;112(10):2748-58

100. Prospective randomized phase II Trial of accelerated reepithelialization of superficial second-degree burn wounds using extracorporeal shock wave therapy.Ottomann C, Stojadinovic A, Lavin PT, Gannon FH, Heggeness MH, Thiele R, Schaden W, Hartmann B. Ann Surg. 2012 Jan;255(1):23-9.

101. Salisbury E, Hipp J, Olmsted-Davis EA, Davis AR, Heggeness MH, Gannon FH. Histologic identification of brown adipose and peripheral nerve involvement in human atherosclerotic vessels. Hum Pathol. 2012 Dec;43(12):2213-22.

102. Ruan MZ, Dawson B, Jiang MM, Gannon F, Heggeness M, Lee BH. Quantitative imaging of murine osteoarthritic cartilage by phase-contrast micro-computed tomography.Arthritis Rheum. 2013 Feb;65(2):388-96

103. Ruan MZ, Erez A, Guse K, Dawson B, Bertin T, Chen Y, Jiang MM, Yustein J, Gannon F, Lee BH. Proteoglycan 4 expression protects against the development of osteoarthritis. Sci Transl Med. 2013 Mar 13;5(176):176

104. Tao J, Jiang MM, Slavo JS, Zeng HC, Dawnson B, Bertin TK, Rao PH, Chen R, Donehower LA, Gannon F, Lee BH.  Notch activation as a driver of osteogenic sarcoma.  Cancer Cell. 2014 Sep 8;26(3):390-401

## Abstracts:

1. O'Hara D Hass B Gannon FH Bartlett S. Experimental evaluation of onlay membranous bone allografts. The Robert H. Ivy Society of Plastic and Reconstructive Surgeons April 1992

2. Moe S Kraus M Gassensmith C Gannon F North J Peacock M. A randomized trial of pulse versus daily oral calcitriol in CAPD patients

3. Yu J McClintock J Gannon FH Gao XX. Regional specificity of neonatal dura induced bone formation: Sutural dura induces chondrogenesis whereas squamous dura induces osteogenesis. Plastic Surgery Research Council May 17-20 1995

4. Yu J McClintock J Gannon FH Gao XX. Neonatal dura is capable of inductive osteogenesis by mesenchymal-epithelial interaction. Plastic Surgical Forum October 7-11 1995

5. Gannon FH Kaplan FS Olmsted E Finkel GC Zasloff M Shore EM. Bone morphogenetic protein (BMP) 2/4 in early fibromatous lesions in Fibrodysplasia Ossificans Progressiva. Second International symposium on Fibrodysplasia Ossificans Progressiva. Philadelphia PA October 29-31 1995

6.  Kaplan FS Gannon FH Shafritz AB Zasloff M Shore E.  Acute lymphocytic infiltration in a very early lesion of Fibrodysplasia Ossificans Progressiva. Second International symposium on Fibrodysplasia ossificans progressiva. Philadelphia PA October 29-31 1995

7.  Shafritz AB Shore E Gannon FH Zasloff M Muenke M Kaplan FS. Dysregulation of bone morphogenetic protein 4 (BMP-4) gene expression in Fibrodysplasia Ossificans Progressiva (FOP). Second International symposium on Fibrodysplasia Ossificans Progressiva. Philadelphia PA October 29-31 1995

8.  Kaplan FS Shore E Gannon FH Grigoriadis A Olmsted E Wagner E Wang Z Zasloff M. Embryonic over-expression of the c-fos proto-oncogene: a murine stem cell chimera applicable to the study of Fibrodysplasia Ossificans Progressiva. Philadelphia PA October 29-31 1995

9.  Moriatis JM Gannon FH Shore EM Bilker W Zasloff M Kaplan FS. The prevalence natural history and pathogenesis of limb swelling in patients who have Fibrodysplasia Ossificans Progressiva. Second International symposium on Fibrodysplasia Ossificans Progressiva. Philadelphia PA October 29-31 1995

10. Sills AK Williams JI Davis JD Gannon FH Tyler BM Epstein DS Sipos EP Kinney WA Chao TL Zasloff M Brem H. Squalamine a natural aminosterol inhibits angiogenesis retards tumor growth in vivo and perturbs embryonic microvessel structure. Gordon Conference August 1997

11. Glaser D Gannon FH Kaplan FS McLane M Boyle K Zasloff M Shore E. Characterization of the earliest stages of post-natal endochondral ossification. American Society of Bone and Mineral Research September 1997

12. Shaker JL Kaplan FS Gannon FH. Mesenteric heterotopic ossification after abdominal surgery. American Society of Bone and Mineral Research September 1997

13. Ganley TJ Spiegel DA Gregg JR Flynn JM Dormans JP Hunt JL Gannon FH Fitzgerald RH. Osteochondral defect repair using autograft and embryonal allograft cylindrical plugs in a New Zealand white rabbit model. Orthopedic Research Society 1997

14. Hunt JL Gannon FH. Immunolocalization of growth factors and early morphologic changes of osteoarthritis. International Academy of Pathologists March 1997

15. Smith GK Lafond E Puerto D Gannon FH. In vivo performance of Hedrocel for bone ingrowth of structural orthopedic implants in dogs. Veterinary Orthopedic Society meeting Feb 1997

16. Mohler EM Gannon FH Reynolds C Kaplan FS. Bone formation and osteoclast remodeling in calcified cardiac valves: A clinical and pathological analysis. The Pennsylvania chapter of the American College of Cardiology Philadelphia September 26-27 1997

17. Yeh George Olmsted Elizabeth Mathur Sameer Shore E Gannon FH Ulied A Audi L Kaplan FS. Mis-expression of the Cbfa-1 gene in dermal fibroblasts from a patient with an atypical form of Progressive Osseous Heteroplasia. American Society of Bone and Mineral Research San Francisco CA Dec 1-6 1998

18. Kirschner RE Gannon FH. Toward an understanding of non-syndromic craniosynostosis: The role of constraint-induced changes in fetal TGF-beta expression. American Association of Plastic Surgery May 1999

19. Kirshcner RE Gannon FH Xu J Wang J Karmacharya J Bartlett SP Whitaker LA. Craniosynostosis and altered patterns of fetal TGF-beta expression induced by intrauterine constraint. American Society of Plastic and Reconstructive Surgery October 1999

20. Kolodgie FD Farb A Burke AP Gannon FH Liang Y Schwartz SM Virmani R. Eruptive nodulo-calcific coronary atherosclerosis: A novel mechanism of acute coronary thrombosis. American Heart Association May 20-22, Denver CO 1999

21. Gannon FH. Radiation osteonecrosis of the clavicle with pseudo-tumoral calcinosis. Society of Military Orthopedic Surgeons Williamsburg VA 24-28 October 1999

22. Gannon FH. Histomorphometry of the aging human patella and the pathogenesis of osteoarthritis. Society of Military Orthopedic Surgeons Williamsburg VA 24-28 October 1999

23. Kirschner RE, Karmarchaya J, Bartlett S, Gannnon FH, Whitaker LA. American Association of Plastic Surgeons  April 2000

24. Gadwal SR, Fanburg-Smith JC, Gannon FH, Thompson LDR.  Pediatric head and neck chondrosarcomas. USCAP April 2000 New Orleans, LA

25. Gadwal SR, Fanburg-Smith JC, Gannon FH, Thompson LDR.  Pediatric head and neck osteosarcomas. USCAP April 2000 New Orleans, LA

26. Karmacharya J, Losee JE, Gannon FH, Hunenko O, Ong G, Poser R, Bartlett S, Kirschner RE.  Repair of the Pediatric Craniofacial Skeleton with Norian CS: Analysis of Biocompatibility, Osteoconductivity and Remodeling Capacity 69th Annual ASPS/PSEF/ASMS Meeting, October 14-18, 2000 Los Angeles USA


## Editorials Reviews, Books, Chapters:

1. Kaplan FS Gannon FH. Paget's disease of bone. In Principles of Orthopedic Practice Roger Dee Ed. McGraw Hill 1997

2. Kaplan FS Wagman RB Gannon FH Zasloff MA Shore E. Progressive Osseous Heteroplasia: A guidebook for families.

3. Kaplan FS Delatycki M Gannon FH Rogers JG Smith R Shore EM. Fibrodysplasia Ossificans Progressiva. In Inherited neuromuscular disorders: Recent advances and future prospects. Alan E. Emery Ed. Wiley 1998

4. Kaplan FS Shore EM Gannon FH Zasloff MA. The candidate gene approach to a rare genetic disease of skeletal malformations and ectopic osteogenesis in humans. Joseph A. Buckwalter et. al. Eds. American Academy of Orthopedic Surgeons 1998

5. Heggeness MH, Gannon FH, Reitman C.  Orthopedic Surgery in Schwartz's Principles of Surgery, 9th ed. edited by F. Charles Brunicardi, M.D.

6. Wodajo FM, Gannon FH, Murphey, MD. Visual guide to musculoskeletal tumors:  A clinical-radiologic-histologic approach. Saunders, Philadelphia, PA 2010   ISBN: 978-4377-0303-0

7. Head and Neck Pathology            Thompson L, MD, series editor
   Chapters authored by Francis H. Gannon, MD: Osteosarcoma, Otosclerosis, Chordoma, Cementoblastoma, Gout and Pseudogout, Osteoblastoma, Chondrosarcoma, Cherubism, Synovial Chondromatosis, Chondrosarcoma, Osteoradionecrosis, Osteoma, Otitis Media, Exostosis, Osteomyelitis, Fibrous dysplasia, Ossifying fibroma, Juvenile active ossifying fibroma, Fibrosarcoma, Paget's disease

## Publications in preparation

## Online Publications

Emedicine Pathology               Thomas Wheeler, MD, series editor

> Chapters to include: Introduction to bone pathology, Chondrocytes, Osteoblasts, Osteoclasts, Osteocytes, Osteomyelitis, Histiocytosis, Syphilis, Tuberculosis, Sarcoid, Fungal infections, Fracture healing, Stress fracture, Cortical desmoids, Myositis ossificans, Heterotopic ossification, Subungual exostosis, Osteoid osteoma, Rheumatoid arthritis, Osteoarthritis, Collagen vascular diseases, Coupling/Uncoupling of cellular mechanisms, Regulation of calcium and phosphate, Parathyroid hormone, Parathyroid hormone related protein, Vitamin D, Calcitonin, Primary hyperparathyroidism, Renal osteodystrophy, Osteoporosis, Rickets, Gout, Ochronosis, Storage diseases, Avascular necrosis, Legg-calves-perthes disease, Osteochondritis dissecans, Neuropathic joints, Leprosy, Paget's disease, Osteogenesis imperfecta, Osteopetrosis      , Achondroplasia, Osteochondroma, Enchondroma, Melorheostosis, Fibrous dysplasia, Fibroxanthoma, Ossifying fibroma, Angioma, Unicameral bone cyst, Pigmented villonodular synovitis, Giant cell tumor of tendon sheath, Synovial chondromatosis, Ganglion, Ewings sarcoma, Lymphoma, Plasma cell lesions, Hodgkins disease, Fibrosarcoma, Leiomyosarcoma, Osteosarcoma, Chondrosarcoma, Parosteal sarcomas, Angiosarcoma, Metastatic tumors, Giant cell tumors, Chondroblastoma, Chondromyxoid fibroma, Osteoblastoma, Hemangioendothelioma, Adamantinoma, Synovial sarcoma, Lipoma, Liposarcoma, Neurofibroma, Chordoma

## Grant Support

Active

DARPA (Heggeness)                     9/01/08 – 08/31/14                                  2.4
calendar
DARPA                                 $2,037,548/1st Yr
Use Of Bioresorbable Hydrogels And Genetic Engineering To Accomplish Rapid Stabilization And Healing In Segmental Long Bone Defects

## Awards and Other Achievements

**Participated in the BBC documentary "The Skeleton Key"** on FOP patients which was awarded :
> Wellcome Trust Award for Best Science and Medical Documentary 1999
> Royal Television Society Award for Best Documentary 1999
> International Image and Science Festival Grand Prize for Best Science Documentary Worldwide 1999
> Association of British Science Writers Award for Best Science Documentary

**Employee of the year,  GS13 and above, AFIP,  2000**


**Meritorius Civilian Service Award, Feb 2003**

-Awarded for performing autopsies and assisting the investigation of the Challenger shuttle disaster.


**Commander's award for Civilian service April 2005**

-Awarded for overseeing the medical digitization effort at the Armed Forces Institute of Pathology.  The effort included overseeing $80 million in Congressional money over 4 years, Serving as the Contract Officer Technical Representative, and coordinating the efforts of 400+ employees in 3 states.

**Superior Civilian Service Award Feb 2007**

-Awarded for assisting in the development of the new body armor that the military has fielded (first fielded in Kosovo).  This new body armor has resulted in the saving of thousands of lives. The award resulted in a television interview and report by KHOU TV Houston.


**Fullbright and Jaworski award for teaching excellence, August 2010**

**Baylor College of Medicine Top 5 Teacher award as selected by the graduating class of BCM 2014, 2015**