# EXHIBIT R

## Page 1

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

IN RE: CONSOLIDATED BIOMET     ) Consolidated Under
M2A HIP REPLACEMENT CASES:     ) Case No:
-----------------------------) 2014-CA-001932 NC

***** CONFIDENTIAL *****

The confidential videotaped and videoconference deposition of ELINE HARTING, at the offices of Biomet Global Supply Chain Center B.V., Toermalijnring 600, 3301 CA Dordrecht, called for examination, taken before JULIANA F. ZAJICEK, a Registered Professional Reporter and a Certified Shorthand Reporter, at the offices of LaDue Curran & Kuehn LLC, Suite 200, 100 East Wayne Street, South Bend, Indiana, on March 1, 2018, at 1:05 p.m. (GMT).

## Page 2

1  PRESENT IN SOUTH BEND, INDIANA:
2  ON BEHALF OF THE PLAINTIFFS:
3      NASH & FRANCISKATO
       Two Pershing Square
4      2300 Main Street, Suite 170
       Kansas City, Missouri 64108
5      816-221-6600
       BY: RANDY W. JAMES, ESQ.
6          rjames@nashfranciskato.com
7      MAGLIO CHRISTOPHER & TOALE
       1605 Main Street, Suite 710
8      Sarasota, Florida 34236
       888-952-5242
9      BY: ILYAS SAYEG, ESQ.
           isayeg@mctlawyers.com
10
11 ON BEHALF OF THE DEFENDANTS:
12     LADUE CURRAN & KUEHN LLC
       100 E. Wayne Street
13     Suite 300
       South Bend, Indiana 46601
14     574-968-0760
       BY: JOHN A. CONWAY, ESQ.
15         jconway@lck-law.com
16
17
18 THE VIDEOGRAPHER:
19     MR. DAVID DOMINIAK (South Bend, Indiana);
       MS. Katja Kuper (Dordrecht, The Netherlands),
20     Golkow Litigation Services.
21
22
23
24 REPORTED BY: JULIANA F. ZAJICEK, C.S.R. NO. 84-2604.

## Page 3

            I N D E X
WITNESS:                              PAGE:
ELINE HARTING
    EXAM BY MR. JAMES....................   10

            *****
        PREVIOUSLY MARKED EXHIBITS
EXHIBIT                               PAGE
No. 2    LinkedIn Profile Eline Harting     11
No. 4    E-mail 8/10/06 w/attachments;     194
         BMT-FL-01147112 - 163
No. 8    E-mail chain 5/21/08, P001/P002    38
         Corporate Management Review,
         w/attachments; BMT-MM04539081 -
         112
No. 9    E-mail chain 8/27/08              166
         w/attachments, MDR's for European
         products/BE Management Review;
         BMT-MM01911368 - 424
No. 10   Urgent Field Safety Notice 4/12/16  17
No. 10A  Danish version of the Urgent Field  28
         Safety Notice 4/12/16
No. 10B  Italian version of the Urgent      28
         Field Safety Notice 4/12/16

## Page 4

    PREVIOUSLY MARKED EXHIBITS (Continued)
EXHIBIT                               PAGE
No. 10C  Dutch version of the Urgent Field   28
         Safety Notice 4/12/16
No. 10D  German version of the Urgent Field  28
         Safety Notice 4/12/16
No. 11   E-mail 10/16/08, Update BE         41
         procedures for customer complaints
         handling/FSCA, w/attachments;
         BMT-MM02996633 - 681
No. 12   HPRA Safety Notice: SN2016(14),    76
         M2a-38mm Acetabular System, 6/3/16
No. 13   Document on the letterhead of the  73
         Australian Government, Department
         of Health, Therapeutic Goods
         Administration, Biomet M2a
         metal-on-metal total hip
         replacement implants, Hazard
         alert - higher than expected
         revision rate, 2/9/15
No. 17   MDR Complaint #012674;            185
         BMT-FL-00039966 - 057

Page 9

1    THE VIDEOGRAPHER:  We are now on the record.  My
2 name is Katja Kuper.  I am the videographer for Golkow
3 Litigation Services.  Today's date is March 1st, 2018,
4 and the time is 1:05, as indicated on the video
5 screen.
6         This video deposition is being held in
7 Dordrecht, The Netherlands, in the matter of
8 Consolidated Biomet M2a Hip Replacement Cases for the
9 Circuit Court of the Twelfth Judicial Circuit in and
10 for Sarasota County, Florida.  The deponent today is
11 Eline Harting.
12         Will the attorneys please identify
13 themselves for the video record.
14    MR. JAMES:  Yes.  Randy James and Ilyas Sayeg
15 for the Plaintiffs.
16    MR. CONWAY:  And this is John Conway for
17 Defendants.
18    THE VIDEOGRAPHER:  Thank you.
19         The court reporter today is Juliana
20 Zajicek, with Golkow Litigation Services.
21         Will you now please swear in the witness.
22         (WHEREUPON, the witness was duly
23         sworn.)
24         ELINE HARTING,

Page 10

1 called as a witness herein, having been first duly
2 sworn, was examined and testified as follows:
3         EXAMINATION
4 BY MR. JAMES:
5    Q.   Good afternoon, Ms. Harting.  My name is
6 Randy James.  I represent the Plaintiffs in this
7 action.
8         Would you tell us your full name, please?
9    A.   My full official name is Neeltje Johanna
10 Harting.  My -- people call me Eline.
11    Q.   All right, ma'am.  Thank you.
12         Where do you live?
13    A.   I live in Breda, Netherlands.
14    Q.   All right.  We are conducting this
15 deposition over a video transmission.  I am in South
16 Bend, Indiana and you are in Dordrecht, the
17 Netherlands, is that correct?
18    A.   Yes, that's correct.
19    Q.   All right.  So far it appears that we've
20 got a very good connection with minimal delay.  I
21 always say this as a precursor to a deposition, but I
22 think it's im -- particularly importantly true today
23 that -- that we need to wait until each other is
24 finished before we speak so that we don't talk over

Page 11

1 each other, okay?
2    A.   Okay.
3    Q.   That not only would account for any delay
4 that we have in our video transmission, but it also
5 allows our court reporter to record what each of us is
6 saying clearly.  Agree?
7    A.   Agree.
8    Q.   All right.  Thank you.
9         Ms. Harting, you are currently employed by
10 a company by the name of Zimmer Biomet, is that
11 correct?
12    A.   That is correct.
13    Q.   And before that you were employed by a
14 company by the name of Biomet, right?
15    A.   Correct.
16    Q.   What is your current job title with Zimmer
17 Biomet?
18    A.   European Legal Claims Manager.
19    MR. JAMES:  Ms. Videographer, would you be kind
20 enough to hand Ms. Harting what we've marked as
21 Exhibit 2.
22 BY MR. JAMES:
23    Q.   Ms. Harting, we've placed before you what
24 I've marked as Exhibit 2, for identification.  This is

Page 12

1 a printout from the internet your -- on your LinkedIn
2 profile page.  It appears that most of it printed out
3 except for your title with Zimmer Biomet, but with the
4 exception of that, would you look at Exhibit 2 and
5 tell me if that accurately describes your current
6 position as well as your prior positions with Biomet?
7    A.   No, it is not.
8    Q.   All right.  Well, can you acknowledge that
9 this is a printout of your LinkedIn profile page?
10    A.   Yes, it is.
11    Q.   Okay.  Well, rather than going through
12 what isn't right at the moment, let me just ask you
13 some questions about it to see what is correct here.
14         For example, at the beginning -- even
15 though it does not give your job title, for some
16 reason it didn't print out, it shows up on the
17 internet as European Legal Claims Manager, is it true
18 that your job duties include:
19         "Coordination and management of product
20 liability claims, advise senior and country management
21 and manufacturers on product liability and safety
22 issues, participation in the risk assessment process
23 for field actions and subsequent review of recall
24 documentation, including health hazard documentation,

Page 13

1  Field Safety Notice, 'Dear Surgeon' letter, and
2  communication to involved competent authorities"?
3      A.  That's still correct.
4      Q.  That is correct?
5      A.  That is correct.
6      Q.  All right. And then you go on to say:
7          "Advice on patient-related matters, such
8  as patient complaints and results for product
9  information, review of product documentation, such as
10 surgical techniques and IFUs."
11         IFU meaning Instructions for Use?
12     A.  Instructions for Use.
13     Q.  All right.
14         MR. CONWAY: I don't know. Did she answer that?
15         MR. JAMES: Yes.
16 BY MR. JAMES:
17     Q.  Instructions for Use, is that correct?
18     A.  Correct.
19     Q.  All right. Now, if we look at Page 2
20 under Biomet from June of 2007 to December of 2010, it
21 says that you were the European Regulatory Compliance
22 Manager and Claims Manager, correct?
23     A.  Correct.
24     Q.  All right. And would you just read the

Page 14

1  duties that are set forth under that job title and
2  sell -- tell me if those are accurate?
3      A.  "Direct reporting line to European QA/RC
4  Director/dotted reporting line to EMEA Legal Counsel.
5  Development and maintenance of the EMEA procedure for
6  Customer Complaints and Recalls; management of recalls
7  at EMEA level from a logistic point of view; advise
8  manufacturers on drafting recall documentation
9  including Field Safety Notices and "Dear Surgeon"
10 Letters and communication to Competent Authorities;
11 handling and processing of customer complaints; ad hoc
12 QA/RA tasks; coordination and management of product
13 liability claims; advise European and local management
14 on (potential) product liability matters;
15 implementation and maintenance of the captive
16 product/general liability insurance (including
17 clinical trials) programs at EMEA level; preparation
18 quarterly financial reporting for the captive;
19 handling patient communication."
20         That's correct.
21     Q.  All right. So, would it be accurate to
22 say, then, that since June of 2007, you have been
23 involved in customer complaints, recalls, and product
24 liability claims?

Page 15

1      A.  It depends on what you mean with being
2  involved in customer complaints and recalls.
3      Q.  Well, you, for example, talk about
4  development and maintenance of the EMEA procedures for
5  customer complaints and recalls?
6      A.  That was my duty at that time up to
7  December 2010.
8      Q.  All right. Now, during that entire period
9  of time, from June 2007 to the present, you have been
10 involved with Field Safety Notices and "Dear Surgeon"
11 letters, haven't you?
12         MR. CONWAY: Objection to the form of the
13 question.
14         You can answer.
15 BY THE WITNESS:
16     A.  With respect to the period June 2007,
17 December 2- -- 2010, there were, in fact, with respect
18 to customer complaints and recall activities, there
19 was a separation between reviewing, assisting in the
20 drafting of recall notices, health hazard evaluations,
21 and there was a second role, meaning actively input --
22 involved in the process, meaning when a product went,
23 for example, was a field action, the product was taken
24 from the market and I was doing that as part of my

Page 16

1  role at that time.
2          The actual process is -- the actual
3  process of recalls, conducting a recall, processing
4  customer complaints is not part of my current job
5  title.
6  BY MR. JAMES:
7      Q.  Fair enough.
8          But broadly speaking, part of your job
9  responsibilities from 2007 to 2010 and then from
10 January of 2011 to the present involved dealing with
11 Field Safety Notices and "Dear Surgeon" letters,
12 correct?
13     A.  I was involved in the review process and
14 that's a legal task.
15     Q.  Well, whatever you say that it is,
16 according to your resume on your LinkedIn page, you
17 were involved with Field Safety Notices and "Dear
18 Surgeon" letters both from 2007 to 2010 and from 2011
19 to the present, correct?
20     A.  As in -- in both periods, I had a role,
21 legal role to review them.
22     Q.  Field Safety Notices and "Dear Surgeon"
23 letters, correct?
24     A.  Correct.