# EXHIBIT T



ZIMMER BIOMET
Your progress. Our promise.

## Urgent Field Safety Notice

**Product:** M2a 38mm Acetabular System
**Product reference:** All cups and heads in Attachment 1
**Reference:** FSCA20160307

**Advisory Notice**

Date:  April 12, 2016

Attention: Dear surgeon

This letter is to inform you of a voluntary Field Safety Corrective Action (FSCA) in relation to the M2a 38mm Acetabular System, manufactured by Biomet Orthopedics LLC, Warsaw, Indiana/USA and Biomet UK Ltd, Bridgend, UK (hereafter called Zimmer Biomet).

After discussion with the MHRA, Zimmer Biomet has initiated this Field Safety Corrective Action following on-going analysis of data collected by the National Joint Registry (NJR) for England, Wales and Northern Ireland which revealed that this hip system has a higher than expected revision rate. Our records indicate that some of your patients may have received this M2a 38mm Acetabular System.

Action to be taken:

While the M2a 38mm Acetabular System has not been  marketed in Europe since December 2012 due to changing market demands and low product utilisation, this Field Safety Notice (FSN) is intended to make clinicians and healthcare professionals aware of the MHRA guidance MDA/2012/036 dated June 25, 2012 regarding the follow-up of patients implanted with metal on metal hip replacements, with the aim of enhancing the clinician's/healthcare professional's awareness of the guidance provided by the MHRA on patient management in general and to reinforce its application to all patients treated with the M2a 38mm Acetabular System. Zimmer Biomet encourages clinicians and healthcare professionals to continue to monitor their M2a38mm patients in accordance with this MHRA guidance. The details in the Appendix to  MDA/2012/036 are as follows over the page:

CONFIDENTIAL: PROTECTIVE ORDER                                                                                                         BMT-FL-02957805



|  | Stemmed MoM total hip replacements – femoral head diameter ≥36mm | |
|---|---|---|
|  | Symptomatic patients | Asymptomatic patients |
| **Patient follow-up** | Annually for the life of the implant | Annually for the life of the implant |
| **Imaging: MARS MRI or ultrasound** | Recommended in all cases | Recommended if blood metal ion levels rising |
| **1st blood metal ion level test** | YES | YES |
| **Results of 1st blood metal ion level test** | Blood metal ion level >7ppb indicates potential for soft tissue reaction | If blood metal ion level >7ppb then second blood test required 3 months later |
| **2nd blood metal ion level test** | Yes - 3 months after 1st blood test if result was >7ppb | Yes - 3 months after 1st blood test if result was >7ppb |
| **Results of 2nd blood metal ion level test** | Blood metal ion level >7ppb indicates potential for soft tissue reaction especially if greater than previously | *If blood metal ion levels rising - further investigation required including imaging* |
| **Consider need for revision** | If imaging is abnormal and/or blood metal ion levels rising | If imaging is abnormal and/or blood metal ion levels rising |

The Appendix to MDA/2012/036 continues:

"Table footnotes:
• Blood metal ion testing to be in whole blood
• 7 parts per billion (ppb) equals 119 nmol/L cobalt or 134.5 nmol/L chromium"

Guidance notes:

- On the basis of current knowledge, this chart has been produced as a guide to the management of these patients. It will not necessarily cover all clinical situations and each patient must be judged individually.
- MARS MRI scans (or ultrasound scans) should carry more weight in decision making than blood metal ion levels alone.
- Patients with muscle and/or bone damage on MARS MRI are those of most concern. A fluid collection alone around the joint in an asymptomatic patient, unless it is very large can be safely observed with interval scanning.
- Local symptoms include pain and limping.

CONFIDENTIAL: PROTECTIVE ORDER   BMT-FL-02957806



Zimmer Biomet is not advising that patients should be proactively revised unless this is required in the clinical judgment made by the patient's clinician. Each patient should be considered in the light of their individual clinical situation. While Zimmer Biomet encourages clinicians and healthcare professionals to continue to monitor their M2a 38mm patients in accordance with the MHRA guidance detailed in MDA/2012/036, it is aware that certain regulatory authorities as well as national associations of orthopedic surgeons have issued individual patient follow-up programs for their local markets. It is the clinicians and healthcare professional's responsibility to select the appropriate patient follow-up program based on local clinical practices and local regulations.

**Transmission of this Field Safety Notice:**

This FSN needs to be passed on to all those who need to be aware within your organisation or to any other organisation to which the devices concerned have been transferred.

Please maintain awareness of this FSN and resulting action for an appropriate period to ensure effectiveness and ensure that you follow the most recent version of the guidance issued

Please complete and return the attached "Certificate of Acknowledgement" on page 4 of this FSN to your local Zimmer Biomet distributor by April 22, 2016. This confirms the fact that you have received, understood and implemented this FSN.

Any adverse events or quality problems experienced with the use of this product or any other products should be reported to your local Zimmer Biomet distributor and your local responsible competent authority.

Please contact your local Zimmer Biomet distributor if you may have any question regarding this Notice.

Yours sincerely

Natalie Wide
QA/RC Director
Biomet UK Ltd and authorised representative for Biomet Orthopedics LLC.

*Waterton Industrial Estate*
*Bridgend*
*South Wales*
*CF31 3XA*

CONFIDENTIAL: PROTECTIVE ORDER                                                                                         BMT-FL-02957807


ZIMMER BIOMET
Your progress. Our promise.

# Certificate of Acknowledgement

**ATTENTION:** _____(Local Zimmer Biomet Distributor)
**Email:** _____(Local Zimmer Biomet Distributor)
**Fax:** _____(Local Zimmer Biomet Distributor)

**Regulatory Action:** URGENT FIELD SAFETY NOTICE
**Description:** M2a 38mm Acetabular System

By signing the below, I confirm that I have received and understand and have implemented this URGENT FIELD SAFETY NOTICE.

Printed Name: _____ Title: _____

Facility Name: _____

Facility Address: _____
_____
_____

Telephone: _____

Signature: _____ Date: _____

Page 4 of 5



ATTACHMENT 1

**Device details:** M2a 38mm Cementless Cups and M2a 38mm Modular Heads

| Item Number | Item Description |
|---|---|
| 11-173660 | M2A 38MM MOD HD -6MM NK |
| 11-173666 | M2A 38MM MOD HD +12MM NK |
| 11-173661 | M2A 38MM MOD HD -3MM NK |
| 11-173662 | M2A 38MM MOD HD STD NK |
| 11-173663 | M2A 38MM MOD HD +3MM NK |
| 11-173664 | M2A 38MM MOD HD+6MM NK |
| 11-173665 | M2A 38MM MOD HD+9MM NK |
| 14-380351 | M2A MODLR HEAD DIA38MM /-3.5 12/14 |
| 14-380352 | M2A MODLR HEAD DIA38MM / STD 12/14 |
| 14-380353 | M2A MODLR HEAD DIA38MM / +3.5 12/14 |
| 14-380354 | M2A MODLR HEAD DIA38MM / +7.5 12/14 |
| 14-380355 | M2A MODLR HEAD DIA38MM / +10.0 12/14 |
| 15-105048 | M2A 38MM ONE PIECE CUP SZ 48MM |
| 15-105050 | M2A 38MM ONE PIECE CUP SZ 50MM |
| 15-105052 | M2A 38MM ONE PIECE CUP SZ 52MM |
| 15-105054 | M2A 38MM ONE PIECE CUP SZ 54MM |
| 15-105056 | M2A 38MM ONE PIECE CUP SZ 56MM |
| 15-105058 | M2A 38MM ONE PIECE CUP SZ 58MM |
| 15-105060 | M2A 38MM ONE PIECE CUP SZ 60MM |
| 15-105062 | M2A 38MM ONE PIECE CUP SZ 62MM |
| 15-105064 | M2A 38MM ONE PIECE CUP SZ 64MM |
| 15-105066 | M2A 38MM ONE PIECE CUP SZ 66MM |
| 15-105068 | M2A 38MM ONE PIECE CUP SZ 68MM |
| 15-105070 | M2A 38MM ONE PIECE CUP SZ 70MM |
| 15-106048 | M2A-38 48MM CUP NON FLARED |
| 15-106050 | M2A-38 50MM CUP NON FLARED |
| 15-106052 | M2A-38 52MM CUP NON FLARED |
| 15-106054 | M2A-38 54MM CUP NON FLARED |
| 15-106056 | M2A-38 56MM CUP NON FLARED |
| 15-106058 | M2A-38 58MM CUP NON FLARED |
| 15-106060 | M2A-38 60MM CUP NON FLARED |
| 15-106062 | M2A-38 62MM CUP NON FLARED |
| 15-106064 | M2A 38 64MM CUP NON FLARED |
| 15-106066 | M2A 38 66MM CUP NON FLARED |
| 15-106068 | M2A 38 68MM CUP NON FLARED |
| 15-106070 | M2A 38 70MM CUP NON FLARED |
| RD118848 | M2A-38 CUP 48MM |
| RD118850 | M2A-38 CUP 50MM |
| RD118852 | M2A-38 CUP 52MM |
| RD118854 | M2A-38 CUP 54MM |
| RD118856 | M2A-38 CUP 56MM |
| RD118858 | M2A-38 CUP 58MM |
| RD118860 | M2A-38 CUP 60MM |
| RD118862 | M2A-38 CUP 62MM |
| RD118864 | M2A 38X64MM CUP |
| RD118866 | M2A 38X66MM CUP |
| RD118868 | M2A 38X68MM CUP |
| RD118870 | M2A 38MM X70 MM CUP |
| CP161005 | 56MM M2A 38 TRISPIKE POR HAP |
| CP161006 | 58MM M2A 38 TRISPIKE POR HAP |
| CP161007 | 60MM M2A 38 TRISPIKE POR HAP |
| CP161008 | 62MM M2A 38 TRISPIKE POR HAP |
| CP161009 | 64MM M2A 38 TRISPIKE POR HAP |
| CP161073 | M2A 38 TRISPIKE CUP POR HA 48MM |
| CP161074 | M2A 38 TRISPIKE CUP POR HA 50MM |
| CP161075 | M2A 38 TRISPIKE CUP POR HA 52MM |
| CP161076 | M2A 38 TRISPIKE CUP POR HA 54MM |
| CP161095 | M-66MM M2A 38 TRISPIKE POR HA |
| CP161096 | M-68MM M2A 38 TRISPIKE POR HA |
| 15-106048HA | M2A-38 CUP NON FLARED HA/PC SZ 48MM |
| 15-106050HA | M2A-38 CUP NON FLARED HA/PC SZ 50MM |
| 15-106052HA | M2A-38 CUP NON FLARED HA/PC SZ 52MM |
| 15-106054HA | M2A-38 CUP NON FLARED HA/PC SZ 54MM |
| 15-106056HA | M2A-38 CUP NON FLARED HA/PC SZ 56MM |
| 15-106058HA | M2A-38 CUP NON FLARED HA/PC SZ 58MM |
| 15-106060HA | M2A-38 CUP NON FLARED HA/PC SZ 60MM |

CONFIDENTIAL: PROTECTIVE ORDER                                                                                                        BMT-FL-02957809