# EXHIBIT U

# JAMES (Jim) G. LANCASTER

**Permanent Address**  
907 Sunday Lane  
Winona Lake, Indiana 46590  
Work: +1 (574) 372-3974  
Cell: +1 (574) 453-1475  
E-mail: jim.lancaster@biomet.com

**Current Address**  
s'-Gravenweg 160  
2902 LG  
Capelle a/d IJssel, the Netherlands  
Home: +31 10 822 5905  
Mobile: +31 612 241153

## EMPLOYMENT

**Biomet Europe BV**  
Dordrecht, the Netherlands  
*Vice President & General Manager, Global Hip Business*          August 2011 – Present

*Vice President R&D and Marketing – EMEA*          August 2010 – August 2011

**Biomet Orthopedics, LLC.**  
Warsaw, Indiana, USA  
*Vice President Product Develop & Marketing – Knees*          August 2007 – August 2010

**DePuy Orthopaedics, Inc.**  
Warsaw, Indiana, USA  
*Group Product Director, Hip Marketing*          January 2006 – August 2007
- Responsible for all elements of product management / marketing for the area of revisions.

*Global Program Director, iOrthopaedics*          January 2004 – December 2005
- Lead global Product Development function in the area of CAS (computer assisted surgery).

*Director R&D (Cement, OR Prod, Ext, and Limb Salvage)*          June 2002 – Dec 2003
- Develops and implements R&D strategies to support the franchise's technical objectives

*Manager Hip R&D*          May 2000 – May 2002
- Coordinated and prioritized project activities by assigning and resolving resource and schedule issues within the HIP R&D department to efficiently drive the development of new products.

*Team Leader Hip R&D*          December 1998 – April 2000
- Coordinated project by assigning and resolving resource and schedule issues within the Hip R&D department, and insured the department had appropriate regulatory, marketing, clinical, testing, manufacturing, and prototyping support.

*Senior Project Engineer, Hip R&D*          July 1996 – November 1998
- Interacted with consultants, surgeons and researchers to evaluate progress and results of the marketing, project management and product development goals, recommending changes in procedures and corporate objectives
- Led multidisciplinary project teams from identification of market need to product launch for knee and hip orthopaedic implant products
- Initiated and coordinated research supporting the development of innovative orthopaedic implants and materials.



DEPOSITION EXHIBIT 1  
VF 9-275

**DePuy International, LtD.**
Leeds, United Kingdom

*Bioengineer, R&D*                                    *September 1993 – July 1996*
- Product focus areas included: Hips, Trauma, and Spine
- Interacted with consultants, surgeons and researchers to evaluate progress and results of the marketing, project management and product development goals, recommending changes in procedures and corporate objectives.
- Led multidisciplinary project teams from identification of market need to product launch for knee and hip orthopaedic implant products.

**DePuy Orthopaedics, Inc.**
Warsaw, Indiana, USA

*Project Engineer, Hip R&D*                           *January 1992 – September 1993*
- Interacted with consultants, surgeons and researchers to evaluate progress and results of the marketing, project management and product development goals, recommending changes in procedures and corporate objectives.

## EDUCATION
**University of Leeds**, Leeds England, United Kingdom         *Master of Science - 1995*
Major: Mechanical Engineering, concentration in Tribology
**Valparaiso University**, Valparaiso, IN, USA                 *Bachelor of Science – 1991*
Major: Mechanical Engineering; Captain, Varsity Football Team 1989-90, President, Honor Council 1990, Chief Steward, Theta Chi Fraternity 1989-90

## HONORS
Recipient – 2005 Johnson Medal for Research and Development, Pinnacle Acetabular Cup System, Johnson & Johnson, Inc., New Brunswick, New Jersey, USA
2001 Presidents Award Recipient – DePuy Orthopaedics, Inc., Pinnacle Acetabular Cup System.

## PATENTS, PUBLICATIONS, and PRESENTATIONS
US Patent No. 6,610,097 Prosthetic Cup Assembly Which Includes Components Possessing Self-Locking Taper and Associated Method.
US Patent No. 7,326,253 Prosthetic Cup Assembly Having Increased Assembly Congruency
Lancaster, J.G., Dowson, D., Fisher., "*The Influence of Femoral Material, Manufacturing Technique and Surface Topography on the Wear of UHMWPE in Total Joint Replacement*", 5th World Biomaterials Congress, Toronto, Canada.
Lancaster, J.G., Dowson, D., Isaac, G.H., Fisher, J., "*The Wear of Ultra High Molecular Weight Polyethylene Sliding on Metallic and ceramic counterfaces representative of current femoral surfaces in joint replacement*", Proc Inst Mech Engrs Vol 211 Part H.
Minakawa, H., Stone, M.H., Wroblewski, B.M., Lancaster, J.G., Inghamm, E., Fisher, J., "*Quanitication of third-body damage and its effect on UHMWPE wear with different types of femoral head*", The Journal of Bone and Joint Surgery, Vol. 80-B, No. 5, September 1998.
McKellpop, H., Shen, F., DiMaio, W., Lancaster, J.G., "*Wear of Gamma-Crosslinked Polyethylene Acetqabular Cups Against Roughened Femoral Balls*", Clinical Orthopaedics and Related Research, No. 369, December 1999.
Goldsmith, A.A.J., Dowson, D., Isaac, D.G., Fisher, J., Lancaster, J.G., " *A comparative joint simulator study of the wear of metal-on-metal and alternative material combinations in hip replacements*", Pric Instn Mechn Engnrs Vol 214 PartH.

## Service Activities
Vice President, Winona Lake Town Council, Winona Lake, IN, USA
Vice President, Board of Symphony of the Lakes, Winona Lake, IN, USA
Vice President, Board of Directors, Kosciusko County YMCA, Warsaw, IN, USA
Chair, Long Range Planning Committee, First United Methodist Church, Warsaw, IN, USA
Board of Directors, Warsaw Morning Optimist Club, Warsaw, IN, USA
Treasurer, KCV Cycling Club, Warsaw, IN, USA
Family Travel, Cycling, Running, Reading