# EXHIBIT AA

### Page 1

```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF INDIANA
                SOUTH BEND DIVISION

IN RE:  BIOMET M2a-MAGNUM HIP  )
IMPLANT PRODUCTS LIABILITY     ) No. 3:12-md-2391-
LITIGATION (MDL 2391)          )    RLM-MGG
_____)
THIS DOCUMENT RELATES TO ALL   )
CASES                          )
_____)
```

    The videotaped deposition of DAVID SCHROEDER, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before JULIANA F. ZAJICEK, CSR No. 84-2604, at Suite 300, 100 East Wayne Street, South Bend, Indiana, on June 29, 2017, at 9:20 a.m.

### Page 2

1  PRESENT:
2  ON BEHALF OF THE PLAINTIFFS:
3     JONES WARD PLC
4     The Pointe
5     1205 East Washington Street, Suite 111
6     Louisville, Kentucky 40206
7     502-882-6000
8     BY:  ALEX C. DAVIS, ESQ.
9          alex@jonesward.com
10
11 ON BEHALF OF THE DEFENDANTS:
12    LADUE CURRAN & KUEHN LLC
13    100 East Wayne Street
14    Suite 300
15    South Bend, Indiana 46601
16    574-968-0760
17    BY:  JOHN A. CONWAY, ESQ.
18         jconway@lck-law.com
19
20 THE VIDEOGRAPHER:
21    MR. STEPHAN HOOG,
22    Golkow Technologies.
23
24 REPORTED BY:  JULIANA F. ZAJICEK, CSR NO. 84-2604.

### Page 3

```
            I N D E X

WITNESS:                              PAGE:
DAVID SCHROEDER
   EXAM BY MR. DAVIS................... 6

              *****

            E X H I B I T S
SCHROEDER EXHIBIT              MARKED FOR ID
No. 1   Plaintiffs' Notice of Videotaped
        Deposition and Subpoena Duces
        Tecum to David Schroeder............ 13
No. 2   Expert Report of David Schroeder.... 24
No. 3   Letter from Biomet to FDA,
        8/25/04, re: K042037 M2a-Magnum
        System 510(k) Premarket
        Notification, w/attachment;
        BMT-MM00004407 - 417................  76
No. 4   Document titled: "#1678 - Free
        Papers, Variations In The
        Subjective Health, Anxiety and
        Functional Scores in a
        Prospective Worldwide
        Multi-Centre Study of a Recalled
        Metal-on-Metal Hip Implant
        System"............................. 107

No. 5   E-mail chain w/attachment;
        BMT-MM05825199 - 200 and
        BMT-MM05824289 - 301................ 163
```

### Page 4

```
          E X H I B I T S (Continued)
SCHROEDER EXHIBIT              MARKED FOR ID

No. 6   Document titled "Clinical
        Evaluation Report on Biomet
        Metal on Metal THA;
        BMT-MM10246910 - 939................ 169

No. 7   Letter from Ice Miller to Jones
        Ward, 3/28/16 w/enclosure;
        Maetrics00001 - 030................. 190

No. 8   Letter from Zimmer to FDA,
        12/21/16, Subject: Response to
        FDA 483 Observations Issued to
        Zimmer Biomet, Warsaw North
        Campus, November 22, 2016........... 200

No. 9   Document titled: "Cementless
        Total Hip Arthroplasty With
        Metasul Bearings Provides Good
        Results in Active Young
        Patients: A Concise Followup"....... 209

No. 10  Document titled: "Hard-on-Hard
        Bearings Are Associated With
        Increased Noise Generation in
        Young Patients Undergoing Hip
        Arthroplasty"....................... 221
```

Page 93

1  why there are varying -- it's a relationship of
2  contact stress and form errors in the devices.
3      Q.  But some of the cup and head sizes of
4  these devices overlap.  For example, the Magnum can be
5  made as small as 38 for the femoral head size and the
6  M2a-Taper, you know, is smaller, but ranges from --
7  well, the cup size from the M2a-Taper ranges as large
8  as 70 millimeters.  So if there is some overlap
9  between cup and head sizes, why would the diametrical
10 clearance still be so much greater for the -- the
11 Magnum versus, say, the 38?
12     A.  So you are misunderstanding the chart
13 then.
14         So a M2a-Taper has a cup size that's 78,
15 or 70 millimeters, but it still has a 28-millimeter
16 bearing surface inside of there.
17     Q.  Right.  And I know that the M2a-38 has a
18 standard size for the -- the femoral head and then the
19 cup has that -- that same inside diameter and then
20 it's the outside diameter that changes, right --
21     A.  Say that --
22     Q.  -- the mere thickness?
23     A.  Yes, correct.
24     Q.  Okay.  So in your -- in your view, do

Page 94

1  the -- do the diametrical clearances change at all for
2  the different sizes of the heads and cups for, for
3  example, the M2a-Magnum?
4      A.  Within the M2a-Magnum, those sizes, the --
5  it didn't step up.  It stayed the same between those.
6  So for the entire M2a-Magnum range, if I remember
7  correctly, it's 150 to 300-micron.
8      Q.  Okay.  Whether -- whether you are dealing
9  with a 38-millimeter head or a 60-millimeter head?
10     A.  Correct.
11     Q.  Okay.  It's not that a 38-millimeter head
12 in a Magnum would be closer to the 150-micron range?
13     A.  It would not be.
14     Q.  They would all be within that same range.
15         Do you believe that the larger diametrical
16 clearance on the M2a-Magnum produced lower wear rates
17 than the -- the smaller diametrical clearance on the
18 M2a-38?
19     A.  I don't think that it created lower.  I
20 think it's because -- I mean, when you go to the
21 larger head diameters, even at the higher clearances,
22 your effective radius and your contact stresses are
23 lower than what you still have in the M2a-38.
24     Q.  Can you say that again for me?

Page 95

1      A.  So, one of the things when you talk about
2  the varying clearances is that one way to try and
3  discuss what the effect of that clearance is, is to do
4  what's called an effective radius.  And what that does
5  is it looks at effectively if you were to take a -- a
6  flat surface and you put a ball on top of that flat
7  surface, what -- what radius would it be so that you
8  effectively would have the same contact stress that
9  you have in a ball and socket joint.
10         Does that make sense so far?
11     Q.  I'm with you.
12     A.  Okay.
13         So if you take a larger diameter, even
14 though it has a higher clearance, it may have a --
15 it's not necessarily the clearance.  It's the fact
16 that we can get a higher effective radius which in
17 turn reduces the contact stress.  So you are
18 apparently -- it's -- it's a -- you are making sure
19 that you have enough clearance so that you don't get
20 equatorial loading because of form errors -- we can
21 talk about that if you want to -- and getting the
22 contact stresses as low as possible.
23     Q.  So in your opinion, the larger clearances
24 for the M2a-Magnum do not necessarily translate into

Page 96

1  larger or lesser amounts of wear compared to the 38?
2      MR. CONWAY:  Objection; vague.
3  BY THE WITNESS:
4      A.  It -- it's not as simple as the clearances
5  would give you that.  I mean, you are changing
6  multiple things at the same time.  You are changing
7  diameters also.  There is issues of sphericity.  I
8  just -- it's not that simple.
9  BY MR. DAVIS:
10     Q.  Okay.  But so -- so -- but you -- you are
11 agreeing with me that -- that we can't just look at
12 clearance, using the -- just clearance alone does not
13 make the Magnum a --
14     A.  Just clearances?
15     Q.  -- device subject to -- to lesser wear?
16     A.  Just clearance alone, no.
17     Q.  Okay.  Would there have been a way to
18 create the M2a-Magnum and ReCap with a diametrical
19 clearance identical to the M2a-38, could that have
20 been done?
21     A.  Could it have been done?  I suppose we
22 could have manufactured it.
23     Q.  Why would that not have been a good idea?
24     A.  When you go to the larger components, and

Page 97

1   the Magnum shell is also a slightly thinner shell, you
2   want to make sure that if there is any deformation
3   that you are not going to get equatorial loading.  So
4   you want to have more -- a little bit larger clearance
5   so that if there is any deformation in putting these
6   components in, that you are not going to get
7   equatorial loading.
8        Q.   And that's one of the reasons that you
9   believe the ASR was so failure prone, because it had a
10  very thin shell, correct?
11       MR. CONWAY:  Objection; I don't think there is
12  any foundation for that question.  I don't think he
13  has ever said that.
14       But he can answer.
15  BY THE WITNESS:
16       A.   The ASR, I think, has multiple issues.
17  Whether or not clamping was one of them, I'm not real
18  sure if I know that clamping was one of them.  It
19  might be, though.  It was a thin cup.
20  BY MR. DAVIS:
21       Q.   Okay.  Well, let's -- let's talk a little
22  bit about the ASR on Page 16.
23       You state in Page 38 that --
24       A.   Paragraph 38 you mean?

Page 98

1        Q.   I'm sorry.  Paragraph 38, Page 16, that
2   Biomet's metal-on-metal hips were different from the
3   hips of other manufacturers, including the hips
4   designed by DePuy and Zimmer that were the subject of
5   product recalls.
6        I don't see any supporting references
7   there.  Is it safe to assume that you're referring to
8   the DePuy ASR and the Zimmer Durom?
9        A.   Yes.
10       Q.   Okay.  You say here that Biomet devices
11  are designed differently, configured differently, and
12  they perform differently, right?
13       A.   Yes.
14       Q.   Do you believe that the Biomet devices
15  are -- overall they've been better performers than
16  other metal-on-metal hips designed by other companies
17  on average?
18       A.   On average, yes.
19       Q.   Would that include revision rates?
20       A.   Well, it depends on which revision rates
21  you -- you go to.  So I believe they still perform
22  equivalent or better.
23       Q.   In general?
24       A.   In general.  I do know that for the DePuy

Page 99

1   ASR we perform much better.  I don't recall the
2   revision rates of the Durom, but that varies depending
3   on which timeframe you are talking about, before or
4   after the recall.
5        Q.   The 2008 recall?
6        A.   I believe that's when it was.
7        Q.   Yeah.
8        Do you believe that the Biomet
9   metal-on-metal devices perform better than the Wright
10  Conserve?
11       A.   I have not -- I have not dug into the
12  Wright Conserve performance, so I don't know the
13  answer to that one.
14       Q.   Have you ever looked at the performance of
15  the ReCap verse (sic) the Smith & Nephew Birmingham
16  device?
17       A.   I've seen data on that one, so.
18       Q.   Do you have an opinion or a recollection
19  of how the ReCap performed relative to the Birmingham?
20       A.   My recollection is they performed very
21  similar to each other.  There may have been slight
22  differences, but similar.
23       Q.   Are you aware that the Birmingham hip has
24  been recalled?

Page 100

1        A.   I am aware that one or two sizes of the
2   Birmingham hip have been recalled.
3        Q.   And -- and -- and that it is no longer
4   indicated for use in female patients of -- of any
5   size?
6        A.   I didn't know that one.
7        Q.   Okay.  Are you aware that it was also
8   recalled for all men over the age of 65?
9        A.   Nope.
10       Q.   Okay.  Do you believe that the -- the --
11  the ReCap, if it's a -- a device that performs similar
12  to the Birmingham, should have been subject to a
13  recall?
14       MR. CONWAY:  Objection; lack of foundation.
15  BY THE WITNESS:
16       A.   I don't have any data to say if it would
17  have been or should have been or should not have been.
18  There was no data.  The -- that recall notice or -- is
19  based off of clinical performance.
20       MR. DAVIS:  Let's -- you know, this might be a
21  good stopping point for me.  Maybe we can get that
22  binder and --
23       MR. CONWAY:  Yeah.
24       MR. DAVIS:  -- take a five-minute break.