# EXHIBIT BB

11/8/2018            425

## Requested Stockholder Approval of Excess Payments

For each of the Disqualified Individuals below, we are submitting for Stockholder Approval the Excess Payments in amounts up to and including the estimated value set forth in the last column of the following table:

| Disqualified Individual | Base Amount | Limit (2.99 times the Base Amount) | Estimated Aggregate Section 280G Value of All Parachute Payments ("Aggregate Payments") | Estimated Value of Excess Payments for Stockholder Approval (Amount by which the Aggregate Payments exceed the Limit) |
|---|---|---|---|---|
| Jeffrey R. Binder | $1,773,880 | $ 5,303,902 | $ 48,549,791 | $ 43,245,889 |
| Daniel P. Florin | $ 813,090 | $ 2,431,141 | $ 12,263,432 | $ 9,832,292 |
| Adam R. Johnson | $ 562,494 | $ 1,681,857 | $ 9,259,070 | $ 7,577,213 |
| Bareld J. Doedens | $ 461,662 | $ 1,380,371 | $ 5,584,834 | $ 4,204,463 |
| Bradley J. Tandy | $ 635,900 | $ 1,901,341 | $ 6,072,180 | $ 4,170,839 |
| Robin T. Barney | $ 621,655 | $ 1,858,749 | $ 8,417,300 | $ 6,558,550 |
| Daniel E. Williamson | $ 427,069 | $ 1,276,936 | $ 6,796,907 | $ 5,519,970 |
| Wilber C. Boren, IV | $ 469,265 | $ 1,403,102 | $ 6,521,341 | $ 5,118,239 |
| Hadi Saleh | $ 112,734 | $ 337,075 | $ 5,498,141 | $ 5,161,066 |
| Stuart Kleopfer | $ 558,065 | $ 1,668,614 | $ 8,614,739 | $ 6,946,125 |
| John M. McDaniel | $ 319,887 | $ 956,463 | $ 3,123,984 | $ 2,167,521 |
| Pat Richardson | $ 418,516 | $ 1,251,363 | $ 4,680,409 | $ 3,429,047 |
| Jon Serbousek | $ 774,380 | $ 2,315,395 | $ 7,860,116 | $ 5,544,721 |
| Margaret J. Taylor | $ 472,705 | $ 1,413,388 | $ 5,460,054 | $ 4,046,666 |
| Marcia A. Friesen | $ 467,709 | $ 1,398,450 | $ 3,323,258 | $ 1,924,808 |
| Daniel P. Hann | $ 558,014 | $ 1,668,461 | $ 6,287,541 | $ 4,619,080 |
| Stephen Deitsch | $ 635,153 | $ 1,899,107 | $ 2,024,791 | $ 125,684 |
| Lance Perry | $ 463,512 | $ 1,385,901 | $ 3,917,110 | $ 2,531,210 |
| James Cloar | $ 488,809 | $ 1,461,539 | $ 2,694,398 | $ 1,232,860 |
| Kevin Stone | $ 390,076 | $ 1,166,328 | $ 3,341,864 | $ 2,175,536 |
| William Kolter | $ 418,387 | $ 1,250,976 | $ 3,045,895 | $ 1,794,919 |
| James Lancaster | $ 363,152 | $ 1,085,824 | $ 3,458,518 | $ 2,372,694 |
| Robert D. Delp | $ 333,447 | $ 997,008 | $ 3,106,603 | $ 2,109,595 |
| Robert E. Vitoux, Jr. | $ 378,121 | $ 1,130,583 | $ 1,376,037 | $ 245,454 |
| Joel C. Higgins | $ 337,168 | $ 1,008,132 | $ 2,647,148 | $ 1,639,017 |
| Ashok Srinivasan | $ 364,274 | $ 1,089,180 | $ 1,264,748 | $ 175,568 |
| Michael T. Hodges | $ 325,086 | $ 972,007 | $ 1,282,075 | $ 310,068 |
| Edward Sabin | $ 380,966 | $ 1,139,089 | $ 1,396,462 | $ 257,373 |
| Aurelien J. Bruneau | $ 323,105 | $ 966,083 | $ 2,418,464 | $ 1,452,381 |
| Robert J. Hall | $ 336,020 | $ 1,004,700 | $ 1,494,976 | $ 490,276 |
| Todd O. Davis | $ 345,221 | $ 1,032,209 | $ 3,513,584 | $ 2,481,375 |
| John R. Enneking | $ 339,888 | $ 1,016,266 | $ 1,705,760 | $ 689,493 |
| John Susaraba | $ 309,029 | $ 923,998 | $ 2,0__ | __35 |
| Javier Castaneda | $ 156,484 | $ 467,888 | $ 1,3__ | __62 |
| Stephen Herrington | $ 301,649 | $ 901,929 | $ 1,4__ | __58 |
| Todd Dawson | $ 334,324 | $ 999,628 | $ 1,2__ | __94 |
| James Diller | $ 251,695 | $ 752,568 | $ 8__ | __29 |
| Julie Brubaker | $ 170,623 | $ 510,163 | $ 669,048 | 158,885 |
| Jonathan Grandon | $ 345,509 | $ 1,033,073 | $ 3,359,159 | $ 2,326,085 |
| Dean Trippiedi | $ 364,380 | $ 1,089,497 | $ 1,647,945 | $ 558,447 |
| Duncan Fatkin | $ 334,972 | $ 1,001,566 | $ 1,663,511 | $ 661,945 |
| James Haney | $ 494,409 | $ 1,478,282 | $ 2,697,948 | $ 1,219,665 |
| Paul J. D'Antonio | $ 246,419 | $ 736,792 | $ 952,283 | $ 215,491 |

EXHIBIT
Lancaster
34
11-19-18

19

11/8/2018 425

If the Disqualified Individual has waived his or her right to receive the Excess Payments described above, and if the required Stockholder Approval is obtained with respect to such Excess Payments, each of the above Disqualified Individuals will retain his or her right to receive his or her Excess Payments. In the event Stockholder Approval of such Excess Payments is not obtained by a vote as required under the Statute and Regulations, to the extent a Disqualified Individual has waived the receipt of his or her Excess Payments, such Excess Payments will be forfeited by such Disqualified Individual.

20

11/8/2018                                 425

Appendix A

### Estimated Section 280G Value – LVB Stock Options and LVB Stock-Based Awards

The calculations set forth herein are solely for purposes of the consent solicitation and Stockholder Approval. The actual amounts to be received by the Disqualified Individuals in respect of Options and Stock-Based Awards may be materially different based on the actual consideration to be received which will be calculated as of the closing date of the merger in accordance with the Merger Agreement. We are asking for Stockholder Approval for amounts up to and including the Estimated 280G Value for these awards.

| Disqualified Individual | Grant Date | Type | Value of Award | Exercise Price | Estimated Section 280G Value |
|---|---|---|---|---|---|
| Jeffrey R. Binder | 7/31/12 | Options | $ 1,495,200 | $ 7.88 | $ 1,133,218 |
|  | 7/31/12 | Restricted Stock Units | $42,000,000 | n/a | $42,000,000 |
| Daniel P. Florin | 7/31/12 | Options | $ 297,260 | $ 7.88 | $ 239,946 |
|  | 7/31/12 | Restricted Stock Units | $ 8,475,000 | n/a | 8,475,000 |
| Adam R. Johnson | 7/31/12 | Options | $ 62,300 | $ 7.88 | $ 47,217 |
|  | 7/31/12 | Restricted Stock Units | $ 5,400,000 | n/a | $ 5,400,000 |
|  | 08/08/12 | Options | $ 534,000 | $ 7.88 | $ 200,669 |
|  | 08/08/12 | Restricted Stock Units | $ 1,575,000 | n/a | $ 1,575,000 |
| Bareld J. Doedens | 03/22/13 | Options | $ 2,545,400 | $ 7.88 | $ 1,207,979 |
|  | 03/22/13 | Restricted Stock Units | $ 2,250,000 | n/a | $ 2,250,000 |
| Bradley J. Tandy | 07/31/12 | Options | $ 178,000 | $ 7.88 | $ 134,907 |
|  | 07/31/12 | Restricted Stock Units | $ 5,100,000 | n/a | $ 5,100,000 |
| Robin T. Barney | 07/31/12 | Options | $ 236,740 | $ 7.88 | $ 179,426 |
|  | 07/31/12 | Restricted Stock Units | $ 5,850,000 | n/a | $ 5,850,000 |
| Daniel E. Williamson | 07/31/12 | Options | $ 106,800 | $ 7.88 | $ 80,944 |
|  | 07/31/12 | Restricted Stock Units | $ 3,075,000 | n/a | $ 3,075,000 |
|  | 04/01/14 | Options | $ 837,500 | $ 8.30 | $ 379,469 |
|  | 04/01/14 | Restricted Stock Units | $ 1,050,000 | n/a | $ 1,050,000 |
| Wilber C. Boren, IV | 07/31/12 | Options | $ 71,200 | $ 7.88 | $ 53,963 |
|  | 07/31/12 | Restricted Stock Units | $ 4,500,000 | n/a | $ 4,500,000 |
|  | 11/07/12 | Options | $ 213,600 | $ 7.88 | $ 85,306 |
|  | 11/07/12 | Restricted Stock Units | $ 450,000 | n/a | $ 450,000 |
| Hadi Saleh | 07/31/12 | Options | $ 102,497 | $ 7.88 | $ 52,428 |
|  | 07/31/12 | Restricted Stock Units | $ 2,100,000 | n/a | $ 2,100,000 |
|  | 11/07/12 | Options | $ 427,200 | $ 7.88 | $ 170,611 |
|  | 11/07/12 | Restricted Stock Units | $ 1,650,000 | n/a | $ 1,650,000 |
| Stuart Kleopfer | 07/31/12 | Options | $ 106,800 | $ 7.88 | $ 80,944 |
|  | 11/07/12 | Options | $ 427,200 | $ 7.88 | $ 170,611 |
|  | 11/07/12 | Restricted Stock Units | $ 5,850,000 | n/a | $ 5,850,000 |
| John M. McDaniel | 07/31/12 | Options | $ 82,859 | $ 7.88 | $ 56,243 |
|  | 07/31/12 | Restricted Stock Units | $ 1,950,000 | n/a | $ 1,950,000 |
|  | 01/17/13 | Restricted Stock Units | $ 750,000 | n/a | $ 750,000 |
| Pat Richardson | 07/31/12 | Options | $ 117,480 | $ 7.88 | $ 89,039 |
|  | 07/31/12 | Restricted Stock Units | $ 2,100,000 | n/a | $ 2,100,000 |
|  | 03/27/13 | Restricted Stock Units | $ 1,050,000 | n/a | $ 1,050,000 |

21

11/8/2018                                                                                         425

| Disqualified Individual | Grant Date | Type | Value of Award | Exercise Price | Estimated Section 280G Value |
|---|---|---|---|---|---|
| Jon Serbousek | 07/31/12 | Options | $ 726,240 | $ 7.88 | $ 501,925 |
|  | 07/31/12 | Restricted Stock Units | $5,400,000 | n/a | $5,400,000 |
| Margaret J. Taylor | 07/31/12 | Options | $ 117,480 | $ 7.88 | $ 89,039 |
|  | 07/31/12 | Restricted Stock Units | $3,825,000 | n/a | $3,825,000 |
| Marcia A. Friesen | 08/02/12 | Options | $ 961,200 | $ 7.88 | $ 361,204 |
|  | 08/02/12 | Restricted Stock Units | $2,250,000 | n/a | $2,250,000 |
| Daniel P. Hann | 07/31/12 | Options | $ 106,800 | $ 7.88 | $ 106,800 |
|  | 07/31/12 | Restricted Stock Units | $4,350,000 | n/a | $4,350,000 |
| Stephen Deitsch | 04/17/14 | Options | $ 971,250 | $ 9.45 | $ 440,071 |
|  | 04/17/14 | Restricted Stock Units | $1,125,000 | n/a | $1,125,000 |
| Lance Perry | 01/01/12 | Restricted Stock Units | $3,150,000 | n/a | $3,150,000 |
|  | 07/31/12 | Options | $ 170,168 | $ 7.88 | $ 124,706 |
| James Cloar | 03/27/13 | Options | $1,104,668 | $ 7.88 | $ 384,357 |
|  | 03/27/13 | Restricted Stock Units | $1,875,000 | n/a | $1,875,000 |
| Kevin Stone | 01/01/12 | Restricted Stock Units | $1,650,000 | n/a | $1,650,000 |
|  | 07/31/12 | Options | $ 201,727 | $ 7.88 | $ 100,865 |
|  | 11/07/12 | Restricted Stock Units | $1,050,000 | n/a | $1,050,000 |
| William Kolter | 07/31/12 | Options | $ 95,675 | $ 7.88 | $ 61,022 |
|  | 01/01/12 | Restricted Stock Units | $1,650,000 | n/a | $1,650,000 |
|  | 03/27/13 | Restricted Stock Units | $ 750,000 | n/a | $ 750,000 |
| James Lancaster | 07/31/12 | Options | $ 114,632 | $ 7.88 | $ 78,395 |
|  | 07/31/12 | Restricted Stock Units | $2,925,000 | n/a | $2,925,000 |
| Robert D. Delp | 01/01/12 | Restricted Stock Units | $1,425,000 | n/a | $1,425,000 |
|  | 07/31/12 | Options | $ 48,060 | $ 7.88 | $ 32,886 |
|  | 11/07/12 | Restricted Stock Units | $1,200,000 | n/a | $1,200,000 |
| Robert E. Vitoux, Jr. | 01/01/12 | Restricted Stock Units | $ 900,000 | n/a | $ 900,000 |
|  | 07/31/12 | Options | $ 62,078 | $ 7.88 | $ 42,478 |
| Joel C. Higgins | 01/01/12 | Restricted Stock Units | $2,100,000 | n/a | $2,100,000 |
|  | 07/31/12 | Options | $ 89,000 | $ 7.88 | $ 55,641 |
| Ashok Srinivasan | 01/01/12 | Restricted Stock Units | $ 750,000 | n/a | $ 750,000 |
|  | 07/31/12 | Options | $ 28,035 | $ 7.88 | $ 19,184 |
|  | 10/03/13 | Options | $ 27,400 | $ 8.15 | $ 27,400 |
| Michael T. Hodges | 01/01/12 | Restricted Stock Units | $ 825,000 | n/a | $ 825,000 |
|  | 07/31/12 | Options | $ 106,800 | $ 7.88 | $ 73,813 |
| Edward Sabin | 01/01/12 | Restricted Stock Units | $ 750,000 | n/a | $ 750,000 |
|  | 07/31/12 | Options | $ 67,284 | $ 7.88 | $ 49,132 |
|  | 03/27/13 | Options | $ 115,700 | $ 7.88 | $ 54,908 |
| Aurelien J. Bruneau | 01/01/12 | Restricted Stock Units | $1,050,000 | n/a | $1,050,000 |
|  | 07/31/12 | Options | $ 82,022 | $ 7.88 | $ 54,489 |
|  | 11/07/12 | Options | $ 213,600 | $ 7.88 | $ 85,306 |
|  | 11/07/12 | Restricted Stock Units | $ 825,000 | n/a | $ 825,000 |

22