

## 510(k) Summary of Safety and Effectiveness

**Applicant/Sponsor:** Biomet Manufacturing Corp.

**Contact Person:** Kacy Arnold
Regulatory Specialist

**Proprietary Name:** $M^2a$™ Magnum™ System

**Common Name:** Metallic Acetabular Articulation

**Classification Name:** Hip joint metal/metal semi-constrained, with uncemented acetabular component prosthesis (888.3330)

**Legally Marketed Devices To Which Substantial Equivalence Is Claimed:**
The $M^2a$™ Magnum™ System is substantially equivalent to:
- K011110 M2a™ Acetabular System 38mm *(Biomet)*
- K984028 Bio-Moore Endo Heads *(Biomet)*
- K002106 New Bio-Moore Endo Head, Taper Adapter *(Biomet)*
- K031963 Conserve® Plus Spiked Shell and Conserve® Total 56mm Femoral Head *(Wright Medical)*
- K021249 Metal Transcend® Articulation System (Wright Medical)

**Device Description:**
The $M^2a$™ Magnum™ System consists of a CoCrMo monolithic acetabular cup, which articulates with a CoCrMo modular head. The smaller femoral heads, sizes 38mm and 40mm, are a one-piece design with neck length variations ranging from –6mm to +12mm. The larger femoral heads, sizes 42mm to 60mm, are a modular design with neck length variations ranging from -6mm to +9mm, achieved through the use of a titanium adapter assembled with the modular head component at the time of surgery. The femoral heads may be used in conjunction with any of Biomet's commercially available Type I taper femoral component.

**Summary of Technologies:** The $M^2a$™ Magnum™ Hip System technological characteristics (material and design) are similar to predicate devices.

**Non-Clinical Testing:** Mechanical testing was performed to establish substantial equivalence to the predicate devices.

**Clinical Testing:** Clinical testing was not used to establish substantial equivalence to predicate devices.

---

*All trademarks are property of Biomet, Inc.*