```
     IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
            IN AND FOR SARASOTA COUNTY, FLORIDA

  IN RE:   CONSOLIDATED BIOMET   )Consolidated Cases:
  M2A HIP REPLACEMENT CASES      )No. 2014-CA-001932-NC
                                 )No. 2014-CA-001934-NC
                                 )No. 2014-CA-001936-NC
                                 )No. 2015-CA-004171-NC
                                 )No. 2016-CA-000419-NC
                                 )No. 2016-CA-000429-NC
                                 )No. 2013-CA-006926-NC
                                 )No. 2013-CA-008280-NC
  ------------------------------)
  THIS DOCUMENT APPLIES TO:      )
                                 )
  Collier County, FL cases:      )
  Michelle Aldridge v. John      )
  Cuckler, M.D., et al., Case    )
  No. 11-2016-CA-001091;         )
  Mark Daly v. John Cuckler,     )
  M.D., et al., Case No.         ) VIDEOTAPED DEPOSITION OF
  11-2016-CA-001658;             ) ANDREW TRICKLE
  Rick Fowler v. John            )
  Cuckler, M.D., et al., Case    ) OCTOBER 17, 2016
  No. 11-2016-CA-001659;         )
  Myrtle Gannon v. John          )
  Cuckler, M.D., et al., Case    )
  No. 11-2016-CA-000619;         )
  William Garrett v. John        )
  Cuckler, M.D., et al., Case    )
  No. 11-2016-CA-000702;         )
  Catherine Hemphill v. John     )
  Cuckler, M.D., et al., Case    )
  No. 11-2016-CA-000622;         )
  Melton Hunt v. John            )
  Cuckler, M.D., et al., Case    )
  No. 11-2016-CA-000701;         )
  Joy Kline v. John Cuckler,     )
  M.D., et al., Case No.         )
  11-2016-CA-000703;             )
  Valerie Lichtman v. John       )
  Cuckler, M.D., et al., Case    )
  No. 11-2016-CA-000704;         )
  Roger Massie v. John           )
  Cuckler, M.D., et al., Case    )
  No. 11-2016-CA-001749;         )
                                 )
```

1    Q.   Well, let's talk about -- let's take them
2    first.  38 in Taper?
3    A.   38 in Taper were older systems that just
4    didn't have the sales volume to support it any longer.
5    Q.   Okay.  Is that because other newer systems
6    like the Magnum --
7    A.   Correct.
8    Q.   -- or alternative material designs were
9    present at that time?
10   A.   In that portfolio the Magnum dominated
11   the --
12   Q.   Okay.
13   A.   -- sales volume.
14        There was a -- that's okay.  Go ahead.
15   Q.   Well, and let's talk about the Magnum
16   then.
17        Why was the Magnum discontinued?
18   A.   See, I wasn't -- I wasn't in the group
19   when that happened, so I don't know if I should
20   speculate because I don't know how accurate I would
21   be.
22   Q.   Well, not -- we -- we don't want you to
23   speculate, don't want you to guess.  But, you know,
24   you've been involved in this, you are at the company,

```
 1    I mean, you've got to know things, so that's all I'm
 2    trying to get is --
 3         A.    I know.  I know.
 4         Q.    -- the extent of your knowledge about
 5    that.
 6         A.    I know.  I understand.  I would hate to
 7    say something, though, if it's not accurate.
 8         Q.    I appreciate that.
 9         A.    My understanding was because of the shift
10    in the -- the marketplace, because of the -- the --
11    the concerns that were raised because of ASR and Durom
12    that people, the marketplace have moved away from
13    metal-on-metal.  So sales had declined.  There were
14    also requests for data, like they -- the FDA wanted
15    in-depth studies surrounding metal-on-metal.  And when
16    you looked at the combination of the decline in sales
17    versus the amount of data effort, financial resources
18    into studies, it was to the point where the business
19    decision was made to no longer sell.  That's my
20    understanding.  That may or may not be the exact.
21         Q.    Okay.  So -- so it was a -- it was -- to
22    your understanding, it was a combination of declining
23    sales?
24         A.    Correct.
```