1  IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
            IN AND FOR SARASOTA COUNTY, FLORIDA
2

   IN RE: CONSOLIDATED BIOMET     Consolidated Under Case
3  M2A HIP REPLACEMENT CASES      Number: 2014 CA 001932
4  _____/
5
6
7
   *********************************************
8
                ORAL/VIDEO DEPOSITION OF
9
                     JEFFREY BINDER
10
                    DECEMBER 15, 2017
11
   *********************************************
12
13
14    VIDEOTAPED DEPOSITION OF JEFFREY BINDER, produced as a
15  witness at the instance of the Plaintiffs, was duly
16  sworn, was taken in the above-styled and numbered cause
17  on the DECEMBER 15, 2017, from 8:00 a.m. to 12:42 p.m.,
18  before Chris Carpenter, CSR, in and for the State of
19  Texas, reported by machine shorthand, at the offices of
20  Mehaffy Weber, P.C., 823 Congress Avenue, Suite 200,
21  Austin, TX 78701, pursuant to the Florida Rules of Civil
22  Procedure and the provisions stated on the record or
23  attached hereto.
24
25

```
1      A.   I believe so.
2      Q.   If we go to -- if we continue forward to Page
3   5, at the top there's a heading that says, "The DOJ
4   Investigations."  Do you see the heading there?
5      A.   I do.
6      Q.   And, generally speaking, does it appear this
7   section is talking about the DPA, which we've talked
8   about earlier today?
9      A.   Yes, the -- I believe we spoke about two, but
10  this would be the first of the two that we discussed.
11     Q.   And are you quoted correctly in the fourth
12  paragraph in the first sentence, in discussing the --
13  the settlement with the Department of Justice?
14  "Choosing his words carefully, Binder notes that Biomet
15  was not completely without sin or else we would not have
16  settled."  Is that an accurate quote for what you
17  stated?
18     A.   Yes, I believe it is.
19     Q.   And, Mr. Binder, earlier you stated that it
20  would be unethical to pay for a surgeon -- or to pay a
21  surgeon to use Biomet's products; is that correct?
22     A.   The way that I would put it is we want surgeons
23  choosing products that they think are appropriate for
24  their patients.  And I do think it's unethical to
25  provide a surgeon with financial inducement to use the
```