1      IN THE UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF INDIANA
2              SOUTH BEND DIVISION
3

   IN RE:  BIOMET M2a-MAGNUM      )
4  HIP IMPLANT PRODUCTS           )
   LIABILITY LITIGATION           ) Cause No.
5  (MDL 2391)                     ) 3:12-md-2391
                                  )
6  -------------------------      ) JUDGE ROBERT L.
                                  ) MILLER, JR.
7  THIS DOCUMENT APPLIES TO       )
   ALL CASES                      )
8                                 )
   -------------------------      )
9
10
11
12
13            VIDEOTAPED DEPOSITION OF
14               DAVID SCHROEDER
15
16            September 21, 2016
17             South Bend, Indiana
18
19
20
21
22
23
24

```
1     I'm sorry.
2               (WHEREUPON, a certain document was
3               marked as Schroeder Deposition
4               Exhibit No. 4:  Resume.)
5     BY MR. WARD:
6         Q.    Is this your most recent resume?
7         A.    Yeah.  Hold on.  Let me...
8         Q.    Take as long as you need.
9         A.    Yes.
10        Q.    So, what is your current title?
11        A.    My current title is Research Senior
12   Director, Biomaterials Research.
13        Q.    And you're at Zimmer Biomet, correct?
14        A.    Yes.
15        Q.    And Zimmer, I guess, bought Biomet or
16   Zimmer Biomet merged?
17        A.    Yes.
18        Q.    Do you know which one it is or does that
19   matter?
20        MS. HANIG:  Objection; calls for a legal
21   conclusion.  You can answer to the extent you know.
22   BY THE WITNESS:
23        A.    Zimmer purchased Biomet.
24   BY MR. WARD:
```