

**Susan Beyerlein**
Active 8h ago

**Susan Beyerlein**
You're friends on Facebook
Lives in Maple Plain, Minnesota

4/10/11, 5:46 AM

Hi Susan,
Because of the orientation of the ball in the socket, I had metal rubbing on metal that gave off ions which my body was allergic to and it resulted in lots of inflammation and pain on my left side. Neither of my artificial hips are from the 2 manufacturers that had recalls. Biggest lesson for me is that in the future I will only have a fellowship trained total joint orthopedic Dr. replace any of my other joints. Hopefully that won't be needed for a long long time!

4/10/11, 9:01 AM

Yes, I hope it lasts you a long time.

4/25/11, 8:35 PM

Hi Mary.

Hi there!

The article and picture with Karen in it are available online at the Journal.

It was a real nice picture of Karen.

How is your new hip doing?

**Susan Beyerlein** 
Active 8h ago

                                                                                                                                                  Hi there!

 The article and picture with Karen in it are available online at the Journal.

It was a real nice picture of Karen.

How is your new hip doing?

SAT 4:18 PM



Hi Cousins! I'm using this strange time to sort and rearrange my house and going thru pictures. This is such cute one and I wonder if you both have a copy of it.