**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MARY BAYES and PHILIP BAYES,   ) | |
| ) | |
| Plaintiff(s),   ) | |
| ) | |
| vs.   ) | Case No. 4:13-cv-00800-SRC |
| ) | |
| BIOMET, INC., et al.,   ) | |
| ) | |
| Defendant(s).   ) | |

### Memorandum and Order

The Court orders Plaintiffs Mary and Philp Bayes and Defendant Biomet, following review of the juror prescreening questionnaires in this matter, to each file a Request that (1) lists the potential jurors they request to have excused at this point, and (2) states the reason as to why each listed potential juror should be excused. The Request must be filed no later than **Wednesday, September 30, 2020**, at **10:00 a.m.**

The Court further orders that any response to the other side's Request to excuse potential jurors must be filed no later than **Wednesday, September 30, 2020**, at **2:00 p.m.**

Dated: September 25, 2020.

                                              *SL R. CR*
_____
**STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE**

1