# Biomet Blitzkrieg

**Objective:** To grow market Biomet market share in a focused, surgical strike over a 12-month period

**Target:** Underperforming regional market of South Florida
    *Barr*
    *Humbertson/Fernandez*
    *Trieste/Floyd*
    *Carter*

**Resources:**

| Project | Cost |
|---|---|
| 15 New salespeople subsidized @ $30,000/ea | $ 450,000 |
| 20 Magnum sets @ $8,000/ea | $ 160,000 |
| 20 Ceramic-Ceramic sets @ $3,500/ea | $ 70,000 |
| 8 Corporate jet tours @ $10,000/ea | $ 80,000 |
| 12 Regional focus meetings @ $15,000/ea | $ 180,000 |
| 24 Patient education seminars @ $2,000/ea | $ 48,000 |
| 18 Corporate marketing staff visits @ $1,500/ea | $ 27,000 |
| 12 Dine-with-the-Doctor dinners @ $1,500/ea | $ 18,000 |
| TOTAL | $ 1,033,000 |

**Payback:**

At average net margin out of Warsaw (71%), we will need to produce incremental sales of $1,333,000. This is the revenue generated by 222 joints @ $6,000/ea.

    **Per distributor, per month requirement: 5 ADDITIONAL JOINTS.**



Derek Edgar

Exhibit 9
VF 12-12-18

CONFIDENTIAL: PROTECTIVE ORDER



PLAINTIFF'S EXHIBIT 021
4:13-cv-800-SRC

BMT-MM01891648

| Field | Value |
|---|---|
| PRODBEG | BMT-MM01891648 |
| PRODEND | BMT-MM01891648 |
| PRODBEGATTACH | BMT-MM01891648 |
| PRODENDATTACH | BMT-MM01891648 |
| BATESRANGE | BMT-MM01891648 - BMT-MM01891648 |
| ATTACHCOUNT | 0 |
| CUSTODIAN | Design |
| AUTHOR | dedgar |
| DATECREATED | 10/07/2005 |
| DATELASTMOD | 09/26/2005 |
| TITLE | Biomet Blitzkrieg.doc |
| DOCEXT | doc |
| FILESIZE | 21504 |
| FILENAME | Biomet Blitzkrieg.doc |
| FILEPATH | Hip\Edgar, Derek\Computer Backup\Marketing Ideas;Hip\Nash, Seth\Derek Edgar's Files\Files from laptop\DerekEdgar\Hips\Marketing Ideas |
| HASHVALUE | 0A03FC7D1F2A2A427FB6DC93D34889C9 |
| SOURCE | Biomet |
| LASTSAVEDBY | dedgar |
| MIMETYPE | application/msword |
| PRODVOL | BMT-MM008 |
| CONFIDENTIAL | Yes |
| REDACTED | No |
| TextPath | \\Xera-Image\Biomet\BMT-MM008\IMAGES_TEXT\01\891\BMT-MM01891648.txt |