






PLAINTIFF'S EXHIBIT 223
4:13-cv-800-SRC

Derek Edgar
Exhibit 34
VF 12-12-18

1



**21 Ways to Beat Zimmer**

BIOMET

Zimmer has been dodging our best efforts for **long enough**



**21 Ways to Beat Zimmer #1**

Extremely **Limited** Clinical Follow-up

"**Nothing kills a good story like clinical results.**"

-- Austin Moore



**21 Ways to Beat Zimmer #1**

Extremely **Limited** Clinical Follow-up

In business for 75 years, and Zimmer maintains only **ONE** currently marketed stem with 10-year published follow-up.

(The Anatomic™ Stem)

Anatomic™ Stem

Reference: Zimmer.com, August 27, 2004.



**21 Ways to Beat Zimmer #1**

Extremely **Limited** Clinical Follow-up

- Zweymuller Alloclassic Stem
  (4 Papers at 10 yr avg).[3,4,5,6]
- Spotorno CLS Stem
  (3 Papers at 10 year avg).[7,8,9]

...Yet these products were *BOUGHT* and their results are mostly European.

Zweymuller®

Reference: PubMed Search, August 10, 2004, 9:35am EST. Search terms: "Versys," "Trilogy," "Natural," "Anatomic Hip," "Fiber Mesh."



**21 Ways to Beat Zimmer #2**

Zimmer's VerSys® Hip **Has No Clinical Support**

- The VerSys® Cementless Hip was studied...in a "Virtual Implantation."
- In this surgical "simulation," the VerSys® was shown to "outperform" Zimmer's own Anatomic™ Hip, but only for proximal fixation.
- We are not aware of any published clinical results on the VerSys® Stem.

Zimmer Versys

Reference: Nishihara S, et al. Comparison of the fit and fill between the Anatomic Hip femoral component and the Versys Taper femoral component using virtual implantation on the ORTHODOC workstation. J Orthop Sci. 2003;8(3):352-60.



**21 Ways to Beat Zimmer #2**

Zimmer's VerSys® Hip **Has No Clinical Support**

- 11% revision rate @ 3-4 years with the Versys® Cemented Plus (aseptic loosening).
  - Author *does not* advocate use of PMMA pre-coated components for THA.

Zimmer Versys Cemented

Reference: Essett (AAOS Annual Meeting 2002)

2








3













































10






















13



**21 Ways to Beat Zimmer #12**

Zimmer's ZMR® Modular Revision Is **Weak**

- Zimmer sells more ZMR® Hips than Biomet, yet the Mallory-Head Modular Calcar has very favorable clinical results.
- Voluntary manufacturer recall
- Mechanical testing protocol based on Pre Roller-Hardened technology
- Stem predicate device is actually the M-H Mod Calcar
- Roy Crowninshield published a paper in defense of poor product performance, blaming poor surgeon judgement
- NO clinical history.

Zimmer ZMR Hip



**21 Ways to Beat Zimmer #12**

Zimmer's ZMR® Modular Revision Is **Weak**

- **Mallory-Head® Modular Calcar**
  - Well-respected trade name
  - Proven trochanteric re-attachment option
  - Myriad distal options
  - Zero Taper Breakages/5,000+ cases
  - Clinical history!

Biomet Mallory-Head Modular Calcar



**21 Ways to Beat Zimmer #13**

Secret to Modular Revision Success: Roller Hardening



**21 Ways to Beat Zimmer #13**

Secret to Modular Revision Success: Roller Hardening

- Patented process developed at Biomet.
- Not developed to address weakness in non-roller hardened tapers in previous system.
- Zimmer's "Ti-Nitriding" process only hardens the SURFACE to a depth measured in microns.



**21 Ways to Beat Zimmer #13**

Secret to Modular Revision Success: Roller Hardening

- 5,000+ implants with no reported fractures at the taper junction.
- 3 published papers documenting the clinical success of the product.



**21 Ways to Beat Zimmer #13**

# Of **Clinical Papers** for Currently Marketed Zimmer Revision Stems

14















16










