## Welcome to Biomet!



## Metal-On-Metal Articulations:
### *Fact v. Fiction*



Derek Edgar, Product Manager

## Why Metal-on-Metal?

- **POLY** continues to be the weak link in THR

- **Patients** demand better performance
  - Almost 20% of THR patients are ≤ **55 years!**



## Metal-On-Metal is Mature Technology

- Sivash - 1959
  - 28 mm
- Ring - 1964
  - 40mm
- Müller - 1965
  - 37 and 42mm
- McKee-Farrar - 1965
  - 38 and 41mm



## …But M-O-M Was Abandoned With The Advent of Poly

- Resounding success of the Charnley M-PE design
- Early M-O-M loosening/frictional torque
- Carcinogenesis concerns
- Metal sensitivity concerns



Amstutz et al., *CORR* 1996

## Metal-Metal Was An Idea Ahead Of Its Time

- First material was **stainless steel**
  - Philip Wiles, 1938, England
- Improper clearance
  - Components **hand-ground** and lap fit together
- Equatorial loading devices
  - **Design tolerances**
  - Roundness/Sphericity
- Surface finish
  - .1 to 1 micron



Derek Edgar
Exhibit 35
VF 12-12-18

CONFIDENTIAL: PROTECTIVE ORDER

PLAINTIFF'S EXHIBIT 932
4:13-cv-800-SRC

## Nevertheless, The 1960s Metal/Metal Hips Performed!

- Metal/metal devices with acceptable tolerances outperformed polyethylene by a wide margin.



**Benign tissue reaction. No Metallosis.**

## ...With Very Strong Clinical Results

### Sivash Metal/Metal →
**16-22 year follow-up study**
- *NO* significant wear
  - ~ 4 µm per year
- *NO* fretting
- *NO* corrosion
- *NO* adverse tissue response



University Of Alabama

## McKee v. Charnley at 20 Years

Jacobsson et al., CORR, 1996

## McKee v. Charnley at 20 Years



77% Metal-On-Metal Survivorship
45% Osteolysis with Polyethylene!
11% Osteolysis

## Metal/Metal Pioneers of the 1960s Taught Us 3 Important Lessons...

**Metal/Metal constructs must have:**

1. Extremely tight design **tolerances.**
2. Optimal materials and **manufacturing.**
3. Proper **head clearance.**

## Today's Metal/Metal Designs

1. **Extremely tight design tolerances.**



CONFIDENTIAL: PROTECTIVE ORDER    BMT-MM00491459
CONFIDENTIAL: PROTECTIVE ORDER    BMT-MM00491460
CONFIDENTIAL: PROTECTIVE ORDER    BMT-MM00491461
CONFIDENTIAL: PROTECTIVE ORDER    BMT-MM00491462
CONFIDENTIAL: PROTECTIVE ORDER    BMT-MM00491463
CONFIDENTIAL: PROTECTIVE ORDER    BMT-MM00491464

## Today's Metal/Metal Designs

### 2. Optimal Materials & Manufacturing Process



## Today's Metal/Metal Designs

### 3. Optimal Head Clearance

- Characterized by **polar loading**
- Allows proper **fluid lubrication**
- **Low wear** and low frictional torque
- Room for **removal of debris**



## Example: TOO MUCH Clearance

- Femoral head is considerably smaller than the liner
- Produces high contact stresses
- Disrupts fluid lubrication
- Leads to ↑ wear



## Example: TOO LITTLE Clearance

- Equatorial contact
- ↑ chance of components locking together
- Creates high frictional torque
- Leads to early loosening and ↑ wear



## Fluid Lubrication

- Boundary (First Generation M-M)
  - Load through asperity contacts
- Mixed Film ($M^2a^{-}$)
  - Load through both asperity contact and fluid film
- Fluid Film (Ideal Condition)
  - Load through full fluid film




Chan et al., LAOS 1997

## Metal/Metal Self-Polishes

Repairs surface damage

- Retrieval analysis
  - Scratches smoothed
- Prevents accelerated wear



McKellop et al. 5th World Bio Congress, 1996

## But What About CANCER???

**Finnish Cancer Registry**
- **579 patients** with McKee-Farrar M-M prostheses
  - 15.7 year average follow-up
- 1,585 patients with M-PE prosthesis
  - 12.5 year average follow-up
- Matched by age and sex

Visuri, CORR 1996

## M-M Cancer Rates v. General Population



## Other Notable Metal Ion/Cancer Studies

Tharani, et al., JBJS May 2001
- Evaluated <u>9 studies</u>, ranging from 6 months to 17 years

*"Available data <u>do not support</u> a causal link between THA and the development of cancer."*

Journal of Bone and Joint Surgery May 2001

## Adverse Biologic Responses?

Merritt, et al., CORR 1996

*"...It is clear at this stage in total joint replacement, that more reported adverse biologic responses are occurring <u>(due) to the polyethylene</u> than to the metal"*

## More Metal Ion Studies...

Brodner et al., Clinical Toxicology 1999

*"Toxic serum levels of cobalt after release from implants <u>have not been observed, nor is there any evidence</u> of cobalt-associated pathology..."*

## And More Metal Ion Studies...

Shaffer et al., Journal of Bone and Joint Surgery 1997
- Studied erythrocyte and urine levels

*"Acute or chronic systemic intoxication (of Co and Cr) <u>is not likely</u>..."*

*"We conclude that the elimination of Co and Cr proceeds over several years, <u>effecting a balance between release and excretion.</u>"*

CONFIDENTIAL: PROTECTIVE ORDER    BMT-MM30491471
CONFIDENTIAL: PROTECTIVE ORDER    BMT-MM30491472
CONFIDENTIAL: PROTECTIVE ORDER    BMT-MM30491473
CONFIDENTIAL: PROTECTIVE ORDER    BMT-MM30491474
CONFIDENTIAL: PROTECTIVE ORDER    BMT-MM30491475
CONFIDENTIAL: PROTECTIVE ORDER    BMT-MM30491476

## In Half a Century Of CoCr Implants…

There is <u>NO EVIDENCE</u> establishing a link between CANCER and ion release from CoCr implants.



## Today's Metal/Metal Implants

- Sulzer Metasul™
  - Sandwich design
- Biomet M²a-Taper™
  - First all-metal design, May 2000
- DePuy Ultima™
- Encore Metal/Metal™
  - Sandwich design
- Wright Medical Transcend®



## M²a™ Specifications

- Wrought CoCrMo
- Radial Clearance 25-75 µm
- Surface Finish .005-.009 µm
- Sphericity <5 µm
- Seven modular head options:
  -6, -3, STD, +3, +6, +9, +12mm



## M²a-Taper™

- All Metal!
- 28mm cleared May 2000
  - Shell sizes 48-70mm
  - 126 degrees ROM
- 32mm cleared Sept. 2000
  - Shell sizes 52-70mm
  - 132 degrees ROM



## Biomet's M²a-Taper™

2 Shell Options:
- Universal® 2-hole
  - 17 degree rim flare
- Mallory-Head® 2-hole
  - Peripheral fins

Taper Design:
- Outer surface Ra 150µin
- 18 degree taper angle



## M²a-Ringloc™



**Metal liner direct molded into poly**

- Patented anti-impingement feature
- Fits any full hemisphere RingLoc® shell
- Flat face and 10 degree option

## Quality Control

- 100% of devices
- Radius
  - CMM method
- Sphericity
  - Zygo system
- Surface Finish
  - Zygo system
  - Visual inspection



## M²a-38™



## M²a™-38

- 154° Range of Motion
- One piece cobalt chrome design, non-modular
- Ultra low .04mm³/10⁶ cycles steady state wear
- Available in sizes 48-70mm - big head in small acetabulums!



28mm
32mm
38mm

## M²a™-38

- 8 Rim screws start at size 56mm
- 4 Pairs of small peripheral fins, 17° rim flare, and porous plasma spray supply strong fixation
- Optimally designed shell maximizes ROM and minimizes prosthetic impingement
- Non-skirted head sizes -6mm through -9mm.



## M²a™-38

- **Instruments Used:**
  - Face plate shell inserter
  - 38mm trial heads and shells
  - Metal-on-metal head impactor



## M²a™ Wear Rates

- 28mm steady state wear
  - .73mm³
- 32mm steady state wear
  - .30mm³
- 38mm steady state wear
  - .12mm³
- ArCom® steady state wear
  - 27.9mm³
- 97-98% less volumetric wear than ArCom®



□ ArCom  □ 28mm  ■ 32mm  ■ 38mm

## Testing and Validation

- Push out Strength
  - $M^2a^{TM}$ Taper 612lbs
  - $M^2a^{TM}$ RingLoc 1,200 lbs.
  - ArCom® RingLoc® 660 lbs.
- Fatigue Testing and Fretting
  - Cyclic loads of 1000 lbs. to 10 million cycles were applied
  - No fretting between head and liner observed visually
  - Material transfer < 1%

## Clinical Results

- Controlled Randomized Study
  - 8 Sites
  - 97 Patients each group
    - RingLoc® Shells/ ArCom® Poly
    - $M^2a^{TM}$-Taper
  - All Stems Cementless Fixation



## $M^2a^{TM}$-Taper Clinical Results

- 97 Matched Pairs
- Average age 50.0
- Pre-operative HHS 51.6
- Post-operative HHS 95.23 at three-year post-op
- Average follow-up 3.6 years

## $M^2a^{TM}$- Taper Clinical Results

- 97 patients > 2.0 years post-op
- 61 patients > 3.0 years post-op
- 37 patients > 4.0 years post-op
- 10 patients > 5.0 years post-op
- 3 dislocations less than 6 months follow-up
  - Closed reductions, all performing well clinically
- **NO REVISIONS**

*Journal of Arthroplasty December 2001*




CONFIDENTIAL: PROTECTIVE ORDER   BMT-MM00491489
CONFIDENTIAL: PROTECTIVE ORDER   BMT-MM00491490
CONFIDENTIAL: PROTECTIVE ORDER   BMT-MM00491491
CONFIDENTIAL: PROTECTIVE ORDER   BMT-MM00491492
CONFIDENTIAL: PROTECTIVE ORDER   BMT-MM00491493
CONFIDENTIAL: PROTECTIVE ORDER   BMT-MM00491494



## In Conclusion...

1. Metal-Metal is **not new**!
2. There have been **NO REPORTS OF CANCER** related to CoCr implants
3. Patients are younger, more active
4. Wear rates **100 times less** than UHMWPE

CONFIDENTIAL: PROTECTIVE ORDER        BMT-MM00491495        CONFIDENTIAL: PROTECTIVE ORDER        BMT-MM00491496