
Derek Edgar
Exhibit 38
VF 12-12-18

PLAINTIFF'S EXHIBIT 915
4:13-cv-800-SRC

1









## Slide 1: Your 3 Sales Objectives

1. **Objective #1:** Marginalize the benefits of ceramic-on-ceramic with years-of-service comparison
2. **Objective #2:** Narrow the indications to just 4 specific patient groups
3. **Objective #3:** Keep pushing for metal-on-metal.

BIOMET
ORTHOPEDICS
Driven By Engineering

## Slide 2: Objective #1: Marginalize Ceramic-on-Ceramic Service Life

"Doctor, metal-on-metal will theoretically last about 600 years. Ceramic-on-Ceramic will last 2,000. Both bearings far exceed the longevity your patients need."

BIOMET
Driven By Engineering

## Slide 3: Objective #1: Marginalize Ceramic-Ceramic Service Life



Bar chart — Years: Ceramic-Ceramic 2,000; Metal-Metal 600; Oldest Recorded Human 122.

## Slide 4: Objective #1: Marginalize Ceramic-on-Ceramic Service Life



Just as there is more to a car than its tires…

There's more to a hip than the bearing surface!

BIOMET
ORTHOPEDICS
Driven By Engineering









## Objective #3: Keep Pushing for Metal-on-Metal

"Doctor, there are many patients who can benefit from Biomet's ceramic-on-ceramic. But what about metal-on-metal?"

---

## Objective #3: Keep Pushing Metal-on-Metal
### Patients Blame Their Doctors For:

1. Dislocation
2. Instability
3. Leg Length
4. Pain
5. Infection
6. Need for revision

---

## Objective #3: Keep Pushing Metal-on-Metal
### Patients Blame Their Doctors For:

| Problem | Surgeon? | Device? |
|---|---|---|
| Dislocation/Subluxation | X | |
| Leg Length Discrepancy | X | |
| Pain | X | |
| Revision | X | |
| Infection/Complications | X | |
| Worn-out bearing surface | | X |
| Reduced function or ROM | | X |

---

## Objective #3: Keep Pushing Metal-on-Metal
### Patients Need 25 Years of Service, Not 2,000

1. Feeling confident that their hip won't dislocate
2. Good use of the hip for ADL (bathroom, dressing, etc.)
3. Low possibility of "preventable" complications











Objective #1: Marginalize Ceramic-Ceramic Service Life



Your 3 Sales Objectives

Objective #2: Narrow the indications to just 4 specific patient groups



The 4 Types of Ceramic-Ceramic Patients



Your 3 Sales Objectives

Objective #3: Keep pushing for metal-on-metal.



