**To:** Schroeder, Dave [Dave.Schroeder@biomet.com]
**From:** Vosler, Marc
**Sent:** Thur 5/14/2009 8:15:50 PM
**Importance:** Normal
**Subject:** FW: New MOM paper
Proof.pdf

Mr Schroeder,

Would it be possible to have you or Malcolm review this article and develop an overview of salient points. This will help us as we discuss with field.

Please let me know if you can find some time for this.

Marc

**From:** Raish, Tom
**Sent:** Tuesday, May 12, 2009 9:41 AM
**To:** Vosler, Marc; White, John; Susaraba, John; Nycz, Chris; Fontenot, Eric; Haney, Mark; Becknell, Nikole; Smith, Aaron; Meridew, Jason; Slone, Jason; Parcher, Kim; Bollinger, Mark; Siebeneck, Tony; Witt, Tyler
**Subject:** FW: New MOM paper

I have not read in great detail yet, but wanted to share. This is not yet published, but almost ready to be.

Discusses MoM run-away-wear, etc.

**From:** Schroeder, Dave
**Sent:** Tuesday, May 12, 2009 8:20 AM
**To:** Naylor, Malcolm; Ronk, Rob; Freedman, Jordan
**Cc:** Raish, Tom
**Subject:** FW: New MOM paper

Prepub from Ian's group. Close down the lab (ian's lab) and stir up the water.

CONFIDENTIAL: PROTECTIVE ORDER

EXHIBIT
Schroeder
25

PLAINTIFF'S
EXHIBIT
454
4:13-cv-800-SRC

BMT-MM05824280

Dave

David Schroeder

Biomet Inc.

Director – Biomaterials Research, Bearing Technologies

574-372-1733 direct

574-268-2742 fax

CONFIDENTIAL NOTICE: This e-mail and any attachments may be confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify me immediately by returning it to the sender and deleting this copy from your system. Thank you.

**From:** John G. Bowsher [mailto:johnbowsher@hotmail.com]
**Sent:** Monday, May 11, 2009 6:05 PM
**To:** Schroeder, Dave
**Subject:** New MOM paper

dave, for your information, our 'in-press' MOM paper that my cause some discussion once published!! john

John G. Bowsher, PhD
Assistant Professor of Orthopaedic Research
Peterson Tribology Center

Department Orthopaedic Research

School of Medicine, Loma Linda University

11406 Loma Linda Drive, Suite 606

CONFIDENTIAL: PROTECTIVE ORDER

BMT-MM05824281

Loma Linda, California 92354

(909) 558-1000, Ext. 62713
(909) 558-6490
Fax: (909) 558-6018
johnbowsher@hotmail.com

Windows Live™: Keep your life in sync. Check it out.