**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MARY BAYES and PHILIP BAYES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:13-cv-00800-SRC |
| ) | |
| BIOMET, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**Judgment**

This matter came before the Court for trial by jury.  The issues have been tried, the Court having dismissed certain claims and Plaintiffs having withdrawn certain claims, and the jury rendered its verdict on all remaining claims.

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that:

Plaintiff Mary Bayes shall have judgment against Defendants Biomet, Inc., Biomet Orthopedics, LLC, Biomet U.S. Reconstruction, LLC, and Biomet Manufacturing Corp., jointly and severally, for actual damages in the amount of $20,000,000.00, plus post-judgment interest as allowed by 28 U.S.C. § 1961, and the costs of this action; and Plaintiff Philip Bayes shall have judgment against Defendants Biomet, Inc., Biomet Orthopedics, LLC, Biomet U.S. Reconstruction, LLC, and Biomet Manufacturing Corp., jointly and severally, for actual damages in the amount of $1,000,000.00, plus post-judgment interest as allowed by 28 U.S.C. § 1961, and the costs of this action.

Dated: November 24, 2020.

_SL R. CR_
_____
**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**