# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI EASTERN DIVISION

MARY BAYES and PHILIP BAYES,

    Plaintiffs,

v.

BIOMET, INC., BIOMET ORTHOPEDICS, LLC, BIOMET U.S. RECONSTRUCTION, LLC, BIOMET MANUFACTURING, LLC f/k/a BIOMET MANUFACTURING CORP.,

    Defendants.

Case No. 4:13-cv-00800-SRC

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' BILL OF COSTS

Plaintiffs respectfully submit this motion to extend the deadline to file their reply brief to Dkt. No. 444 by three days, through and including January 7, 2020.  Defendants do not oppose the relief sought and in support of their motion, Plaintiffs state the following:

1. Plaintiffs filed their Bill of Costs on December 15, 2020.  Dkt. No. 433.

2. Defendants filed an objection to Plaintiffs' Bill of Costs on December 28, 2020.  Dkt. No. 444.

3. Pursuant to Local Rule 8.03(A)(3), Plaintiffs have through and including today, January 4, 2021, to file a reply brief.

4. The timeline Plaintiffs had to respond to Defendants' opposition was intersected by a federal holiday and immediately followed by a weekend.  Defendants, having also recognized the complexities of deadlines during the holiday season, do not oppose a three-day extension.  Thus, the new deadline to respond to the opposition would be Thursday, January 7, 2021.

5. Pursuant to Fed.R.Civ.P. 6(b)(1)(a), good cause has been shown to grant an extension to Plaintiffs and this request comes before the expiration of the deadline.

Based on the circumstances outlined in this Motion, Plaintiffs respectfully ask the Court to extend the date to respond to Dkt. No. 444 through January 7, 2021.

Dated: January 4, 2021                             Respectfully submitted,

*/s/ Darin L. Schanker*
Darin L. Schanker, Esq.
Bachus & Schanker LLC
101 West Colfax Suite 650
Denver, CO 80202
(303) 893-9800 (phone)
(303) 893-9900 (fax)
dschanker@coloradolaw.net
celliott@coloradolaw.net
melanie.sulkin@coloradolaw.net

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by electronic transmission on January 4, 2021.

*/s/ Darin L. Schanker*
DARIN L. SCHANKER